IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | ) | Chapter 15 |
| | ) | |
| THANE INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 15-12186 (___) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Joint Administration Requested) |
| | ) | |

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

Richter Advisory Group Inc. (the "Receiver"), the court-appointed receiver and duly authorized foreign representative for Thane International, Inc., Thane Direct, Inc., Thane Direct Company, West Coast Direct Marketing, Inc., TDG, Inc., Thane Direct Canada Inc. and Thane Direct Marketing, Inc. (collectively, the "Debtors" or the "Thane Group") in Canadian insolvency proceedings pending in Toronto, Ontario, Canada (the "Canadian Proceeding"), hereby files this list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. **Parties Authorized to Administer Foreign Proceedings of the Debtors:**

   Richter Advisory Group Inc. is the court-appointed receiver and duly authorized foreign representative for Thane International, Inc., Thane Direct, Inc., Thane Direct Company, West Coast Direct Marketing, Inc., TDG, Inc., Thane Direct Canada Inc. and Thane Direct Marketing, Inc. in Canadian insolvency proceedings pending in Toronto, Ontario, Canada. The Receiver believes that, other than the Canadian Proceedings and these chapter 15 cases, there are no foreign proceedings pending with respect to any member of the Thane Group.

2. **Litigation Parties in the United States:**

   *Corporativo Mufar, S. DE R.L. DE C.V., et al. v. Thane International, Inc. and Thane Direct, Inc.* – Arbitration; International Centre for Dispute Resolution, New York

---

[1] The last four digits of the Employer Identification Number for each debtor follow in parentheses: Thane International, Inc. (0275), Thane Direct, Inc. (2330), Thane Direct Company (N/A), West Coast Direct Marketing, Inc. (6456), TDG, Inc. (4037), Thane Direct Canada Inc. (8064) and Thane Direct Marketing, Inc. (N/A).

3. **<u>Entities Against Whom Provisional Relief is Sought under 11 U.S.C. § 1519</u>:**

The Receiver seeks provisional relief against plaintiffs and other parties in the aforesaid civil actions and protection of the Company's property and assets within the territorial jurisdiction of the United States.

Dated: October 25, 2015
      Wilmington, Delaware

      /s/ Mark. L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Nicholas T. Verna (Del. Bar No. 6082)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Facsimile: (302) 661-7738
E-mail: mdesgrosseilliers@wcsr.com
E-mail: mpatterson@wcsr.com
E-mail: nverna@wcsr.com

Attorneys for Richter Advisory Group Inc.