# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>Thane International, Inc.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12186 (KG)<br><br>(Joint Administration Requested)<br><br>**Related Docket No. 4** |
| In re:<br><br>Thane Direct, Inc.,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12187 (KG)<br><br>(Joint Administration Requested) |
| In re:<br><br>TDG, Inc.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12188 (KG)<br><br>(Joint Administration Requested) |
| In re:<br><br>West Coast Direct Marketing, Inc.,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12189 (KG)<br><br>(Joint Administration Requested) |
| In re:<br><br>Thane Direct Company,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12190 (KG)<br><br>(Joint Administration Requested) |
| In re:<br><br>Thane Direct Canada Inc.,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12191 (KG)<br><br>(Joint Administration Requested) |

| In re:<br><br>Thane Direct Marketing, Inc.,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 15<br><br>Case No. 15-12192 (KG)<br><br>(Joint Administration Requested) |
|---|---|---|

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 15 CASES FOR PROCEDURAL PURPOSES ONLY

Upon consideration of the motion (the "Motion")[1] of the Receiver for entry of an order directing the joint administration of the Thane Debtors' related chapter 15 cases; and the Court having considered and reviewed the Motion and the Chapter 15 Petitions and all related documents filed contemporaneously therewith, including, but not limited to, the Declaration of Pritesh Patel in Connection with the Verified Petition for Recognition of Foreign Main Proceeding and Related Relief, including all facts specifically alleged and verified therein; and upon the record herein; and due and sufficient cause appearing therefor; it is hereby

FOUND AND DETERMINED[2] that:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Rule 52 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable by Rule 7052 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Rule 9014. To the extent any finding of fact shall be determined to be a conclusion of law, it shall be so deemed, and to the extent any conclusion of law shall be determined to be a finding of fact, it shall be so deemed.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

C. Venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1401(1) and (3);

D. The relief requested in the Motion is in the best interests of the Thane Debtors, their creditors, and other parties in interest in these Chapter 15 bankruptcy cases;

E. The Receiver provided an adequate opportunity for a hearing on the Motion under the circumstances; and

F. The legal and factual bases set forth in the Motion and the Patel Declaration establish just cause for the relief granted herein

NOW, THEREFORE, IT IS ORDERED that:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-12186 (KG).

3. The caption of the jointly administered Chapter 15 bankruptcy cases shall read as follows:

**In the United States Bankruptcy Court**
**for the District of Delaware**

| | | |
|---|---|---|
| *In re* | ) | Chapter 15 |
| | ) | |
| THANE INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 15-12186 (KG) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |

---

[1] The last four digits of the Employer Identification Number for each debtor follow in parentheses: Thane International, Inc. (0275), Thane Direct, Inc. (2330), Thane Direct Company (N/A), West Coast Direct Marketing, Inc. (6456), TDG, Inc. (4037), Thane Direct Canada Inc. (8064) and Thane Direct Marketing, Inc. (N/A)

4. The foregoing caption shall satisfy the requirements set forth in sections 342(a) and (c)(1) of the Bankruptcy Code.

5. All original pleadings shall be captioned as set forth in paragraph 3, and all original docket entries shall be made in the case of Thane International, Inc., Case No. 15-12186 (KG).

6. An entry shall be made on the docket of each of the other Thane Debtors' cases that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of this chapter 15 case with the chapter 15 case of Thane International, Inc. Docket No. 15-12186. All further pleadings and other papers filed in this case shall be filed in, and all further docket entries shall be made in, the docket of Thane International, Inc., Case No. 15-12186.

7. The Receiver shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list in these Chapter 15 bankruptcy cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 15 cases.

9. The Receiver is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October 27, 2015

*[signature]*
The Honorable Kevin Gross
United States Bankruptcy Judge

WCSR 35185673v3