**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | ) | Chapter 15 |
| | ) | |
| THANE INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 15-12186 (KG) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: 12/1/2015 at 11:00 a.m. (ET) |
| | ) | Objection Deadline: 11/24/2015 at 4:00 p.m. (ET) |

**NOTICE OF RECEIVER'S MOTION, PURSUANT TO SECTIONS 105(a), 363, 365, 1501, AND 1521 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002, 6004, AND 9014, FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE APPROVAL, VESTING, AND DISTRIBUTION ORDER, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (III) AUTHORIZING ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on October 27, 2015, Richter Advisory Group Inc. (the "Receiver"), the court-appointed receiver and duly authorized foreign representative for Thane International, Inc., Thane Direct, Inc., Thane Direct Company, West Coast Direct Marketing, Inc., TDG, Inc., Thane Direct Canada Inc., and Thane Direct Marketing, Inc. (collectively, the "Thane Debtors" or the "Thane Group") in Canadian receivership proceedings pending in Toronto, Ontario, Canada (the "Canadian Proceeding"),[2] pursuant to that certain Appointment Order (the "Receivership Order" or the "Appointment Order"), entered by the court in the Canadian Proceeding (the "Canadian Court") on October 23, 2015, and in accordance with that certain Approval, Vesting and Distribution Order (the "Vesting Order"), also entered by the Canadian Court on October 23, 2015, by undersigned counsel filed the **Receiver's Motion,**

---

[1] The last four digits of the Employer Identification Number for each debtor follow in parentheses: Thane International, Inc. (0275), Thane Direct, Inc. (2330), Thane Direct Company (N/A), West Coast Direct Marketing, Inc. (6456), TDG, Inc. (4037), Thane Direct Canada Inc. (8064) and Thane Direct Marketing, Inc. (N/A).

[2] The Canadian Proceeding includes proceedings under both Canadian federal and provincial law. Richter Advisory Group Inc. was appointed as receiver pursuant to Section 243(1) of the *Bankruptcy and Insolvency Act* (Canada) (the "BIA") and as receiver pursuant to Section 101 of *Ontario's Courts of Justice Act*.

**Pursuant to Sections 105(a), 363, 365, 1501, and 1521 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, and 9014, for Entry of an Order (I) Recognizing and Enforcing the Approval, Vesting, and Distribution Order, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Any and All Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that if you wish to respond to the Motion, you are required to file such response on or before **November 24, 2015, at 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline"). At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

If an objection is properly filed and served in accordance with the above procedures, a hearing on the Motion will held on **November 18, 2015 at 9:00 a.m.,** prevailing Eastern Time before the Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, 824 Market Street, Wilmington, Delaware 19801. Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such hearing.

Dated: October 27, 2015
       Wilmington, Delaware

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Nicholas T. Verna (Del. Bar No. 6082)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Facsimile: (302) 661-7738
E-mail: mdesgrosseilliers@wcsr.com
E-mail: mpatterson@wcsr.com
E-mail: nverna@wcsr.com

Attorneys for Richter Advisory Group Inc.