# EXHIBIT B

*EXECUTION COPY*

**OFFER TO PURCHASE**

**BETWEEN**

**RICHTER ADVISORY GROUP INC., SOLELY IN ITS CAPACITY AS COURT
APPOINTED RECEIVER OF THANE INTERNATIONAL, INC., THANE DIRECT,
INC., THANE DIRECT CANADA INC., THANE DIRECT COMPANY, WEST COAST
DIRECT MARKETING, INC. AND TDG, INC. AND THANE DIRECT MARKETING
INC.
as Seller**

– and –

**9472541 CANADA INC., 9472550 CANADA INC., 635427, INC. AND 652134 LIMITED
as Buyers**

**OCTOBER 16, 2015**

## OFFER TO PURCHASE

**THIS AGREEMENT** dated as of October 16, 2015

**B E T W E E N :**

>**RICHTER ADVISORY GROUP INC**., solely in its capacity as court appointed receiver of **THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT CANADA INC., THANE DIRECT COMPANY, WEST COAST DIRECT MARKETING, INC., TDG, INC. AND THANE DIRECT MARKETING INC.** and not in its personal capacity

>(the "**Seller**")

>- and -

>**9472541 CANADA INC.**, a corporation existing under the laws of Canada

>(the "**Buyer Holdco**")

>- and –

>**9472550 CANADA INC.**, a corporation existing under the laws of Canada

>(the "**Buyer Canada Opco**")

>- and –

>**635427, INC.**, a corporation existing under the laws of Delaware

>(the "**Buyer U.S. Opco**")

>- and –

>**652134 LIMITED**, a corporation existing under the laws of England

>(the "**Buyer IP Co**")

**CONTEXT**:

The Seller wishes to sell and the Buyers hereby offer to purchase the Assets (as defined below) upon and subject to the terms and conditions of this Agreement.

**THEREFORE**, the Parties agree as follows:

**ARTICLE 1**
**INTERPRETATION**

**1.1**        **Definitions**

In this Agreement the following terms have the following meanings:

1.1.1        "**Accounts Receivable**" means all accounts receivable, account and monetary obligations owed or to become due and owing to the Debtors, any causes of actions, proceedings and credits in connection therewith, outstanding as of the closing date or thereafter, including tax instalments paid by the Debtors and the right to receive any refund of taxes (including, without limitation, income, goods and services, value added, sales, license, payroll, duties, withholding, social security (or similar), use, transfer, levies, stamp, governmental charges or assessments) paid by, received by or to be received by any of the Debtors.

1.1.2        "**Accrued Payroll**" means payroll which has been earned by the Assumed Employees as at the Closing Date but which has not been paid.

1.1.3        "**Agreement**" means this offer to purchase which, following the full execution and delivery hereof will become a fully enforceable agreement, including all Schedules and Exhibits, as it may be supplemented, amended, restated or replaced from time to time by written agreement between the Parties.

1.1.4        "**Applicable Law**" means, at any time, with respect to any Person, property, transaction or event, all applicable domestic or foreign laws (including common and civil law), statutes, regulations, treaties, judgments and decrees and (whether or not having the force of law) all applicable official directives, rules, consents, approvals, by-laws, permits, authorizations, guidelines, order and policies of any Governmental Authority having authority over that Person, property, transaction or event.

1.1.5        "**Appointment Order**" is defined in Section 4.3.1.

1.1.6        "**Approval and Vesting Order**" is defined in Section 4.3.2.

1.1.7        "**Assets**" means the right, title and interest of the Debtors in and to all property and assets of the Debtors, including Contracts, Intellectual Property, Accounts Receivable and Shares, but excluding the Excluded Assets.

1.1.8        "**Assumed Employee Accruals**" means all wages, statutory deductions, remittances, assessments, bonuses, vacation pay, sick leave credits, severance pay, termination pay, amounts paid in lieu of notice, and any other remuneration, benefits and deductions for all the Assumed Employees, including pension plan contributions and any other amounts required to be paid in respect of pension plans in which the Employees participate, that relate to a period prior to the Closing Date.

1.1.9      "**Assumed Employees**" means the Employees who are hired by the Buyers on or immediately after Closing, being all or substantially all of the Employees.

1.1.10     "**Assumed Obligations**" means all obligations and liabilities of the Debtors other than the Excluded Obligations.

1.1.11     "**Bankruptcy Code**" means the U.S. Bankruptcy Code.

1.1.12     "**Benefit Plans**" means any of the following (whether written, unwritten or terminated):

 1.1.12.1 any employee compensation and welfare benefit plan, including but not limited to, any compensation plan, bonus plan, vacation benefits, medical plan, life insurance plan, short term or long term disability plan, vision plan, drug plan, sick leave benefits and dental plan; and

 1.1.12.2 any employee pension plan, including, but not limited to any supplemental or excess pension plan, any deferred compensation plan, any group registered retirement savings plan, any registered pension plan or any other arrangement under which employees are provided with retirement income; in each case, provided, sponsored, administered or contributed to by any of the Debtors in relation to the Assumed Employees.

1.1.13     "**Bill of Sale and Assignment**" means a bill of sale and assignment substantially in the form attached as Exhibit A.

1.1.14     "**Business**" means the business of the Thane Group, being the business of operating a global, multinational and direct-response enterprise with a focus on the sale of unique consumer products using developed promotional programs with product development (in-house and through third parties), manufacturing (primarily through third parties) and distribution (in-house and through third parties) to consumers locally and globally.

1.1.15     "**Business Day**" means any day excluding a Saturday, Sunday or statutory holiday in the Province of Ontario, and also excluding any day on which the principal chartered banks located in the City of Toronto are not open for business during normal banking hours.

1.1.16     "**Buyers**" means Buyer Holdco, Buyer Canada Opco, Buyer U.S. Opco and Buyer IP Co.

1.1.17     "**Buyers' Transaction Costs**" is defined in Section 6.13.

1.1.18     "**Canadian Court**" means the Ontario Superior Court of Justice (Commercial List).

1.1.19     "**Canadian Debtors**" means Thane Direct Company, Thane Direct Canada Inc. and Thane Direct Marketing Inc.

1.1.20    "**Closing**" means the successful completion of the Transaction.

1.1.21    "**Closing Date**" means the second Business Day following the date on which the U.S. Recognition Order is granted or, on written notice by the Buyers to the Seller, the 14th calendar day following the date on which the U.S. Recognition Order is granted, or such later date as agreed by the Parties.

1.1.22    "**Communication**" means any notice, demand, request, consent, approval or other communication which is required or permitted by this Agreement to be given or made by a Party.

1.1.23    "**Confidential Information**" is defined in Section 6.4.1.

1.1.24    "**Contracts**" means all agreements, contracts, leases, licenses, warranties, options or other commitments, rights or entitlements to which any of the Debtors is a party, save and except for the Excluded Contracts listed on Schedule 2, as such Schedule may be revised or replaced up to five (5) Business Days prior to the Closing Date.

1.1.25    "**Courts**" means the Canadian Court and the U.S. Court.

1.1.26    "**Debtors**" means the Canadian Debtors and the U.S. Debtors.

1.1.27    "**Employees**" means the employees employed by the Debtors on the Closing Date (including for greater certainty those such employees who are employed by the Debtors but who are absent from work on the date hereof by reason of short or long term disability or by reason of authorized leave of absence).

1.1.28    "**Equipment**" means the equipment and tools of the Debtors described in Schedule 3.

1.1.29    "**ETA**" means the *Excise Tax Act* (Canada).

1.1.30    "**Excluded Assets**" is defined in Section 2.2.

1.1.31    "**Excluded Contracts**" is defined in Section 2.2.2

1.1.32    "**Excluded Obligations**" is defined in Section 2.5.

1.1.33    "**Governmental Authority**" means:

1.1.33.1    any federal, provincial, state, local, municipal, regional, territorial, aboriginal, or other government, governmental or public department, branch, ministry, or court, domestic or foreign, including any district, agency, commission, board, arbitration panel or authority and any subdivision of the foregoing exercising or entitled to exercise any administrative, executive, judicial, ministerial, prerogative, legislative, regulatory or taxing authority or power of any nature; or

1.1.33.2  any quasi-governmental or private body exercising any regulatory, expropriation or taxing authority under or for the account of any of the foregoing.

1.1.34  "**Intellectual Property**" means the Trademarks and all applications and registrations for the copyrights, patents, patent applications, industrial designs, engineering drawings and tooling designs of the Debtors, whether registered or unregistered (and all applications therefor), including those listed in Schedule 33 and those described in the Intellectual Property Assignment Agreement.

1.1.35  "**Intellectual Property Assignment Agreement**" means the assignment agreement(s) to be entered into between the Seller and Buyer IP Co with respect to the assignment of Seller's rights in the Intellectual Property, substantially in the form attached as Exhibit B.

1.1.36  "**Intellectual Property License Agreements**" means the agreements to be entered into between Buyer IP Co and each of Thane Direct Company and Thane Direct Canada Inc., pursuant to which Buyer IP Co will license to each of Thane Direct Company and Thane Direct Canada Inc. the rights to use certain Intellectual Property, substantially in the form attached as Exhibit C.

1.1.37  "**ITA**" means the *Income Tax Act* (Canada).

1.1.38  "**Leased Premises**" means the leased building located at the following locations:

1.1.38.1  5255 Orbitor Drive, Suite 501, Mississauga, ON, L4W 5M6

1.1.38.2  4450 Belden Village Street, #304, Canton, OH 44718

1.1.38.3  2321 Rosecrans Avenue, Suite 4210, El Segundo, CA 90245-0916

1.1.39  "**Parties**" means the Seller and the Buyers, and "**Party**" means either one of them.

1.1.40  "**Person**" means an individual, body corporate, sole proprietorship, partnership or trust or unincorporated association, unincorporated syndicate, unincorporated organization, or another entity, and a natural person, acting in his or her individual capacity or in his or her capacity as executor, trustee, administrator or legal representative, and any Governmental Authority.

1.1.41  "**Personal Information**" is defined in Section 6.4.1.

1.1.42  "**Purchase Price**" means the aggregate of USD$50,000,000, plus the Buyers' Transaction Costs plus the amount of the Assumed Obligations.

1.1.43  "**Senior Lenders**" is defined in Section 6.3.

1.1.44  "**Shares**" means all of the issued and outstanding shares owned by the Debtors of the following entities:

1.1.44.1    Media Latino, Inc.;

1.1.44.2    Thane U.S.A., Inc.;

1.1.44.3    Grupo Mejor Compra SAPI de CV;

1.1.44.4    Danoz Direct Pty. Ltd.;

1.1.44.5    TVNS Scandinavia AB; and

1.1.44.6    Thane Direct UK Ltd.

1.1.45    "**Thane Group**" means the following entities: the Debtors, Grupo Mejor Compra SAPI de CV, Operadora Ainoa SAPI de CV Servicios Profesionales de TMK SAPI de CV, Danoz Direct Pty. Ltd., TVNS Scandinavia AB, Thane Direct UK Ltd., Thane U.S.A. Inc. and Media Latino, Inc.

1.1.46    "**Time of Closing**" means 2 p.m. (EST) on the Closing Date or such other time on the Closing Date as the Parties may mutually agree.

1.1.47    "**Trade-marks**" means the unregistered and registered (and applications therefor) trade-marks of the Debtors, including those described in the Intellectual Property Assignment Agreements and includes all rights to any internet or world wide web domain names, sites and rights described therein.

1.1.48    "**Transaction**" means the transaction of purchase and sale contemplated by this Agreement.

1.1.49    "**U.S. Court**" means the United States Bankruptcy Court for the District of Delaware or any other court with jurisdiction over the U.S. Recognition Order.

1.1.50    "**U.S. Debtors**" means Thane International, Inc., West Coast Direct Marketing, Inc., TDG, Inc. and Thane Direct, Inc.

1.1.51    "**U.S. Recognition Order**" is defined in Section 4.3.3.

**1.2**    **Certain Rules of Interpretation**

1.2.1    In this Agreement, words signifying the singular number include the plural and vice versa, and words signifying gender include all genders. Every use of the word "including" in this Agreement is to be construed as meaning "including, without limitation".

1.2.2    The division of this Agreement into Articles and Sections, the insertion of headings and the provision of a table of contents are for convenience of reference only and do not affect the construction or interpretation of this Agreement.

1.2.3    References in this Agreement to an Article, Section, Schedule or Exhibit are to be construed as references to an Article, Section, Schedule or Exhibit of or to this Agreement unless the Context requires otherwise.

1.2.4    Unless otherwise specified in this Agreement, time periods within which or following which any payment is to be made or act is to be done will be calculated by excluding the day on which the period commences and including the day on which the period ends. If the last day of a time period is not a Business Day, the time period will end on the next Business Day.

1.2.5    Unless otherwise specified, any reference in this Agreement to any statute includes all regulations made under or in connection with that statute, and is to be construed as a reference to that statute as amended, supplemented or replaced.

## 1.3    Governing Law

This Agreement is governed by, and is to be construed and interpreted in accordance with, the laws of the Province of Ontario and the laws of Canada applicable in that Province.

## 1.4    Entire Agreement

This Agreement and any other agreement or agreements and other documents to be delivered under this Agreement, constitutes the entire agreement between the Parties pertaining to the subject matter of this Agreement and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written, of the Parties and there are no representations, warranties or other agreements between the Parties in connection with the subject matter of this Agreement except as specifically set out in this Agreement or in any of the other agreements and documents delivered under this Agreement.

## 1.5    Time of Day

Unless otherwise specified, references to time of day or date mean the local time or date in the City of Toronto, Province of Ontario.

## 1.6    Business Day

Whenever any payment to be made or action to be taken under this Agreement is required to be made or taken on a day other than a Business Day, the payment is to be made or action taken on the next Business Day following.

## 1.7    Currency

Unless otherwise specified, all monetary amounts set out in this Agreement are in the currency of the United States of America.

**1.8**        **Schedules and Exhibits**

The following is a list of Schedules and Exhibits.  Any  Schedule may be revised or replaced by the Buyer at its option at any time up to five (5) Business Days prior to the Closing Date.

| Schedule | Subject Matter | Section Reference |
|----------|----------------|-------------------|
| Schedule 1 | Description of Assets Being Conveyed | 2.1 |
| Schedule 2 | Excluded Contracts | 2.2.2 |
| Schedule 33 | Intellectual Property | 1.1.34 |

| Exhibit | Subject Matter | Section Reference |
|---------|----------------|-------------------|
| Exhibit A | Form of Bill of Sale and Assignment | 1.1.13 |
| Exhibit B | Form of Intellectual Property Assignment Agreement | 1.1.35 |
| **Error! Reference source not found.**C | Form of Intellectual Property License Agreement | 1.1.36 |
| Exhibit E-1 | Form of Appointment Order | 4.3 |
| Exhibit E-2 | Form of Canadian Approval and Vesting Order | 4.3 |
| Exhibit E-3 | Form of U.S. Recognition Order | 4.3 |
| Exhibit E-4 | Form of U.S. Final Sale Approval Order | 4.3 |

**ARTICLE 2**
**SALE AND PURCHASE AND ASSIGNMENT**

**2.1**        **Sale and Purchase of Assets**

Subject to the terms and conditions of this Agreement, the Seller will sell and transfer to the Buyers and the Buyers will purchase the Assets and assume the Assumed Obligations on the Closing Date. The Buyers acknowledge that they are not purchasing any other property or assets of the Debtors other than the Assets.  Schedule 1 sets out a description of (1) the Assets that will be bought by each Buyer, and (2) the identity of the Debtor that owns each of the Assets.  On

Closing, and having regard to the sequencing contemplated in Section 5.2, the Assets will be conveyed among the Parties in the manner contemplated in Schedule 1.

## 2.2      Excluded Assets

Notwithstanding anything in this Agreement to the contrary, the Debtors shall retain all right, title and interest in and to the following assets, and the Buyers will not in any way be construed to have purchased or acquired (or be obligated to purchase or acquire) any interest whatsoever in any of the following assets (collectively the "**Excluded Assets**"):

2.2.1      all of the issued and outstanding shares of the following entities:

    2.2.1.1      Thane International, Inc.

    2.2.1.2      West Coast Direct Marketing, Inc.

    2.2.1.3      TDG, Inc.

    2.2.1.4      Media Latino Source, Inc.;

    2.2.1.5      Thane Direct, Inc.;

    2.2.1.6      Thane Direct Marketing Inc.;

    2.2.1.7      Thane Direct Canada Inc.;

    2.2.1.8      Thane Dutch Holdings Coop;

    2.2.1.9      Thane Deutschland Gmbh;

    2.2.1.10      Thane Direct Company; and

    2.2.1.11      TrendPro TV GmbH; and

2.2.2      all of the Contracts designated in Schedule 2 (the "**Excluded Contracts**") which are not being assumed by the Buyers pursuant to the transactions contemplated in this Agreement, so long as any such Contract is designated as such in Schedule 2 prior to Closing.

## 2.3      Assignment and Assumption of Contracts

Subject to the conditions and terms of this Agreement, the Seller will assign to the Buyers all of the Debtors' rights, benefits and interests in and to the Contracts and the Buyers will assume the Assumed Obligations. More particularly, each Buyer will assume the obligations relating to those Contracts being purchased by it in accordance with Schedule 1 and Schedule 2. This Agreement and any document delivered under this Agreement will not constitute an assignment or an attempted assignment of any Contract contemplated to be assigned to a Buyer under this Agreement which is not assignable without the consent of a third party if that consent has not

been obtained and that assignment or attempted assignment would constitute a breach of such Contract. At the option of the Seller, any such assignment may be made in the name of and on behalf of any of the Debtors.

## 2.4    "As is, Where is"

Each Buyer acknowledges that the Seller is selling the Assets on an "as is, where is" basis as they exist on the Closing Date, and that once the Assets are in the possession of the Buyers, the Seller will have no further liability to the Buyers. Each Buyer further acknowledges that it has entered into this Agreement on the basis that the Seller does not guarantee title to the Assets and that such Buyer has conducted any inspections of the condition of and title to the Assets that it deemed appropriate, and has satisfied itself with regard to these matters. No representation, warranty or condition is expressed or can be implied as to title, encumbrances, description, fitness for purpose, merchantability, condition, quantity or quality, assignability or in respect of any other matter or thing concerning the Assets or the right of the Seller to sell them, save as expressly represented or warranted in this Agreement. Without limiting the generality of the foregoing, any and all conditions, warranties or representations expressed or implied pursuant to the *Sale of Goods Act* (Ontario) or similar legislation do not apply to the Transaction and have been waived by the Buyers. The description of the Assets contained in the Schedules is for purposes of identification only. No representation, warranty or condition has or will be given by the Seller concerning the completeness or accuracy of those descriptions.

## 2.5    Excluded Obligations

The Buyers will not assume and will not be liable for any of the following liabilities or obligations of the Debtors (collectively, the "**Excluded Obligations**"):

2.5.1    Any liabilities or obligations of the Debtors or the Seller to any bank or other financial institution by way of loan, credit facility, guarantee, or otherwise;

2.5.2    Any liabilities or obligations of the Debtors for any claims for any reason arising or occurring on or before the Closing Date, including for negligence, injury, accident or other alleged damage causing event with respect to the operations of the Debtors on or prior to the Closing Date ("**Pre-Closing Claims**") or relating to products or services manufactured or sold or services performed by the Debtors on or before the Closing Date that provide the basis for claim, including warranty claims, whether demands for or proceedings upon such Pre-Closing Claims are commenced before or after the Closing Date;

2.5.3    Any liabilities of the Debtors for any claims, demands, actions, or proceedings relating to the Excluded Assets;

2.5.4    Any liabilities of the Debtors for any breach by any of the Debtors of any laws, including employment and environmental laws relating to the operation of the Business or use of the Purchased Assets on or prior to the Closing Date; and

2.5.5    Any liabilities of the Debtors for any income tax, or for any other taxes, duties or similar charges (including penalties, fines and interest).

**2.6    Payment of the Purchase Price**

On or prior to the Time of Closing, the Buyers will pay the Purchase Price to the Seller, or as the Seller otherwise directs, as follows:

2.6.1    the sum of USD$50,000,000 will be paid to the Seller by Buyer Holdco, Buyer Canada Opco, Buyer U.S. Opco and Buyer IP in accordance with the allocation made pursuant to Section 2.7.

2.6.2    The Buyers will pay the amount of the Buyers Transactions Costs; and

2.6.3    the Buyers will assume the Assumed Obligations.

**2.7    Allocation of Purchase Price**

The Seller and the Buyers shall negotiate in good faith to agree on an allocation of the Purchase Price to the Assets no later than the third (3rd) Business Day before Closing.  The Purchase Price shall be allocated to the Assets in accordance with such agreed allocation.

**2.8    Taxes**

2.8.1    The Buyers will pay upon Closing, in addition to the Purchase Price, all applicable taxes payable in connection with the sale and purchase of the Assets under this Agreement, including all federal, provincial and state taxes, exigible in connection with the purchase and sale of the Assets, including subject to Section 2.8.3, harmonized sales tax, or if applicable, goods and services tax, and any other applicable sales tax and any transfer, documentary, use, stamp, registration and similar taxes and charges (including penalties and interest), but for greater certainty, excluding all income, profits, revenue or other similar taxes which may be incurred by any Debtors or other Person party to the transactions contemplated by this Agreement. Alternatively, where applicable, the Buyers will have the option to furnish the Seller with appropriate exemption certificates.

2.8.2    The Buyers agree to indemnify and save the Seller harmless from and against all claims and demands for payment of all applicable taxes payable by the Buyers in connection with the purchase and sale of the Assets under this Agreement, including penalties and interest and any liability or costs incurred as a result of any failure to pay those taxes when due.

2.8.3    The Parties will complete and sign on or before the Closing Date, or as soon as practicable thereafter, as Buyer Holdco and/or Buyer Canada Opco may request, joint elections containing prescribed information  under section 167(1) of the ETA to permit the purchase and sale of the Assets without incurring goods and services taxes or harmonized sales taxes. Each Buyer, as applicable, will duly file the elections with

the appropriate Governmental Authorities and shall file those elections in compliance with the requirements of and within the time permitted under the ETA.

2.8.4    The Seller and Buyer Canada Opco will execute and file, within the prescribed time limits,  joint elections with respect to any Accounts Receivable forming part of the Assets, under section 22 of the ITA and any corresponding provisions of any other applicable laws relating to taxes, and will designate in those joint elections the portion of the Purchase Price allocated to the Accounts Receivable as the consideration paid by the Buyer Canada Opco to the Seller for the Accounts Receivable for the purposes of the elections.

## 2.9       Assumed Employees

2.9.1    On or before the Closing Date the Buyers will offer, conditional on the completion of the Closing, employment to each of the Assumed Employees at the same rate of wages and benefits then provided by the Debtors, and upon other terms and conditions that are the same as those of his or her current employment with the Debtors, including fixed termination dates included in written agreements with the Debtors, as applicable, which employment will commence as at the Closing Date. The Buyers in making the offers of employment will recognize the seniority and years of service of such Assumed Employees.

2.9.2    Each Buyer acknowledges and agrees that:

2.9.2.1    the Seller makes no representation or warranty that any Assumed Employee will accept employment with the Buyers; and

2.9.2.2    the acceptance by the Assumed Employees of offers of employment with a Buyer will not constitute a condition to the Buyer's obligation to complete the Transaction.

2.9.3    Until the Closing Date, subject to the Buyers' assumption of the Accrued Payroll and Assumed Employee Accruals, the Debtors will be responsible for payment of all wages, statutory deductions, remittances, assessments, bonuses, vacation pay, sick leave, severance pay, termination pay, amounts paid in lieu of notice, and any other remuneration, benefits and deductions for all the Employees, that become due and payable prior to the Closing Date, together with any obligation to pay all severance or termination pay and other payments owing to Employees who are not Assumed Employees that arise by operation of Applicable Law on the Closing Date. On the Closing Date, the Buyers will assume the Accrued Payroll and the Assumed Employee Accruals.

2.9.4    Effective as of the Closing Date, the Buyers will, going forward, assume the obligations of the Debtors under the Benefit Plans and all of Debtors' obligations, liabilities and responsibilities as sponsor(s) under the Benefit Plans relating to the Assumed Employees. During the 90 day period following the Closing Date, the Seller will cooperate with the Buyers and provide the Buyers with any assistance that it may

reasonably require in order to give effect to its obligations pursuant to this Section; provided that the Seller will be under no obligation to obtain any consents or to expend any amount or incur any liability providing that assistance or in seeking any consents.

2.9.5    Except to the extent otherwise imposed by Applicable Law, the Debtors will be responsible for all unpaid workers' compensation amounts, including payroll premiums, non-compliance charges, experience rating surcharges, work week surcharges, levies and penalties relating to the Employees arising out of events occurring on or prior to the Closing Date and which are due and payable prior to the Closing Date, and the Buyer will be responsible for all such amounts arising out of events occurring on or after the Closing Date and relating to the Assumed Employees.

## ARTICLE 3
## REPRESENTATIONS AND WARRANTIES

### 3.1      Buyers' Representations

Each Buyer represents and warrants to the Seller that:

3.1.1    it is a corporation duly incorporated, organized and subsisting under the laws of the jurisdiction of its formation;

3.1.2    it has all necessary corporate power, authority and capacity to enter into this Agreement and to perform its obligations under this Agreement and the execution and delivery of this Agreement and the consummation of the Transaction have been duly authorized by all necessary corporate action on the part of the Buyer;

3.1.3    it is not a Party to, bound or affected by or subject to any indenture, agreement, instrument, charter or by-law provision, order, judgment or decree which would be violated, contravened or breached by the execution and delivery by it of this Agreement or the performance by it of any of the terms contained in this Agreement;

3.1.4    to the best of the Buyer's knowledge, no actions or proceedings are pending or have been threatened to restrain or prohibit the completion of the Transaction;

3.1.5    this Agreement and each of the other documents contemplated under this Agreement to which the Buyer is or will be a Party have been or will be, as at the Time of Closing, duly and validly executed and delivered by the Buyer and constitutes or will, as at the Time of Closing, constitute legal, valid and binding obligations of the Buyer, enforceable in accordance with its terms;

3.1.6    each of Buyer Holdco, Buyer Canada Opco, Buyer US Opco and Buyer IP Co is not a non-Canadian person as defined in the *Investment Canada Act*;

3.1.7    each of Buyer Holdco and Buyer Canada Opco will be registered under Part IX of the ETA on or before the Time of Closing and Buyer IP Co is a non-resident person, as

defined in the ETA, and is not registered under Subdivision d of Division V of Part IX of the ETA; and

3.1.8    all of the issued and outstanding shares in the capital of each of Buyer Canada Opco and Buyer U.S. Opco are legally and beneficially owned by Buyer Holdco.

## 3.2    Seller's Representations

The Seller represents and warrants to the Buyers that:

3.2.1    upon the granting of the Appointment Order, the Approval and Vesting Order and the U.S. Recognition Order, the Seller has the right to enter into this Agreement and to complete the Transaction;

3.2.2    the Seller is not a non-resident of Canada within the meaning of that term as used in the *Income Tax Act* (Canada);

3.2.3    the Seller has done no act to encumber the Assets;

3.2.4    the Seller has not previously sold or done any act to encumber the Assets; and

3.2.5    to the best of the Seller's knowledge, no actions or proceedings are pending and none have been threatened to restrain or prohibit the completion of the Transaction.

## ARTICLE 4
## CONDITIONS

## 4.1    Conditions of the Buyers

The obligation of the Buyers to complete the Transaction is subject to the following conditions being fulfilled or performed at or prior to the Time of Closing:

4.1.1    all representations and warranties of the Seller contained in this Agreement will be true as of the Closing Date with the same effect as though made on and as of that date;

4.1.2    no action or proceedings will be pending or threatened to restrain or prohibit the completion of the Transaction contemplated by this Agreement;

4.1.3    the Seller will have performed each of its obligations under this Agreement to the extent required to be performed on or before the Closing Date; and

4.1.4    no material loss or damage to the Assets will have occurred on or before the Closing Date.

The foregoing conditions are for the exclusive benefit of the Buyers. Any condition may be waived by the Buyers in whole or in part. Any such waiver will be binding on the Buyers only if made in writing.

## 4.2        Conditions of the Seller

The obligation of the Seller to complete the Transaction is subject to the following conditions being fulfilled or performed at or prior to the Time of Closing:

4.2.1        all representations and warranties of the Buyers contained in this Agreement will be true as of the Closing Date with the same effect as though made on and as of that date;

4.2.2        no action or proceedings will be pending or threatened to restrain or prohibit the completion of the Transaction contemplated by this Agreement;

4.2.3        the Buyers will have performed each of their obligations under this Agreement to the extent required to be performed on or before the Closing Date; and

4.2.4        no material loss or damage to the Assets will have occurred on or before the Closing Date.

The foregoing conditions are for the exclusive benefit of the Seller. Any condition may be waived by the Seller in whole or in part. Any such waiver will be binding on the Seller only if made in writing.

## 4.3        Conditions of the Seller and Buyers

The obligations of the Seller and the Buyers to complete the Transaction are subject to the following conditions being fulfilled or performed at or prior to the Time of Closing:

4.3.1        an order of the Canadian Court on or before October 23, 2015:

4.3.1.1        appointing Richter Advisory Group Inc. as receiver of the Debtors pursuant to Section 243 of the *Bankruptcy and Insolvency Act* (Canada) and Section 101 of the *Courts of Justice Act* (Ontario), solely for the purpose of conveying the Assets; and

4.3.1.2        appointing the Receiver as the foreign representative of the Debtors and authorizing it to apply on their behalf to the U.S. Court for the U.S. Recognition Order,

that order to be substantially in the form of the order attached as Exhibit E-1 (the "**Appointment Order**");

4.3.2        an order will have been made by the Canadian Court on or before October 23 2015 approving this Agreement and the Transaction, exempting the transaction from the

*Bulk Sales Act* (Ontario), and vesting in the Buyers all the right, title and interest in and to the Assets, as more particularly described in Schedule 1, free and clear of all liens, security interests and other encumbrances, that order to be substantially in the form of the order attached as Exhibit E-2 (the "**Approval and Vesting Order**");

4.3.3    one or more orders will have been made by the U.S. Court on or before December 15, 2015 under Chapter 15 of the Bankruptcy Code recognizing and giving effect to both the Appointment Order and the Approval and Vesting Order (as it relates to the US Debtor Assets), that order to be substantially in the form of the order attached as Exhibit E-3 (the "**U.S. Recognition Order**");

4.3.4    each of the Appointment Order, the Approval and Vesting Order and the U.S. Recognition Order will not have been stayed, varied or vacated and no order will have been issued and no action or proceeding will be pending to restrain or prohibit the completion of the Transaction;

4.3.5    all consents, approvals, orders and authorizations of any Person or Governmental Authority (or registrations, declarations, filings or recordings with any of them), required for the Closing (other than routine post-closing notifications or filings) shall have been obtained or made, including:

4.3.5.1    all requisite approvals and consents required from the minority 20% shareholder of Grupo Mejor Compra SAPI de CV to the sale of shares of Grupo Mejor Compra SAPI de CV contemplated by this Agreement; and

4.3.5.2    the approval and consent of the Superintendent of Financial Institutions (appointed pursuant to the *Office of the Superintendent of Financial Institutions Act* (Canada)) to the financial institutions holding equity directly or indirectly in Buyer Holdco for a period of not less than eight (8) years from Closing, as such consent is provided for in subsection 472(4) and 934(3) of the *Bank Act* (Canada);

4.3.6    the Buyers will have procured an executed commitment letter with respect to the financing of the Transaction upon terms and conditions satisfactory to the Buyers, and all documentation, including loan agreements, security agreements, charges, pledges, guarantees and otherwise shall have been settled and agreed to by the Buyers and its lenders so that they may complete the Transaction;

4.3.7    a unanimous shareholders' agreement for Buyer Holdco, in form and substance satisfactory to Buyer Holdco, shall be fully executed and delivered by all of the parties thereto; and

4.3.8    all documents, registrations or filings required to effect the change of name of any of the entities listed in Section 2.2.1 containing "Thane" in their names to delete "Thane" from their corporate and business names shall have been executed and delivered to the Buyers and all applicable registrations or filings shall have been made.

The Parties hereto acknowledge that the foregoing conditions are for the mutual benefit of the Seller and the Buyers.

**4.4        Non-Satisfaction of Conditions**

If any condition set out in this Article is not satisfied or performed prior to the time specified therefor, a Party for whose benefit the condition is inserted may in writing:

4.4.1        waive compliance with the condition in whole or in part in its sole discretion by written notice to the other Party and without prejudice to any of its rights of termination in the event of non-fulfilment of any other condition in whole or in part; or

4.4.2        elect on written notice to the other Party to terminate this Agreement before Closing.

**ARTICLE 5**
**CLOSING**

**5.1        Closing**

The completion of the Transaction will take place at the Toronto offices of Gowling Lafleur Henderson LLP, on the Closing Date at the Time of Closing or as otherwise determined by mutual agreement of the Parties in writing.

**5.2        Transaction Sequence**

On the terms and subject to the conditions set forth in this Agreement, at the Closing, the following will occur and be deemed to occur in the following order (at fifteen minute intervals):

5.2.1        the purchase and sale of the Intellectual Property to Buyer IP Co pursuant to the Intellectual Property Assignment Agreement will occur;

5.2.2        Buyer IP Co will enter into the Intellectual Property License Agreements with each of Thane Direct Company and Thane Direct Canada Inc.; and

5.2.3        the purchase and sale of those Assets designated on Schedule 1 as being purchased by each of Buyer Canada Opco and Buyer U.S. Opco will occur, including for greater certainty, all of Thane Direct Company's and Thane Direct Canada Inc.'s rights under the Intellectual Property License Agreements, and the assumption by each of Buyer Canada Opco and Buyer U.S. Opco from the Seller of the Assumed Obligations will occur.

**5.3        Buyers' Deliveries on Closing**

At or before the Time of Closing, the Buyers will execute and deliver to the Seller the following, each of which will be in form and substance satisfactory to the Seller, acting reasonably:

5.3.1     payment of the Purchase Price;

5.3.2     the Intellectual Property Assignment Agreement;

5.3.3     the Intellectual Property License Agreements;

5.3.4     the Bill(s) of Sale and Assignment;

5.3.5     a certificate dated the Closing Date, confirming that all of the representations and warranties of the Buyers contained in this Agreement are true as of the Closing Date, with the same effect as though made on and as of the Closing Date;

5.3.6     a certificate dated the Closing Date, confirming that each of the conditions precedent in Section 4.1 and 4.3 of this Agreement have been fulfilled, performed or waived as of the Closing Date;

5.3.7     an assumption agreement with respect to the Assumed Obligations; and

5.3.8     any other documentation as is referred in this Agreement or as the Seller may reasonably require to give effect to this Agreement.

## 5.4     Seller's Deliveries on Closing

At or before the Time of Closing, the Seller will execute and deliver (to the extent the document listed below is to be executed by the Seller) to the Buyers the following, each of which will be in form and substance satisfactory to the Buyer, acting reasonably:

5.4.1     the Bill(s) of Sale and Assignment;

5.4.2     the Intellectual Property Assignment Agreement;

5.4.3     the Intellectual Property License Agreement;

5.4.4     a certificate dated the Closing Date confirming that all of the representations and warranties of the Seller contained in this Agreement are true as of the Closing Date, with the same effect as though made on and as of the Closing Date;

5.4.5     a certificate dated the Closing Date confirming that each of the conditions precedent in Sections 4.2 and 4.3 of this Agreement have been fulfilled, performed or waived as of the Closing Date;

5.4.6     the Appointment Order;

5.4.7     the Approval and Vesting Order;

5.4.8     the U.S. Recognition Order; and

5.4.9          any other documentation as is referred to in this Agreement or as the Buyers may reasonably request to give effect to this Agreement.

## 5.5          Buyers' Acknowledgement

The Buyers acknowledges that the Seller is selling the right, title and interest of the Debtors in the Assets pursuant to the Seller's powers as authorized by the Appointment Order, the Approval and Vesting Order and the U.S. Recognition Order. The Buyers agree to purchase and accept the right, title and interest of the Seller in and to the Assets pursuant to and in accordance with the terms of this Agreement and the Bill of Sale and Assignment and other assignment and assumption agreements delivered pursuant to the terms of this Agreement.

## 5.6          Possession of Assets

The Debtors will remain in possession of the Assets until the Time of Closing. On Closing, and having regard to the sequencing contemplated by Section 5.2, the Buyers will take possession of the Assets where situate at the Time of Closing. The Buyers acknowledge that the Seller has no obligation to deliver physical possession of the Assets to the Buyers. In no event will the Assets be sold, assigned, transferred or set over to the Buyers until the Buyers have satisfied all delivery requirements outlined in Section 5.3.

## 5.7          Access to Assets

5.7.1          The Buyers may have reasonable access to the Assets located at the Leased Premises during normal business hours prior to the Time of Closing for the purpose of enabling the Buyers to conduct any inspections of the Assets as it deems appropriate. Those inspections will only be conducted in the presence of a representative of the Seller if so required at the discretion of the Seller.

5.7.2          The Buyers agree to indemnify and save the Seller harmless from and against all claims, demands, losses, damages, actions and costs incurred or arising from or in any way directly related to the inspection of the Assets or the attendance of the Buyers, their employees, contractors or agents at, or the removal of the Assets from, the Leased Premises.

## 5.8          Risk

The Assets will be and remain at the risk of the Debtors and/or Seller until Closing and at the risk of the Buyers from and after Closing. If, prior to Closing, the Assets are substantially damaged or destroyed by fire or other casualty, then, at its option, the Buyers may decline to complete the Transaction. This option will be exercised within 15 days after notification to the Buyers by the Seller of the occurrence of damage or destruction (or prior to the Closing Date if such occurrence takes place within 15 days of the Closing Date) in which event this Agreement will be terminated automatically. If the Buyers do not exercise this option, it will complete the Transaction and will be entitled to an assignment of the proceeds of insurance referable to such damage or destruction. Where any damage or destruction is not substantial, the Buyers will

complete the Transaction and will be entitled to an assignment of the proceeds of insurance referable to such damage or destruction provided that such damage or destruction is insured or, otherwise, to an agreed abatement.

**5.9**     **Termination**

If either the Seller or the Buyers validly terminate(s) this Agreement under the provisions of Sections 4.4 or 5.8:

5.9.1     all the obligations of both the Seller and Buyers under this Agreement will be at an end; and

5.9.2     neither Party will have any right to specific performance or other remedy against, or any right to recover damages or expenses from, the other.

**ARTICLE 6**
**GENERAL**

**6.1**     **Paramountcy**

In the event of any conflict or inconsistency between the provisions of this Agreement, and any other agreement, document or instrument executed or delivered by the Seller in connection with this Transaction or this Agreement, the provisions of this Agreement will prevail to the extent of that conflict or inconsistency.

**6.2**     **Seller's Capacity**

The Buyers acknowledge that the persons signing this Agreement, and any and all documents contemplated by this Agreement or relating to the Transaction, on behalf of the Seller is acting solely in his/her capacity as an authorized signatory of the Seller, and the Seller is acting solely in its capacity as court appointed Receiver of the Debtors, and such persons and the Seller shall have no personal or corporate liability of any kind, whether in contract, in tort or otherwise.

**6.3**     **Commission**

Notwithstanding Section 6.13, the Parties agree that any fees payable to SSG Advisors, LLC ("**SSG Fees**") pursuant to a June 2014 engagement letter will be negotiated and paid by Bank of Montreal, HSBC Bank Canada and National Bank of Canada as senior lenders to the Debtors (collectively, the "**Senior Lenders**") and added to the existing indebtedness of the Debtors to the Senior Lenders and for greater certainty, SSG shall have no recourse to the Lenders or the Buyers for the payment of such SSG Fees.

Other than the SSG Fees, the Buyers acknowledge that there are no agent or broker fees or other commissions payable by the Seller on the Purchase Price or otherwise in connection with the Transaction, and the Buyers agree to indemnify the Seller against any claim for compensation or

commission by any third Party or agent retained by the Buyers in connection with, or in contemplation of, the Transaction.

## 6.4 Confidentiality

6.4.1 Except as may be required by law, the Parties will not, and will not allow any of their representatives or advisors to collect, disclose, or use, any Confidential Information (as defined below) at any time or in any manner, except for the purpose of consummating the Transaction and for the purpose of the Buyers carrying on the Business. For the purposes of this Agreement, "**Confidential Information**" means any information relating to the Transaction, including information relating to identifiable individuals ("**Personal Information**"), whether communicated in written form, orally, visually, demonstratively, technically or by any other electronic form or other media, or committed to memory, but excluding information, other than Personal Information, which:

6.4.1.1 was available to or known by the public before the date of this Agreement;

6.4.1.2 was or is obtained from a source other than the Parties or any person bound by a duty of confidentiality to the Parties; or

6.4.1.3 is or becomes available to or known by the public other than as a result of improper disclosure by the Parties or any of their representatives, advisors or lenders.

6.4.2 If the Transaction is not consummated, each of the Seller, on the one hand, and the Buyers, on the other hand, or any of their representatives, advisors or lenders, as applicable, will promptly return to the other of them any Confidential Information in its/their possession.

## 6.5 Time of Essence

Time is of the essence in all respects of this Agreement.

## 6.6 Notices

Any Communication must be in writing and either:

6.6.1 personally delivered;

6.6.2 sent by prepaid registered mail; or

6.6.3 sent by facsimile, email or functionally equivalent electronic means of communication, charges (if any) prepaid.

Any Communication must be sent to the intended recipient at its address as follows:

to the Seller at:

181 Bay Street
Suite 3320
Bay Wellington Tower
Toronto, Ontario   M5J 2T3

Attention:      Paul van Eyk
Tel No.:         416 488 2345
Facsimile No.: 416 488 3765
E-mail:          PvanEyk@richter.ca

with a copy (which will not constitute notice) to:

Borden Ladner Gervais LLP
Scotia Plaza
40 King Street West
Toronto, Ontario   M5H 3Y4

Attention:      Gordon Raman
Tel No.:         416 367 6232
Facsimile No.: 416 361 7311
E-mail:          graman@blg.com

to the Buyers at:

501-5255 Orbitor Dr.
Mississauga, Ontario L4W 5M6
Attention:      Russel Orelowitz and Amir Tukulj
Tel No.:         905 625 3800
Facsimile No.: 905 248 3572
E-mail:          russel@thanedirect.com
                 amir@thanedirect.com

with a copy (which will not constitute notice) to:

Aird & Berlis LLP
Brookfield Place
181 Bay street
Suite 1800, Box 754
Toronto, Ontario   M5J 2T9

Attention:      Stanley W.L. Freedman
Tel No.:         416-865-7762
Facsimile No.: 416-863-1515
E-mail:          sfreedman@airdberlis.com

or at any other address that any Party may from time to time advise the other by Communication given in accordance with this Section 6.6. Any Communication delivered to the Party to whom it is addressed will be deemed to have been given and received on the day it is delivered at that Party's address, provided that if that day is not a Business Day then the Communication will be deemed to have been given and received on the next Business Day. Any Communication transmitted by facsimile or other form of electronic communication will be deemed to have been given and received on the day on which it was transmitted (but if the Communication is transmitted on a day which is not a Business Day or after 3:00 p.m. (local time of the recipient), the Communication will be deemed to have been received on the next Business Day).

## 6.7 Severability

Each provision of this Agreement is distinct and severable. If any provision of this Agreement, in whole or in part, is or becomes illegal, invalid or unenforceable in any jurisdiction by a court of competent jurisdiction, the illegality, invalidity or unenforceability of that provision will not affect:

6.7.1    the legality, validity or enforceability of the remaining provisions of this Agreement; or

6.7.2    the legality, validity or enforceability of that provision in any other jurisdiction.

## 6.8 Submission to Jurisdiction

Without prejudice to the ability of any Party to enforce this Agreement in any other proper jurisdiction, each of the Parties irrevocably submits and attorns to the non-exclusive jurisdiction of the courts of the Province of Ontario to determine all issues, whether at law or in equity arising from this Agreement. To the extent permitted by applicable law, each of the Parties irrevocably waives any objection (including any claim of inconvenient forum) that it may now or hereafter have to the venue of any legal proceeding arising out of or relating to this Agreement in the courts of that Province or that the subject matter of this Agreement may not be enforced in the courts and irrevocably agrees not to seek, and waives any right to, judicial review by any court which may be called upon to enforce the judgment of the courts referred to in this Section 6.8, of the substantive merits of any such suit, action or proceeding. To the extent a Party has or hereafter may acquire any immunity from jurisdiction of any court or from any legal process (whether through service or notice, attachment prior to judgment, attachment in aid of execution, execution or otherwise) with respect to itself or its property, that Party irrevocably waives that immunity in respect of its obligations under this Agreement.

## 6.9 Amendment and Waiver

No supplement, modification, amendment, waiver, discharge or termination of this Agreement is binding unless it is executed in writing by the Party to be bound. No waiver of, failure to exercise or delay in exercising, any provision of this Agreement constitutes a waiver of any other provision (whether or not similar) nor does such waiver constitute a continuing waiver unless otherwise expressly provided.

**6.10**    **Further Assurances**

Each Party will, at the requesting Party's reasonable cost, execute and deliver all further agreements and documents and provide all further assurances as may be reasonably required by the other Party to give effect to this Agreement and, without limiting the generality of the foregoing, will do or cause to be done all acts and things, execute and deliver or cause to be executed and delivered all agreements and documents and provide all assurances, undertakings and information as may be required from time to time by all regulatory or governmental bodies.

**6.11**    **Assignment and Enurement**

Neither this Agreement nor any right or obligation under this Agreement may be assigned by either Party without the prior consent of the other Party. This Agreement enures to the benefit of and is binding upon the Parties and their respective successors and permitted assigns.

**6.12**    **Counterparts**

This Agreement may be executed and delivered by the Parties in one or more counterparts, each of which when so executed and delivered will be an original and such counterparts will together constitute one and the same instrument.  To evidence the fact that a Party has executed this Agreement, such Party may send a copy of its executed counterpart to the other Party by Electronic Transmission and, if sent by email, in Portable Document File (PDF) format.  That Party will be deemed to have executed this Agreement on the date it sent such Electronic Transmission.

**6.13**    **Costs and Expenses**

Except as set out in Section 6.3 or as otherwise specified in this Agreement, all outstanding and unpaid costs and expenses (including the fees and disbursements of accountants, legal counsel and other professional advisers) incurred in connection with this Agreement and the completion of the Transaction up to and including the Closing Date (collectively, "**Transaction Costs**") are to be paid as follows:

6.13.1    The Buyers shall pay 65% of the aggregate amount of the Transaction Costs (the "**Buyers' Transaction Costs**"), which amount shall be included in the Purchase Price paid by the Buyers; and

6.13.2    The Senior Lenders shall pay 35% of the aggregate amount of the Transaction Costs, which amount shall be added to the existing indebtedness of the Debtors.

**6.14**    **No *Contra Proferentem***

This Agreement has been reviewed by each Party's professional advisors, and revised during the course of negotiations between the Parties. Each Party acknowledges that this Agreement is the product of their joint efforts, that it expresses their agreement, and that, if there is any ambiguity in any of its provisions, that provision should not be interpreted in favour of either one of them.

**6.15**        **Third Party Reliance**

The Parties acknowledge and agree that the Senior Lenders shall have the benefit of Sections 6.3 and 6.13 and may rely upon only these provisions as if they were parties to this Agreement.

**[SIGNATURE PAGE FOLLOWS]**

Each of the undersigned hereby irrevocably offers to purchase the Assets on the terms and conditions set forth in this Agreement. Such offer is open for acceptance by the Seller until the earlier of the following: (A) 5:00 am (ET) on the Business Day following the date upon which the Canadian Court grants the Appointment Order and the Approval and Vesting Order; (B) the date upon which the Canadian Court refuses to grant the Appointment Order and the Approval and Vesting Order; and (C) December 15, 2015 or such other date as mutually agreed to by the Parties.

**9472541 CANADA INC.**

Per

Name: Amir Tukuli
Title: Authorized Signatory

Per

Name: Russel Orlowski
Title: Authorized Signatory

**9472550 CANADA INC.**

Per

Name: Amir Tukuli
Title: Authorized Signatory

Per

Name: Russel Orlowski
Title: Authorized Signatory

**635427, INC.**

Per

Name: Amir Tukuli
Title: Authorized Signatory

Per

Name: Russel Orlowski
Title: Authorized Signatory

**652134 LIMITED**

Per

Name: *Arnie Tukull*
Title: *Authorized Signatory*

Per

Name: *Russel Orthwiz*
Title: *Authorized Signatory*

The undersigned hereby accepts the foregoing offer on the ____ day of _____, 2015. By executing below, this Agreement becomes a fully enforceable set of agreements and obligations as between the Parties in accordance with the terms and conditions of this Agreement.

**RICHTER ADVISORY GROUP INC.**, solely in its capacity as court appointed receiver of **THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT CANADA INC., THANE DIRECT MARKEING INC., THANE DIRECT COMPANY, WEST COAST DIRECT MARKETING, INC. and TDG INC.** and not in its personal capacity

Per

Name:
Title:

## SCHEDULE 1
## DESCRIPTION OF CONVEYANCES OF ASSETS

| Thane Receivership Company | Assets/Shares Being Sold | Purchaser |
|---|---|---|
| Thane International, Inc. | IP Assets | Buyer IP Co |
| | Other Assets | Buyer U.S. Opco |
| Thane Direct, Inc. | Shares – 80% equity interest in Grupo Mejor Compra SAPI de CV | Buyer Holdco |
| | Other Assets | Buyer Holdco |
| Thane Direct Company | Shares:<br>• Danoz Direct Pty Ltd.<br>• TVNS Scandanavia AB<br>• Thane Direct UK Ltd. | Buyer Holdco |
| | IP Assets | Buyer IP Co |
| | Other Assets | Buyer Canada Opco |
| | IP Licence with New Thane IPCO UK | Buyer Canada Opco |
| Thane Direct Marketing Inc. | Shares:<br>• Medio Latino Inc.<br>• Thane USA, Inc. | Buyer U.S. Opco |
| | Other Assets | Buyer Canada Opco |
| West Coast Direct Marketing, Inc. | Other Assets | Buyer U.S. Opco |
| TDG, Inc. | Other Assets | Buyer U.S. Opco |
| Thane Direct Canada Inc. | IP Assets | Buyer IP Co |
| | IP Licence with New Thane IPCO UK | Buyer Canada Opco |
| | Other Assets | Buyer Canada Opco |

Note that in the foregoing chart "Other Assets" refers to any asset owned by a Debtor except Intellectual Property, Intellectual Property licence rights pursuant to the Intellectual Property Licence Agreements and Excluded Assets described in the Offer.  Other Assets can include Debtor Contracts, equipment, inventory and Accounts Receivable, as applicable.

**SCHEDULE 2**
**EXCLUDED CONTRACTS [SECTION 2.2.2]**

1.      Lease with respect to 5255 Orbitor Drive, Suite 501, Mississauga, ON, L4W 5M6
        between Thane Direct Canada Inc and Polaris Realty (Canada) Inc.

2.      Contract between SSG Capital Advisors LLC and Thane Direct Inc. dated June 23, 2014

**SCHEDULE 3**

**INTELLECTUAL PROPERTY [SECTION 1.1.34]**

See attached.

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

## U.S. Registrations

| | Title | Registration Nr. |
|---|---|---|
| 1. | AlphaMax "HydroMax 119." | PA 1-146-569 |
| 2. | Slim 'N Lift retail box. | VA 1-642-336 |
| 3. | Klear action: v. 18. | PA 1-205-635 |
| 4. | Klear action: v. 19. | PA 1-205-634 |
| 5. | Orbitrek platinum V6. | PA 1-201-544 |
| 6. | Thane products website S1. | VA 1-294-369 |
| 7. | Youth cocktail: v. 20. | PA 1-204-590 |
| 8. | Ageless wonders radio show / Bob & Denise. | SRu 547-577 |
| 9. | Flavorwave Oven DELUXE Owner's Manual Care & Use Guide. | TX 7-049-322 |
| 10. | Flavorwave Oven DELUXE Recipe Book Cover, front & back. | VA 1-666-177 |
| 11. | Slim 'N Lift SILHOUETTE retail box. | VA 1-649-220 |
| 12. | Klear action. | PAu 2-879-521 |
| 13. | Klear action homepage. | TX 6-189-752 |
| 14. | Klear action infomercial. | PA 1-283-422 |
| 15. | Klear action shade guide. | TX 6-200-740 |
| 16. | Klear action user's guide. | TX 6-188-177 |
| 17. | Orbitrek Platinum Webpage. | VA 1-694-781 |
| 18. | Slim 'N Lift Silhouette SUPREME retail box. | VA 1-638-538 |
| 19. | Slim 'N Lift Silhouette webpage. | VA 1-694-779 |
| 20. | Slim 'N Lift Slimming Tube ad photo & text. | VA 1-648-689 |
| 21. | TRUE COVER product webpage on internet website, http://www.thane.inc., and in hyperlinks within. | VA 1-638-374 |
| 22. | Slim Lift Silhouette: California Beauty package insert. | VA 1-687-720 |
| 23. | Slim 'n Lift Silhouette SUPREME, 2-minute webclip. | PA 1-616-408 |
| 24. | Slim 'N Lift Silhouette Supreme webpage. | VA 1-694-773 |
| 25. | Slim 'N Lift SUPREME COMFORT package insert/product instructions. | VA 1-650-744 |
| 26. | 9 minute marinator instructional manual & recipe guide. | TX 6-576-439 |
| 27. | 9 Minute Marinator product information page on internet website, http://www.Thane.com. and in hyperlinks within. | VA 1-687-283 |
| 28. | California Beauty Steam Styler product information on page on internet website, http:www.thane.com and in hyperlinks within. | VA 1-687-285 |
| 29. | H2O Mop Marketing Photo. | VA 1-629-803 |
| 30. | H2O Mop infomercial, 2:04 clip. | PA 1-616-699 |
| 31. | H2O Mop User's Guide--cover, front & back. | TX 6-835-804 |
| 32. | H2O Mop webpage. | VA 1-694-775 |
| 33. | H2O Vac webpage. | VA 1-694-774 |
| 34. | Orbitrek Elite Webpage. | VA 1-694-772 |
| 35. | H2O Vac Turbo webpage, #4. | VA 1-650-731 |
| 36. | KLEAR ACTION instruction insert. | VAu 1-005-556 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**
**As of October 12, 2015**

|  | Title | Registration Nr. |
|---|---|---|
| 37. | Slim 'n Lift SUPREME COMFORT, 2-minute webclip. | PA 1-619-197 |
| 38. | Slim 'N Lift SUPREME COMFORT retail box. | VAu 973-396 |
| 39. | Thane Housewares FlavorWave Oven Turbo User's Guide. | TX 6-834-889 |
| 40. | Flavorwave Turbo clip. | PA 1-614-074 |
| 41. | H2O Mop product page, 2008-July-28 Canada, at internet website http://www.thaneinc.com. | VA 1-657-106 |
| 42. | H2O Mop Steam Cleaner retail box. | VA 1-648-870 |
| 43. | H2O Mop Ultra User's Guide. | TX 6-879-258 |
| 44. | H2O Vac Turbo infomercial, 2:17 clip. | PA 1-614-063 |
| 45. | H2O Vac TURBO Owner's Manual. | TXu 1-591-771 |
| 46. | H2O Vac Turbo Product Webpage. | VA 1-694-912 |
| 47. | H2O Vac Turbo webpage, #2A. | VA 1-648-799 |
| 48. | H2O Vac Turbo webpage, #2B. | VA 1-648-796 |
| 49. | CB Steam Styler product page at internet website http://www.thaneinc.com. | VA 1-638-423 |
| 50. | Collection of four (4) H2O Mop Ultra pre-marketing photos. | VAu 967-225 |
| 51. | Don Sullivan's "Secrets To Training the Perfect Dog": The DogFather. | VA 1-638-537 |
| 52. | FlavorWave Oven Turbo deluxe accessory box. | VAu 967-645 |
| 53. | FlavorWave Oven Turbo extender ring box. | VAu 967-464 |
| 54. | FlavorWave Oven Turbo: New Generation in Cooking (retail box). | VAu 965-467 |
| 55. | FLAVORWAVE OVEN TURBO product webpage on internet website, http://www.thane.com, and in hyperlinks within. | VA 1-634-246 |
| 56. | FlavorWave Oven Turbo recipe cards. | VA 1-655-996 |
| 57. | FlavorWave Oven Turbo retail box 2, with Mr. T. | VA 1-655-825 |
| 58. | H2O Mop ULTRA retail box. | VAu 991-738 |
| 59. | Slim 'n Lift SUPREME COMFORT internet webpage, rev.1. | VA 1-666-305 |
| 60. | ABTRONIC X2 retail box. | VA 1-731-272 |
| 61. | CONTACT BODYBLAST, 1:29 webclip. | PA 1-660-304 |
| 62. | CONTACT BODYBLAST Instructions. | VAu 1-004-533 |
| 63. | CONTACT BODYBLAST internet webpage. | VA 1-686-415 |
| 64. | CONTACT BODYBLAST Workout DVD cover. | VAu 1-004-530 |
| 65. | CONTACT BODYBLAST Workout DVD labels, Disc 1 & Disc 2. | VAu 1-004-532 |
| 66. | H2O Mop ULTRA, 2:28 webclip. | PA 1-66-4668 |
| 67. | H2O Mop ULTRA 3 in 1 Steamer. | VA 1-690-812 |
| 68. | H2O Mop ULTRA internet webpage. | VA 1-667-380 |
| 69. | 3 MINUTE LEGS, 2:23 webclip. | PA 1-695-633 |
| 70. | 3 MINUTE LEGS internet webpage. | VA 1-677-938 |
| 71. | 3ML Total Transformations, User's Guide, with 3ML Accelerated Results and 3ML Totally Tasty. | TXu 1-639-481 |
| 72. | AB DOER TWIST, 1:50 webclip. | PA 1-693-151 |
| 73. | AB DOER TWIST internet webpage. | VA 1-688-307 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

|  | Title | Registration Nr. |
|---|---|---|
| 74. | AB DOER TWIST internet webpage, Rev.1. | VA 1-739-113 |
| 75. | AB DOER TWIST Quick Start Guide, with AB-DOer Twist Accelerated Results and AB-DOer Twist Healthy Eating Plan. | TXu 1-654-297 |
| 76. | ABTRONIC X2 belt artwork. | VA 1-734-182 |
| 77. | ABTRONIC X2 internet webpage, English version. | VA 1-713-915 |
| 78. | AB DOER TWIST retail box. | VA 1-741-940 |
| 79. | DERMA SETA internet webpage. | VA 1-715-485 |
| 80. | DERMA SETA internet webpage, Canada. | VA 1-731-269 |
| 81. | DERMA SETA internet webpage, U.K. | VA 1-731-316 |
| 82. | DERMA SETA retail box. | VA 1-731-116 |
| 83. | FLAVORWAVE OVEN EXPRESS retail box, English version. | VAu 1-045-431 |
| 84. | Slim 'N Lift AIRE internet webpage. | VA 1-734-177 |
| 85. | Slim 'N Lift AIRE package inserts. | VAu 1-037-782 |
| 86. | Slim 'N Lift AIRE retail box. | VAu1-037-658 |
| 87. | Slim "N Lift SUPREME COMFORT webpage. | VA 1-648-663 |
| 88. | TOTAL VIBES internet webpage. | VA-1-750-135 |
| 89. | ABTRONIC X2 retail box. | VA 1-731-272 |
| 90. | ABTRONIC X2 Diet Plan. | TX-7-306-246 |
| 91. | GO! GO!  Manuals, for Nails & Heels. | TXu 1-719-481 |
| 92. | TOTAL FLEX User's Guide (English). | TXu 1-723-000 |
| 93. | H2O Mop X5 retail box. | VAu 1-047-642 |
| 94. | Slim 'N Lift AIRE webpage, rev. 1. | VA 1-749-594 |
| 95. | FLAVORWAVE OVEN EXPRESS product intro thumbnail & Coming Soon webpage. | VA 1-752-757 |
| 96. | H2O Mop X5 product intro thumbnail & pre-order page. | VA 1-752-756 |
| 97. | TOTAL FLEX webpage. | VA 1-753-012 |
| 98. | TOTAL FLEX product intro thumbnail. | VA 1- 753-494 |
| 99. | FLAVORWAVE OVEN TURBO webpage, V.2. | VA 1-754-313 |
| 100. | H2O Mop X5 retail box 2. | VA 1-759-533 |
| 101. | AB DOER TWIST Extreme Workout DVD cover. | VA 1-759-529 |
| 102. | TOBI Steam Wand webpage. | VA 1-766-328 |
| 103. | TOBI Platinum webpage. | VA 1-766-332 |
| 104. | FLAVORWAVE OVEN EXPRESS Digital Model User's Guide. | TXu 1-725-130 |
| 105. | H2O Mop X5 User's Guide. | TXu 1-725-942 |
| 106. | TOTAL FLEX exercise wall chart. | TXu 1-728-301 |
| 107. | TOBI Steam Wand instruction manual. | TX 7-361-797 |
| 108. | H2O Mop X5 product internet webpage. | VA 1-176-201 |
| 109. | Slim 'N Lift AIRE Bra retail box. | VAu 1-060-542 |
| 110. | VAC X5 retail box. | VAu 1-060-534 |
| 111. | H2O Mop X5 replacement pads retail box. | VA 1-060-856 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | Title | Registration Nr. |
|---|---|---|
| 112. | TOBI Platinum retal box, int'l vers. | VA 1-766-314 |
| 113. | H2O Mop X5 Coral Cloth Replacement Pads retail box. | VAu 1-064-372 |
| 114. | ROCKIN' ABS product info thumbnail & test page, U.S. | VA 1-775-087 |
| 115. | SONA PILLOW product info thumbnail & test page, U.S. | VA 1-777-114 |
| 116. | H2O Vac TURBO webpage, #3. | VA 1-777-278 |
| 117. | DERMA SETA, 2:11 webclip, English. | PA 1-750-059 |
| 118. | DERMA SETA, 2:11 webclip, French. | PA 1-750-058 |
| 119. | ABTRONIC X2. 1:35 webclip, German. | PA 1-744-488 |
| 120. | DERMA SETA Spa Instructional video. | PA-1-744-524 |
| 121. | SNL AIRE webclip. | PA 1-745-629 |
| 122. | FLAVORWAVE OVEN EXPRESS packaging inserts: User's Guide, Mr. T's Healthy Recipes, New Generation in Cooking recipes. | TXu 1-756-533 |
| 123. | AB DOER TWIST Let's Get Started + 3 Workouts DVD artwork. | VA 1-777-515 |
| 124. | ROCKIN' ABS User's Guide. | TXu 1-750-352 |
| 125. | ROCKIN' ABS Healthy Eating Plan. | TX 7-398-053 |
| 126. | H2O Mop X5 U.S. retail box. | VAu 1-068-293 |
| 127. | SNL AIRE Bra retail box, rev. July 2011. | VAu 1-072-358 |
| 128. | TOTAL FLEX workout DVD artwork. | VA 1-785-414 |
| 129. | SNL AIRE Bra retail box, 3-bra set. | VA 1-076-988 |
| 130. | SNL AIRE retail box, France. | VA 1-076-990 |
| 131. | AB DOER TWIST internet microsite. | VA 1-787-175 |
| 132. | ROCKIN' ABS internet microsite. | VA 1-787-171 |
| 133. | Flavorwave Oven Turbo webpage, V. 2, Parts & Accessories. | VA 1-787-177 |
| 134. | TOTAL FLEX internet microsite. | VA 1-787-169 |
| 135. | Flavorwave Oven Turbo internet microsite, Home & FAQ pages. | VA 1-787-170 |
| 136. | 4 Klear Action product labels. | TXu 1-765-985 |
| 137. | PERFECT Dog webpage, Thane V.2. | VA 1-789-984 |
| 138. | ABTRONIC X2 Dual Channel Fitness Belt Instructions (joint w/ AbtronicX2/Red Lemon). | TX 7-427-370 |
| 139. | AB DOER TWIST Let's Get Started + 3 Workouts DVD. | PA 1-765-649 |
| 140. | STIKTILE product info thumbnail & test page, U.S. | VA 1-798-118 |
| 141. | AGELESS WONDER Facial Muscle Stimulation System Instructions For Use. | TXu 1-780-386 |
| 142. | THUNDERSTICK retail box. | VAu 1-083-183 |
| 143. | VAC X5 Vacuum Cleaner User's Guide. | TXu 1-725-132 |
| 144. | TOBI Steam Wand retail box. | VAu 1-048-202 |
| 145. | GO! GO! webpage. | VA 1-749-271 |
| 146. | TOTAL FLEX, set of 8 product promotional webclips. | PA 1-755-847 |
| 147. | TOBI Steam Wand 2:11 webclip. | PA 1-756-062 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | | |
|---|---|---|
| 148. | 3-in-1 booklet featuring Briana's 6 Week Healthy and Delicious Weight Loss Program, Lynn Fischer's Healthy Decadent Desserts and Tony Little's Smoothie Sensations. | TXu 1-773-131 |
| 149. | ThunderStick Food Processor User's Guide, Model FP9017-A (120V) and ThunderStick Food Processor User's Guide, Model FP9017-A (220-240 V). | TXu 1-773-120 |
| 150. | FlavorStone Family Favorites & Tasty Sensations. | TXu 1-785-716 |
| 151. | FlavorStone Cooking & Wash Care Guide. | TXu 1-784-864 |
| 152. | STEELABS 2 Workout DVD labels. | VAu 1-085-864 |
| 153. | STEELABS Healthy Eating Guide and 7-Day Slim Down Guide (2-in-1 booklet). | TXu 1-785-348 |
| 154. | STEELABS User's Guide. | TXu 1-785-347 |
| 155. | STEELABS Coming Soon webpage, Canada. | VA 1-799-153 |
| 156. | STEELABS Coming Soon webpage, U.S. | VA 1-799-133 |
| 157. | H2O MOP X5 product internet webpage, Rev. 1. | VA 1-801-586 |
| 158. | FLAVORWAVE OVEN EXPRESS webpage. | VA1-804-006 |
| 159. | Klear Action retail box. | VAu 1-096-960 |
| 160. | H2O VAC Turbo retail box. | VAu 1-095-829 |
| 161. | H2O Mop User's Guide, in full. | TX 7-534-960 |
| 162. | DERMA SETA User Guide. | TX 1-797-450 |
| 163. | AB DOER TWIST  Track Your Results Motivational Calendar wall chart. | VA 1-813-767 |
| 164. | TOBI Platinum webclip. | PA 1-787-555 |
| 165. | H2O Mop X5 2:36 webclip. | PA 1-784-804 |
| 166. | AB DOER TWIST Extreme Workout DVD. | PA 1-784-803 |
| 167. | ROCKIN' ABS product infomercial. | PA 1-787-549 |
| 168. | SONA PILLOW product infomercial. | PA 1-787-542 |
| 169. | H2O Mop X5 infomercial. | PA 1-786-953 |
| 170. | FlavorStone Cooking & Wash Care Guide, Rev.1. | TXu 1-800-376 |
| 171. | FLAVORSTONE product internet webpage, V.2. | VA 1-812-648 |
| 172. | SWIVEL SWEEPER G2 product webpage images & text. | VA 1-812-663 |
| 173. | RED FUSION Instructions For Use. | TXu 1-801-886 |
| 174. | PERFECT DOG retail boxes (large & small collars). | VA 1-812-553 |
| 175. | RED FUSION full set retail box. | VAu 1-096-392 |
| 176. | RED FUSION product webpage images & text. | VA 1-812-549 |
| 177. | AGELESS WONDER set of retail boxes, English & English/Spanish. | VAu 1-096-252 |
| 178. | ORBITREK X2 Owner's Manual. | TXu 1-808-936 |
| 179. | STIKTILE product infomercial. | PA 1-799-033 |
| 180. | FLAVORSTONE product internet webpage. | VA1-824-196 |
| 181. | FLAVORSTONE, 3:49 webclip. | PA 1-806-747 |
| 182. | STEELABS infomercial. | PA 1-806-537 |
| 183. | H2O MOP X5 Italy retail box. | VAu 1-103-774 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | | |
|---|---|---|
| 184. | HANGWELLS product webpage images & text. | VA 1-823-642 |
| 185. | ORBITREK X2 product webpage images & text. | VA 1-823-594 |
| 186. | ORBITREK X2 - 3 Workouts DVD label. | VAu 1-103-780 |
| 187. | AB DOER TWIST product webpage images & text, 2012 rev.1. | VA 1-823-599 |
| 188. | FLAVORSTONE Master Set retail box. | VAu1-103-772 |
| 189. | TOTAL FLEX retail box labels. 2 (French & English). | VA 1-823-616 |
| 190. | ORBITREK X2 retail box label. | VAu 1-103-775 |
| 191. | ORBITREK X2 retail box label with Before & After photos. | VAu 1-108-660 |
| 192. | FLAVORSTONE infomercial. | PA1-813-383 |
| 193. | ORBITREK X2 - 3 Workouts DVD. | PAu 3-641-568 |
| 194. | ORBITREK X2 3:38 webclip. | PA 1-812-331 |
| 195. | ORBITREK X2 product infomercial. | PA 1-812-330 |
| 196. | H2O SteamEffect User's Guide. | TXu 1-829-421 |
| 197. | H2O Mop X5 Elite model User's Guide. | TX 7-602-858 |
| 198. | H2O SteamFX User's Guide. | VAu 1-117-207 |
| 199. | H2O SteamFX retail box. | VAu1-117-207 |
| 200. | TOTAL FLEX DVD cover. | VA1-841-094 |
| 201. | TOTAL FLEX Healthy Eating Plan. | TXu 1-835-902 |
| 202. | SLIM 'N LIFT ("SNL") 4 retail package sleeves (SNL Aire, SNL Aire Bra Embrace, SNL Caresse & SNL Sheer Secret). | VAu 1-117-204 |
| 203. | H2O Mop X5, 3 scent labels (Alpine Sensations, Tuscan Breeze & Tropical Zest). | VAu 1-117-201 |
| 204. | TOTAL FLEX Workout DVD with Kim Lyons. | PA 1-819-150 |
| 205. | FLAVORWAVE OVEN TURBO webpage, V.3. | VA1-803-523 |
| 206. | URBAN SECRET, 6 product labels. | VAu 1-126-645 |
| 207. | NANO GYM exercise chart. | VAu1-117-535 |
| 208. | NANO GYM product webpage images & text. | VA 1-841-678 |
| 209. | TRUE COVER 2012 product webpage images & text. | VA 1-833-517 |
| 210. | TRUE COVER REDEFINED retail box. | VAu1-120-550 |
| 211. | TOTAL FLEX 2012 product infomercial. | PA 1-823-049 |
| 212. | NANO GYM product infomercial. | PA 1-823-049 |
| 213. | NANO GYM 3:49 webclip. | PA 1-831-205 |
| 214. | TRUE COVER REDEFINED 3:35 webclip. | PA 1-823-360 |
| 215. | TRUE COVER REDEFINED infomercial. | PA 1-823-374 |
| 216. | TRUE COVER REDEFINED infomercial, Spanish version. | PA 1-823-372 |
| 217. | FLAVORSTONE product line catalog. | TXu 1-842-134 |
| 218. | H2O water softener product image & label. | VAu 1-120-171 |
| 219. | H2O Mop X5 Tropical Zest free sample card & sachet packet. | VAu 1-126-673 |
| 220. | H2O Mop X5 Tropical Zest free sample card. | VAu 1-126-697 |
| 221. | TOBI product webpage images & text. | VA 1-839-747 |
| 222. | TRUE COVER REDEFINED Application Guide. | TX 7-611-371 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | | |
|---|---|---|
| 223. | SLIM 'N LIFT AIRE BRA Music Video. | PA 1-835-209 |
| 224. | SLIM 'N LIFT CARESSE product webpage images & text. | VA 1-856-940 |
| 225. | H2O Mop X5 product image in 4 colors (white, purple, black & red). | VA 1-864-962 |
| 226. | PERFECT Dog webpage, Thane V.1. | VA1-789-985 |
| 227. | SLIM 'N LIFT AIRE BRA Sparkles retail sleeve. | VAu-134-767 |
| 228. | TRUE SLEEPER product promotional images. | VA1-865-012 |
| 229. | H2O SteamFX product webpage images & text. | VA1-864-995 |
| 230. | H2O Mop X5 product webpage images & text, V.3. | VA 1-865-327 |
| 231. | H2O Mop X5 product webpage images & text, V.4. (includes material from VA1-801-586; EDR 2012-Jan-13). | VA 1-865-381 |
| 232. | H2O Mop X5 Elite package web images & text. | VA 1-865-326 |
| 233. | FlavorChef retail box. | VAu 1-135-058 |
| 234. | FlavorFresh 2 min. product commercial. | PAu 3-685-778 |
| 235. | AGELESS WONDER retail box #2. | VA1-103-726 |
| 236. | 5-piece Knife Block set retail box (Ver130813); Knife set Safety & Care Guides (for 4-piece & 6-piece.sets). | VAu1-145-437 |
| 237. | 3 FlavorStone retail boxes: 4-piece Red Master set, Generic (Ver130729); 4-piece Red Master set, with Detachable handle & thermo lid (Ver131001); 7-piece Red Grande set (Ver130905). | VAu1-145-430 |
| 238. | FlavorChef steak knife set Safety & Care Guide (130919). | VAu1-150-784 |
| 239. | FlavorChef Care Guide for silicone & metal inserts, English & French (131018). | VAu1-150-783 |
| 240. | 2 FlavorFresh retail sleeves: 5-pc Green set (130913) & 10-pc Clear & Green set (130911). | VAu 1-150-952 |
| 241. | RED FUSION retail box. | VAu 1-096-390 |
| 242. | RED FUSION 1:48 webclip. | PA 1-876-548 |
| 243. | AGELESS WONDER product webpage images & text. | VA 1-888-627 |
| 244. | SUDDEN GLOW product webpage images & text. | VA 1-833-518 |
| 245. | FLOW FORM exercise charts (General Exercise Chart and Pilates Exercise Chart). | VAu 1-110-835 |
| 246. | AB COMMAND retail box. | VAu 1-117-413 |
| 247. | TOTAL FLEX User's Guide (for mini model). | TXu1-835-741 |
| 248. | TOTAL FLEX Ab Developer User's Guide. | TXu 1-835-747 |
| 249. | H2O Mop X5 cleaning accessories & attachments catalog. | TXu 1-871-426 |
| 250. | SLIM 'N LIFT CARESSE product webpage images & text, V.2. | PA 1-865-000 |
| 251. | FlavorQuik User's Guide (120V) & FlavorQuik User's Guide (240V). | TXu1-872-608 |
| 252. | FlavorQuik Recipes booklets (Healthy Smoothies and Tips for Better Living, et. al.). | TXu 1-880-993 |
| 253. | FlavorStone Quick & Easy Recipes by Herb Mesa. | TXu 1-878-340 |
| 254. | FlavorFresh retail packaging. | VAu 1-155-050 |
| 255. | H2O X2 User's Guide (Ver130911). | TXu 1-884-455 |
| 256. | FlavorChef User's Guide (GS131025) and FlavorChef User's Guide (UL131025). | VAu 1-158-092 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | | |
|---|---|---|
| 257. | H2O X5+ retail box (131024). | VAu 1-155-206 |
| 258. | FlavorQuik retail box (131108). | VAu 1-157-078 |
| 259. | Ageless Wonder retail box #3, EU (131108). | VAu 1-154-259 |
| 260. | SLIM 'N LIFT INFUSED retail box (131114). | VAu 1-154-258 |
| 261. | FLAVORSTONE, 4 glass lids retail boxes (131121). | VAu 1-154-136 |
| 262. | H2O X2 retail box (131126). | VAu 1-154-257 |
| 263. | H2O Scents product info sheet & Lavender scent label (140102). | VA 1-891-535 |
| 264. | FlavorStone Red 5 knives & block set box (140120). | TXu 1-887-516 |
| 265. | FlavorChef retail box & warranty (Engl. & Fr.) (140106). | VAu 1-155-890 |
| 266. | FlavorChef w/ 30m Glass Lid retail box (131219). | VAu 1-155-889 |
| 267. | FlavorChef Recipe Guide (130828). | TXu 1-896-582 |
| 268. | SLIM 'N LIFT INFUSED infomercial, Int'l. | PA 1-899-185 |
| 269. | FLAVORSTONE blue grill pan box 131204. | VAu 1-166-105 |
| 270. | Slim 'N Lift Infused product webpage images and text. | VA 1-905-185 |
| 271. | SLIM 'N LIFT INFUSED FAQ, 131203. | TX 7-829-336 |
| 272. | H2O X5 Accessories, 5 UK retail boxes (130912), Elite, Microfibre Cloths, Premium Pack, Super Absorbent Cloths, Super Clean. | VAu 1-165-847 |
| 273. | X5 Vac User's Guide, 131212. | TXu 1-895-313 |
| 274. | Slim 'N Lift Men's Slimming Shirt (Core Shaper) retail box. | VA1-901-309 |
| 275. | X5 Vac retail box 140211. | VAu 1-166-502 |
| 276. | Slim 'N Lift Infused Product Info Sheet 130809. | VA 1-908-360 |
| 277. | Slim 'N Lift Infused Product Info Sheet 130913. | VA 1-908-365 |
| 278. | X5 Vac retail box 140321. | VAu 1-169-439 |
| 279. | H2O X5 User Manual (UK). | VAu 1-173-432 |
| 280. | 2 FlavorStone 7-piece Grande Set retail boxes: Generic set and Deluxe set with Detachable Handle and Thermo lid (131205). | VAu 1-178-745 |
| 281. | SLIM 'N LIFT INFUSED infomercial, US. | PA 1-905-934 |
| 282. | FlavorFull, set of 3 retail boxes (GS), for green (140415), red (140415) & white (140521). | VAu 1-182-436 |
| 283. | Slim n Lift Caresse Jeans product info sheet (140612). | VAu 1-177-302 |
| 284. | FlavorStone (Blue) Grande Set product info sheet (140620). | VAu 1-177-301 |
| 285. | X5 Vac product webpage images and text (thane.ca). | VA 1-918-988 |
| 286. | FlavorFull product webpage images and text (thane.ca). | VA 1-919-921 |
| 287. | FlavorQuik product webpage images and text (thane.ca). | VA 1-919-125 |
| 288. | H2O SteamFX product webpage images and text (thane.ca). | VA 1-919-126 |
| 289. | Slim n Lift Caresse Jeans retail box (140710). | VAu 1-178-388 |
| 290. | X5 Vac product webpage images and text (thane.com). | VA 1-922-851 |
| 291. | FlavorFull product webpage images and text (thane.com). | VA 1-922-851 |
| 292. | Slim n Lift Caresse Jeans retail box (140711), Spanish. | VAu 1-179-049 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| | | |
|---|---|---|
| 293. | FlavorStone, 3 retail boxes, 28 cm deluxe deep pan w detach handle, colors (Blue, Red, Dk Gray) (140710). | VAu 1-179-031 |
| 294. | FlavorStone (Red) retail box for 3-piece Saute Pan Set, 20 cm 24 cm 28 cm (140723). | VAu 1-178-956 |
| 295. | 3 FlavorStone (Red) retail packaging sleeves, for 20cm, 24cm & 28 cm Saute pans (140306). | VA 1-920-856 |
| 296. | 5 FlavorStone (Red) retail boxes, for varying 24cm pans. | VA 1-920-791 |
| 297. | FlavorStone (Red) retail box for 16cm Sauce Pan w Lid (140503). | VA 1-920-788 |
| 298. | The Ultimate Juicer retail box (140731). | VAu 1-178-953 |
| 299. | Slim n Lift Caresse Jeans retail box and retail sleeve (140806). | VAu 1-178-973 |
| 300. | Slim n Lift Caresse Jeans retail box, Spanish (R1, 140812). | VAu 1-178-933 |
| 301. | FlavorStone, 3 retail boxes, 20 cm saute [sic—should be "sauce" pan w lid, in colors Blue (140822), Red & Dk Gray (140821). | VAu 1-178-900 |
| 302. | FlavorStone, 3 retail boxes, for 32 cm saute pan w lid, in colors Blue (140723), Red & Dk Gray (140826). | VAu 1-178-899 |
| 303. | FlavorStone (Blue), 4 retail boxes, for varying 28cm pans (140507, 140528, 140619, 140820). | VAu 1-178-897 |
| 304. | FlavorStone (Red), 2 retail boxes, for varying 24cm pans (140325, 140505). | VA 1-920-751 |
| 305. | Slim n Lift AIRE set of 7 garment wearing instructions (140515). | TXu 1-910-438 |
| 306. | AbTronic X2 Diet & Workout Plan 140410. | TXu 1-910-593 |
| 307. | AbTronic X2 - 2 Product Use Guides (First Use Guide 140415 and Instruction Manual 140422). | TXu 1-910-585 |
| 308. | FlavorFull User's Guide (2 sets, ETL & GS (141010). | TXu 1-911-272 |
| 309. | Slim n Lift AIRE Lace Slip garment wearing instructions (140522). | TXu 1-911-460 |
| 310. | H2O HD product info sheet (140906) (sic—should be 140905). | VAu 1-184-254 |
| 311. | H2O PowerX product info sheet (140905). | VAu 1-184-283 |
| 312. | H2O HD retail box (140909). | VAu 1-184-387 |
| 313. | Rockin' Abs product info sheet (140908). | VAu 1-184-989 |
| 314. | FlavorMaster product info sheet (140910). | VAu 1-184-863 |
| 315. | FlavorStone Red (Translucent) product info sheet (140917). | VAu 1-185-314 |
| 316. | FlavorFull 6 Week Menu Planner (140408), FlavorFull Healthy Eating Recipe Book (140410). | TX 7-916-337 |
| 317. | Ab Command, Diet Plan & First Use Guide (130409) & User's Manual (130410). | TX 7-934-196 |
| 318. | H2O Mop X3 U.S. retail box (130111). | VA 1-933-842 |
| 319. | H2O HD User's Guide, Model KB-019 (140708). | TXu 1-914-985 |
| 320. | FlavorFull 6 Week Menu Planner (140408), FlavorFull Healthy Eating Recipe Book (140410). | TX 7-945-557 |
| 321. | H2O PowerX User's Guide (140825). | TXu 1-918-903 |
| 322. | Bullworker Pro retail box (140905). | VAu 1-184-219 |
| 323. | H2O Scents, 3 retail labels, Lavender, Orange and Pine (140129). | VAu 1-186-657 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**
**As of October 12, 2015**

| 324. | Slim N Lift Caresse Jeans FAQ (141029) and Package Insert (141103). | TXu-929-103 |
|---|---|---|
| 325. | H2O X5 Lite U.K. retail box (141112). | VAu 1-190-966 |
| 326. | Rockin' Abs retail box (141030). | VAu 1-190-967 |
| 327. | Rockin' Abs User's Guide (141107), 10 Workout Jump Start Program and Healthy Eating Plan (141014). | TXu 1-930-281 |
| 328. | Ab Command product labels (belt tag & gel label). | TXu 1-930-270 |
| 329. | Ab Command - 2 Product Use Guides (First Use Guide 141112 and Instruction Manual 141114). | TXu 1-930-278 |
| 330. | Ab Command Diet & Workout Plan (141114). | TXu 1-929-249 |
| 331. | Slim N Lift Caresse Jeans retail hanger packaging & instructions (141120). | VAu 1-191-986 |
| 332. | FlavorMaster User's Guide (141117). | TXu1-931-603 |
| 333. | Slim N Lift Caresse Jeans retail box (single pair) (141218). | VAu 1-196-796 |
| 334. | FlavorMaster retail box (141216). | VAu 1-197-071 |
| 335. | CrossX2 product information sheet (141219). | VAu 1-197-518 |
| 336. | Ab Command iX2 – 2 product information sheets (150108). | VAu 1-198-628 |
| 337. | Ab Command iX2 upsell kit package insert (141223). | VAu 1-198-630 |
| 338. | Slim n Lift Caresse Jeans product webpage images and text (thane.com). | VA 1-954-283 |
| 339. | FlavorMaster Recipe book (141210). | TXu 1-937-289 |
| 340. | Rockin Abs FAQ (150106). | TXu 1-937-478 |
| 341. | Ab Command iX2 Nutrition & Cardio Guide (141224). | TXu 1-930-647 |
| 342. | Ab Command iX2 - 2 Product Use Guides (First Use Guide and Instruction Manual (141224). | TXu 1-938-601 |
| 343. | Ab Command retail box (150115). | VAu1-202-152 |
| 344. | H2O PowerX retail box (150212). | VAu1-203-162 |
| 345. | Slim N Lift Caresse retail sleeve (121018). | VA1-951-051 |
| 346. | Slim N Lift Caresse Jeans retail sleeves, for animal print and for gemstones jeans (150302). | VAu1-204-484 |
| 347. | Slim N Lift Caresse Jeans skirt retail sleeves (Thane 150303 and TVINS 150306). | VAu 1-205-489 |
| 348. | Ab Command iX2 retail box (150312). | VAu 1-205-644 |
| 349. | Miracle Bamboo Pillow product info sheet, retail box & care instrux (150316, 150317 & 150325). | VAu 1-206-489 |
| 350. | CrossX2 retail box (150402). | VAu 1-208-123 |
| 351. | H2O X VAC product info sheet (Ver130920). | VAu 1-214-677 |
| 352. | 4 FlavorStone (Blue) Accessories packaging: utensils box (Ver130816), pizza pan box (Ver130822), cookie sheet box (Ver130822), 20cm sauté pan sleeve (Ver130912). | VAu 1-217-073 |
| 353. | 2 FlavorStone retail boxes: 4-piece Blue Master set, Generic (Ver131003), 4-piece Blue Master set, with Detachable handle & thermo lid (Ver130909). | VAu 1-216-320 |
| 354. | FlavorStone UK Retail Wrap 4pc Blue 24cm set. | VAu 1-216-323 |
| 355. | 3 FlavorStone (Red) Accessories boxes: grill pan (130912), cookie sheet & pizza pan (130812). | VAu 1-216-334 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

| 356. | FlavorChef product info: Coating & Base (130814). | VAu 1-216-338 |
|---|---|---|
| 357. | SLIM 'N LIFT INFUSED Garment instructions. (130916). | VAu 1-216-336 |
| 358. | X5 Vac User's Guide 140213 (HSN US). | TXu 1-956-797 |
| 359. | X5 Vac User's Guide 140213 (QVC UK). | TXu 1-904-579 |
| 360. | Slim N Lift Caresse Lace Top wearing instructions (140515). | TXu 1-950-708 |
| 361. | PressurePro retail box (140911). | VAu 1-189-272 |
| 362. | Ab Command iX2 Instruction Manual R1 (150223). | TXu 1-949-869 |
| 363. | Ab Command iX2 Quick Start Guide R1 (150223) and Ab Command iX2 Nutrition & Cardio Guide R1 (150225). | TXu 1-949-870 |
| 364. | Slim N Lift Waist Shaper product information sheet (150427). | VAu1-209-375 |
| 365. | FlavorStone Red & White Pro Set UK box (150429). | VA 1-211-565 |
| 366. | Slim N Lift Aire Bra Deluxe retail box (110909). | VA 1-962-133 |
| 367. | Nano Gym Training Area & Free Area diagrams & text (150512). | VAu 1-212-908 |
| 368. | Nano Gym Twister Seat Feature photos & text (150515). | VAu 1-213-081 |
| 369. | FlavorFresh product webpage images & text. | VA 1-962-285 |
| 370. | FlavorQuik product webpage images & text. | VA 1-962-291 |
| 371. | X5 Vac User's Guide (140213). | TXu 1-956-727 |
| 372. | RoboPal retail box (R0 150512). | VAu 1-218-334 |
| 373. | CopperX product information sheet (R0 150611). | VAu 1-219-735 |
| 374. | Slim 'N Lift Caresse Compression Jeans  product information sheet (R0 150612) . | VAu 1-219-736 |
| 375. | Slim N Lift Waist Shaper product information sheet (R2 150611). | VAu 1-219-824 |

## Pending U.S. Registrations

| | Short Title | Case Nr. |
|---|---|---|
| 1. | TOTAL FLEX exercise chart. | 1-824392567 |
| 2. | FlavorStone 5-piece Red knife set box (130917). | 1-1005645563 |
| 3. | SLIM 'N LIFT Slimming Shirt for men retail box. | 1-1024085220 |
| 4. | X5 Vac User's Guide, 140313 (3 sets, generic, HSN US and QVC UK). | 1-1321369017 |
| 5. | Cross X2 User's Guide (150312). | 1-2292470292 |
| 6. | Slim N Lift Waist Shaper product information sheet (150427). | 1-2338310932 |
| 7. | RoboPal User's Guide (R0 150601). | 1-2462236652 |
| 8. | Total Flex product webpage images & text 2015 (thane.ca). | 1-2462135197 |
| 9. | Slim N Lift Waist Shaper wearing instructions (R1 150612). | 1-2475406682 |
| 10. | H2O PowerX User's Guide (R2 150702). | 1-2595526322 |
| 11. | Slim 'N Lift Waist Shaper retail box (R0 150729). | 1-2595526451 |
| 12. | Slim 'N Lift Caresse Jeans product webpage images and text (U.K.). | 1-2598309822 |
| 13. | H2O PowerX product webpage images and text (thane.ca). | 1-2618380602 |
| 14. | Slim 'N Lift Caresse Lace Top retail box (R0 150820). | 1-2659752487 |
| 15. | AbTronic X2 webpage, rev. 2014 (thane.ca). | 1-2711282822 |
| 16. | FlavorStone InfusionGrill product information sheet (R1 150914). | 1-2711216492 |

**Copyright Applications and Registrations (all in name of Thane International, Inc.)**

**As of October 12, 2015**

|  | Short Title | Case Nr. |
|---|---|---|
| 17. | Jegeeze product information sheet (R0 150908). | 1-2711301644 |
| 18. | SlimFit product information sheet (R0 150908). | 1-2713493432 |
| 19. | Slim 'N Lift Perfect Fit product information sheet (R0 150909). | 1-2713893592 |
| 20. | FlavorChef Express Kitchen System product information sheet (R0 150918). | 1-2716971727 |
| 21. | Slim 'N Lift Caresse Compression Jeans retail box 3 set (R0 150916). | 1-2716724252 |
| 22. | FlavorStone InfusionGrill product information sheet (R1 150918). | 1-2717259723 |
| 23. | Slim 'N Lift Perfect Fit product information sheet (R0 150921). | 1-2728600702 |
| 24. | H2O HD DualBlast product information sheet (R0 150916). | 1-2728862362 |
| 25. | H2O X5 DualBlast product information sheet (R0 150916). | 1-2731687892 |
| 26. | SlimFit wearing instructions  (R0 150925). | 1-2737810702 |
| 27. | CopperX wearing instructions (Eng/Fr/Sp) (R0 150925). | 1-2766577372 |
| 28. | Jegeeze wear instructions & Jegeeze care instructions (Eng/Fr/Sp) (R0 151008). | 1-2776198472 |
| 29. | Slim N Lift Waist Shaper wearing instructions, multi-lingual (R1 151008). | 1-2776252087 |
| 30. | FlavorStone UK retail labels Blue & Gray 28cm 5pc (R0 151005). | 1-2778918702 |

## OTHER REGISTRATIONS

- ## ECUADOR

|  | Title | Registration Nr. |
|---|---|---|
| 1. | ABTRONIC X2 Diet Plan. | 035538 |
| 2. | ABTRONIC X2 Dual Channel Fitness Belt Instructions (Product Manual). | 035539 |
| 3. | Thane Housewares FLAVER [sic] WAVE OVEN TURBO Users Guide. | 035540 |
| 4. | ABTRONIC X2 Retail Box. | 035541 |
| 5. | ABTRONIC X2 Belt Artwork. | 035542 |
| 6. | FLAVOR WAVE OVEN retail box 2 with Mr. T. | 035543 |

**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada, Inc.
As of October 12, 2015**

# U.S. Design Patents

| Thane International, Inc. |
|---|

**Registered Design Patents**

1.  EXERCISE APPARATUS (ABDOER TWIST):
    United States Design Patent D639,873
    Issued: June 14, 2011
    Inventor: John Abdo
    Assignee: Thane International, Inc.
    Appl. Nr.: 29/366,192 Filed: July 21, 2010

2.  EXTENSION HANGER (HANGWELLS):
    United States Design Patent D620262
    Issued: July 27, 2010
    Inventor: Sladjana Tukulj-Popovic
    Assignee: Thane International, Inc.
    Appl. Nr.:  D/350,693 Filed: November 20, 2009

3.  ELLIPTICAL STATIONARY EXERCISE DEVICE (ORBITREK ELITE):
    United States Design Patent D569,455
    Issued: May20, 2008
    Inventor: Dukhande Sandeep Gopal
    Assignee: Thane International, Inc.
    Appl. Nr.:  D/285,963 Filed: April 17, 2007

4.  HEATED HAIR STYLING DEVICE (CB STEAM STYLER):
    United States Design Patent D557,863
    Issued: Dec. 18, 2007
    Inventor: Sladjana Tukulj and Jelenko Piksa
    Assignee: Thane International, Inc.
    Appl. Nr.:  D/285,586 Filed: May 10, 2007

5.  SOLUTION BOTTLE AND CAP:
    United States Design Patent D485,184
    Issued: Dec. 18, 2007
    Inventor: Dubarry, et al.
    Assignee: Thane International, Inc.
    Appl. Nr.:  D/173,010 Filed: December 19, 2002

6.  TRI-SOLUTION BOTTLE ASSEMBLY:
    United States Design Patent D485,170
    Issued: January 13, 2004
    Inventor: Dubarry, et al.
    Assignee: Thane International, Inc.
    Appl. Nr.:  D/173,009 Filed: December 19, 2002

7.  MOP HEAD (prism shaped head):
    Thane reference: Triple action mop head for H2O Mop X5
    U.S. Design Patent D716,009
    Inventor: Jelenko Piksa
    Applicant: Thane International, Inc.
    Appl. Nr.  29/461,478 Filed: July 23, 2013

**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada, Inc.
As of October 12, 2015**

## Community Designs

### Thane Direct Canada Inc.

1. **Design Nr.:**              **00215959-0001**
   **Thane reference:**         **Slim 'n Lift Silhouette**
   Filing Date:                 August 16, 2004
   Locarno class nr.            21.01
   Indication of the product:   Women's underwear
   Status:                      Registered and fully published (A.1)
   Graphic
   representation:

    

### Thane Direct Company

1. **Design Nr.:**              **000370705-0001**
   **Reference:**               **6036/Swivel Sweeper**
   Filing Date:                 July 7, 2005
   Locarno class nr.            15.05
   Indication of the product:   Vacuum cleaners, Cleaning machines
   Status:                      Registered and fully published (A.1)

   Graphic representation:



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada, Inc.**
**As of October 12, 2015**

**2.  Design Nr.:**              **000411111-0001**
   **Reference:**              **6036/Swivel Sweeper**
   Verbal element:          Battery charger
   Filing Date:             July 7, 2005
   Locarno class nr.        13.02
   Indication of the product:   Accumulators, Accumulator charging apparatus
   Status:                  Registered and fully published (A.1)

   Graphic representation:

 

**3.  Design Nr.:**              **000582887-0001**
   **Thane  reference:**      **Slim 'n Lift Silhouette Supreme**
   Filing Date:             September 1, 2006
   Locarno class nr.        21.01
   Indication of the product:   Women's underwear
   Status:                  Registered and fully published (A.1)

   Graphic representation:

   

**4.  Design Nr.:**              **000651831-0001 - ORBITREK**
   **Verbal element:**        **Orbitrek**
   Filing Date:             January 15, 2007
   Locarno class nr.        21.02
   Indication of the product:   Exercising apparatus
   Status:                  Registered and fully published (A.1)

   Graphic representation:

  

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada, Inc.**
**As of October 12, 2015**

**5.  Design Nr.:**              **000755699-001**
    **Thane reference:**        **Orbitrek**
    Filing Date:               July 11, 2007
    Locarno class nr.          21.02
    Indication of the product: Training devices
    Status:                    Registered and fully published (A.1)
    Graphic representation:



**6.  Design Nr.:**              **000800792-001**
    **Thane reference:**        **H2O Vac Turbo**
    Filing Date:               September 21, 2007
    Locarno class nr.          15.05
    Indication of the product: Vacuum cleaners
    Status:                    Registered and fully published (A.1)
    Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada, Inc.
As of October 12, 2015**

**7.  Design Nr.:**              **000906524-0001**
    **Thane  reference:**         **H2O Mop Ultra**
    Filing Date:                  March 31, 2008
    Locarno class nr.             15.05
    Indication of the product:   Floor cleaning machines
    Status:                       Registered and fully published (A.1)

    Graphic representation:

   

**8.  Design Nr.:**              **000906524-0002 to 00906524-003, inclusive**
    **Thane  reference:**         **H2O Mop Ultra**
    Filing Date:                  March 31, 2008
    Locarno class nr.             15.05
    Indication of the product:   Floor cleaning machines
    Status:                       Registered and fully published (A.1)

    Graphic representation:

**000906524-002**          **000906524-003**

 

**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada, Inc.
As of October 12, 2015**

9. **Design Nr.:**              **000906524-0004**
   **Thane reference:**        **H2O Mop Ultra**
   Filing Date:                March 31, 2008
   Locarno class nr.           15.05
   Indication of the product:  Floor cleaning machines
   Status:                     Registered and fully published (A.1)

   Graphic representation:

 

10. **Design Nr.:**             **000906524-0005**
    **Thane reference:**       **H2O Mop Ultra**
    Filing Date:               March 31, 2008
    Locarno class nr.          15.05
    Indication of the product: Floor cleaning machines
    Status:                    Registered and fully published (A.1)

    Graphic representation:

  

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada, Inc.**
**As of October 12, 2015**

**11. Design Nr.:**          **000906524-0006 – H2O MOP ULTRA**
    **Verbal element:**     **H2O Mop Ultra**
    Filing Date:              March 31, 2008
    Locarno class nr.        15.05
    Indication of the product:   Floor cleaning machines
    Status:                   Registered and fully published (A.1)

    Graphic representation:

  

**12. Design Nr.:**          **000906524-0007 – H2O MOP ULTRA**
    **Verbal element:**     **H2O Mop Ultra**
    Filing Date:              March 31, 2008
    Locarno class nr.        15.05
    Indication of the product:   Floor cleaning machines
    Status:                   Registered and fully published (A.1)

    Graphic representation:

 

**13. Design Nr.:**          **000906524-0008 to 000906525-0009, inclusive**
    **Thane reference:**    **H2O Mop Ultra**
    Filing Date:              March 31, 2008
    Locarno class nr.        15.05
    Indication of the product:   Floor cleaning machines
    Status:                   Registered and fully published (A.1)

    Graphic representation:     **000906524-008**          **000906524-009**

  

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

| Thane International, Inc. |
| --- |

1.  **Design Nr.:**                  **001162127-0001 to 001162127-0002, inclusive**
    **Thane reference:**             **Ab Doer Twist**
    Filing Date:                  September 3, 2009
    Locarno class nr.             21.02
    Indication of the product:    Exercising apparatus
    Status:                       Registered and fully published (A.1)

    Graphic representation:       **001162127-0001**       **001162127-0002**

    

2.  **Design Nr.:**                   **001698713-0001 to 001698713-0002, inclusive**
    **Verbal element:**              **DERMA SETA**
    Filing Date:                  April 22, 2010
    Locarno class nr.             28.03
    Indication of the product:    Cosmetic apparatus, Electric epilator devices, Cosmetic
                                  skin treatment apparatus
    Status:                       Registered and fully published (A.1)

    Graphic representation:       **001698713-0001**        **001698713-0002**

    

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**3. Design Nr.:**              **001698739-001**
    **Thane reference:**       **Derma Seta**
    Filing Date:               April 22, 2010
    Locarno class nr.         13.02
    Indication of the product:    Electrical chargers, Accumulator charging apparatus, Chargers
    Status:                   Registered and fully published (A.1)
    Graphic representation:



**4. Design Nr.:**              **001788605-0001**
    **Thane reference:**       **Ab Doer TwistEx**
    Filing Date:               December 2, 2010
    Locarno class nr.         21.02
    Indication of the product:    Training devices
    Status:                   Registered and fully published (A.1)
    Graphic representation:



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

5. **Design Nr.:**                    **001791898-0001 to 001791898-009, inclusive**
   **Thane reference:**            **H2O Mop X5**
   Filing Date:                      December 10, 2010
   Locarno class nr.                15.05
   Indication of the product:   Floor cleaning machines; and parts thereof
   Status:                            Registered and fully published (A.1)
   Graphic representation:

001791898-0001    001791898-0002

    

001791898-0003   001791898-0004   001791898-0005   001791898-0006   001791898-0007   001791898-0008   001791898-0009

      

6. **Design Nr.:**                    **001795105-0001**
   **Thane reference**:            **Slim 'n Lift Aire**
   Filing Date:                      December 17, 2010
   Locarno class nr.                02.01
   Indication of the product:   Women's underwear
   Status:                            Registered and fully published (A.1)
   Graphic representation:



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**7.  Design Nr.:**             **001826918-0001**
     **Thane reference:**        **Tobi Steam Wand**
     Filing Date:               February 25, 2011
     Locarno class nr.          07.05
     Indication of the product: Steam irons
     Status:                    Registered and fully published (A.1)
     Graphic representation:



**8.  Design Nr.:**             **001828864-0001**
     **Thane reference:**        **Tobi**
     Filing Date:               March 2, 2011
     Locarno class nr.          07.05
     Indication of the product: Steam irons with steam boilers
     Status:                    Registered and fully published (A.1)
     Graphic representation:



**9.  Design Nr.:**             **001900465-0001**
     **Thane reference:**        **Total Flex**
     Filing Date:               August 3, 2011
     Locarno class nr.          21.02
     Indication of the product: Exercise apparatus
     Status:                    Registered and fully published (A.1)
     Graphic representation:

**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

**10. Design Nr.:**      **001900473-0001**
     **Thane reference:**      **FlavorStone**
     Filing Date:      August 3, 2011
     Locarno class nr.      32.00
     Indication of the product:      Surface patterns
     Status:      Registered and fully published (A.1)
     Graphic representation:



**11. Design Nr.:**      **001900481-0001 to 001900481-0006, inclusive**
     **Thane reference:**      **FlavorStone**
     Filing Date:      August 3, 2011
     Locarno class nr.      07.02
     Indication of the product:      Cooking appliances, utensils and containers
     Status:      Registered and fully published (A.1)
     Graphic representation:

| 001900481-0001 | 001900481-0002 | 001900481-0003 | 001900481-0004 | 001900481-0005 | 001900481-0006 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**12. Design Nr.:**      **002164210-0001 to 002164210-0007, inclusive**
     **Thane reference:**      **Slim 'n Lift Caresse**
     Filing Date:      January 9, 2013
     Locarno class nr.      02.01
     Indication of the product:      Women's underwear
     Status:      Registered and fully published (A.1)
     Graphic representation:

| 002164210-0001 | 002164210-0002 | 002164210-0003 | 002164210-0004 | 002164210-0005 | 002164210-0006 | 002164210-0007 |
|---|---|---|---|---|---|---|



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**13. Design Nr.:**            **002194704-0001 to 002194704-0002, inclusive**
   **Thane reference:**      **H2O Mop X5 triple action mop head**
   Filing Date:              March 1, 2013
   Locarno class nr.         15.05
   Indication of the product: Floor cleaning machine; and part thereof
   Status:                   Registered and fully published (A.1)

   Graphic representation:   **002194704-0001    002194704-0002**



**14. Design Nr.:**            **002364463-0001 to 002364463-0004, inclusive**
   **Thane reference:**      **H2O X2**
   Filing Date:              March 1, 2013
   Locarno class nr.         15.05
   Indication of the product: Floor cleaning machine; and part thereof
   Status:                   Registered and fully published (A.1)

   Graphic representation:   **002364463-    002364463-    002364463-    002364463-**
                             **0001          0002          0003          0003**



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

15. **Design Nr.:**                           **002570804-0001 to 002570804-0005, inclusive**
    **Thane reference:**                      **H2O HD**
    Filing Date:                          November 4, 2014
    Locarno class nr.                     15.05
    Indication of the product:            Floor cleaning machine; and part thereof
    Status:                               Registered and fully published (A.1)

Graphic representation:

| 002570804-0001 | 002570804-0002 | 002570804-0003 | 002570804-0004 | 002570804-0005 |

    

16. **Design Nr.:**                           **002583930-0001 to 002583930-0004, inclusive**
    **Thane reference:**                      **H2O PowerX (with triangular head)**
    Filing Date:                          November 24, 2014
    Locarno class nr.                     15.05
    Indication of the product:            Floor cleaning machine; and part thereof
    Status:                               Registered and fully published (A.1)

Graphic representation:

| 002583930-0001 | 002583930-0002 | 002583930-0003 | 002583930-0004 |



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**17. Design Nr.:**            **002642082-0001 to 0026420820002, inclusive**
   **Thane reference:**        **Ab Command iX2**
   Filing Date:               February 2, 2015
   Locarno class nr.          21.02
   Indication of the product:  Vibrating belts
   Status:                    Registered and fully published (A.1)

   Graphic representation:     **002642082-0001**      **002642082-0002**



**18. Design Nr.:**            **002642108-0001**
   **Thane reference:**        **Ab Command iX2**
   Filing Date:               February 26, 2015
   Locarno class nr.          32.00
   Indication of the product:  Graphic representations, graphic symbols, Ornamentation
   Status:                    Registered and fully published (A.1)
   Graphic representation:

**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

**19. Design Nr.:**      **002773994-0001**
     **Thane reference:**     **H2O PowerX (with rectangular head)**
     Filing Date:     September 17, 2015
     Locarno class nr.     32.00
     Indication of the product:     Floor cleaning machines
     Status:     Registered and fully published (A.1)
     Graphic representation:



**20. Design Nr.:**      **002773994-0002**
     **Thane reference:**     **H2O PowerX (with rectangular head)**
     Filing Date:     September 17, 2015
     Locarno class nr.     32.00
     Indication of the product:     Floor cleaning machines
     Status:     Registered and fully published (A.1)
     Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

**21. Design Nr.:**           **002773994-0003**
      **Thane reference:**     **H2O PowerX (with rectangular head)**
      Filing Date:            September 17, 2015
      Locarno class nr.       32.00
      Indication of the product:   Floor cleaning machines (parts thereof)
      Status:              Registered and fully published (A.1)
      Graphic representation:

   

**22. Design Nr.:**           **Not yet available.**
      **Thane reference:**     **FlavorChef Express Kitchen System**
      Filing Date:            October 5, 2015
      Locarno class nr.       31.00
      Indication of the product:   Mixer
      Status:              Pending
      Graphic representation:

 

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc.,  Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

## AUSTRALIA Designs

---
**Thane International, Inc.**
---

1. **Registration Nr.:**           **AU 316003  S**
   **Design Nr.:**                  **200718587**
   **Thane reference:**             **Orbitrek**
   Date Lodged:                 June 26, 2007
   Date Registered:             September 5, 2007
   Classification:              21-02F
   Article/Product Name:        Elliptical stationary exercise device
   Status:                      Certified (March 31, 2008)
   Renewed to 1st Period:       June 26, 2017
   End of registration period:  June 26, 2017
   Graphic representation:

   

2. **Registration Nr.:**           **AU 330914 S**
   **Design Nr.:**                  **201011719S**
   **Thane reference:**             **Ab Doer Twist**
   Date Lodged:                 March 2, 2010
   Date Registered:             May 21, 2010
   Classification:              21-02F
   Article/Product Name:        Exercise apparatus
   Status:                      Certified (September 20, 2010)
   Renewed to 1st Period:       March 2, 2020
   End of registration period:  March 2, 2020
   Graphic representation:



**Patents and Design Registrations and Applications**
**Held by Thane International, Inc.,  Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

3.  **Registration Nr.:**            **AU 330886  S**
    **Design Nr.:**                  **201010708**
    **Thane reference:**             **Ab Doer Twist**
    Date Lodged:                 March 2, 2010
    Date Registered:             May 20, 2010
    Classification:              21-02F
    Article/Product Name:        Exercise apparatus
    Status:                      Certified (September 20, 2010)
    Renewed to 1st Period:   March 2, 2020
    End of registration period:  March 2, 2020
    Graphic representation:

       

4.  **Registration Nr.:**            **AU 336003 S**
    **Design Nr.:**                  **20111165**
    **Thane reference:**             **H2O Mop X5**
    Date Lodged:                 March 18, 2011
    Date Registered:             April 13, 2011
    Classification:              15:05
    Article/Product Name:        Steam cleaning device
    Status:                      Certified (May 18, 2012)
    Renewed to date:             March 18, 2016
    End of registration period:  March 18, 2021
    Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc.,  Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

5.  **Registration Nr.:**         **AU 336004 S**
    **Design Nr.:**               **20111166**
    **Thane reference:**          **H2O Mop X5**
    Date Lodged:              March 18, 2011
    Date Registered:          April 13, 2011
    Classification:           15:05
    Article/Product Name:     Floor cleaning device
    Status:                   Certified (May 17, 2012)
    Renewed to date:          March 18, 2016
    End of registration period: March 18, 2021
    Graphic representation:



6.  **Registration Nr.:**         **AU 340778 S**
    **Design Nr.:**               **201210146**
    **Thane reference:**          **Total Flex**
    Date Lodged:              January 13, 2012
    Date Registered:          February 2, 2012
    Classification:           21-02F
    Article/Product Name:     Exercise apparatus
    Status:                   Renewed to January 13, 2017
    End of registration period: January 13, 2022
    Graphic representation:








**Patents and Design Registrations and Applications
Held by Thane International, Inc.,  Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

7.  **Registration Nr.:**            **AU 360761 S**
    **Design Nr.:**                 **201510166**
    **Thane reference:**            **H2O PowerX**
    Date Lodged:                  January 14, 2015
    Date Registered:              March 19, 2015
    Classification:               15:05
    Article/Product Name:         Cleaner
    Renewed to date:              January 14, 2020
    End of registration period:   January 14, 2025
    Graphic representation:

 

8.  **Registration Nr.:**            **AU 360762 S**
    **Design Nr.:**                 **201510170**
    **Thane reference:**            **H2O PowerX**
    Date Lodged:                  January 14, 2015
    Date Registered:              March 19, 2015
    Classification:               15:05
    Article/Product Name:         Cleaner
    Renewed to date:              January 14, 2020
    End of registration period:   January 14, 2025
    Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc.,  Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

9.  **Registration Nr.:**           **AU 360747 S**
    **Design Nr.:**                 **201510175**
    **Thane reference:**            **H2O PowerX (with triangular head)**
    Date Lodged:                 January 14, 2015
    Date Registered:             March 19, 2015
    Classification:              15:05
    Article/Product Name:        Cleaner
    Renewed to date:             January 14, 2020
    End of registration period:  January 14, 2025
    Graphic
    representation:

   

10. **Registration Nr.:**          **AU 360763 S**
    **Design Nr.:**                **201510171**
    **Thane reference:**           **H2O PowerX**
    Date Lodged:                January 14, 2015
    Date Registered:            March 19, 2015
    Classification:             15:05
    Article/Product Name:       Cleaner compound
    Renewed to date:            January 14, 2020
    End of registration period: January 14, 2025
    Graphic representation:

   

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc.,  Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**11. Registration Nr.:**　　　　**AU 3607648 S**
　　**Design Nr.:**　　　　　　　**201510176**
　　**Thane reference:**　　　　　**H2O HD**
　　Date Lodged:　　　　　　　January 14, 2015
　　Date Registered:　　　　　　March 19, 2015
　　Classification:　　　　　　　15:05
　　Article/Product Name:　　　Steam mop
　　Renewed to date:　　　　　　January 14, 2020
　　End of registration period:　January 14, 2025
　　Graphic representation:



**12. Registration Nr.:**　　　　**AU 360750 S**
　　**Design Nr.:**　　　　　　　**201510186**
　　**Thane reference:**　　　　　**H2O HD**
　　Date Lodged:　　　　　　　January 14, 2015
　　Date Registered:　　　　　　March 19, 2015
　　Classification:　　　　　　　15:05
　　Article/Product Name:　　　Steam cleaner
　　Renewed to date:　　　　　　January 14, 2020
　　End of registration period:　January 14, 2025
　　Graphic representation:

     

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc.,  Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

**13. Registration Nr.:**          **Pending.**
    **Design Nr.:**              **Unavailable at this time.**
    **Thane reference:**          **H2O PowerX (with rectangular head)**
    Date Lodged:              October 1, 2015
    Date Registered:          Pending.
    Classification:           15:05
    Article/Product Name:     Head for a steam mop
    Renewed to date:          Unavailable at this time.
    End of registration period: Unavailable at this time.
    Graphic representation:

   

  

**14. Registration Nr.:**          **Pending.**
    **Design Nr.:**              **Unavailable at this time.**
    **Thane reference:**          **H2O PowerX (with rectangular head)**
    Date Lodged:              October 1, 2015
    Date Registered:          Pending.
    Classification:           15:05
    Article/Product Name:     Head for a steam mop
    Renewed to date:          Unavailable at this time.
    End of registration period: Unavailable at this time.
    Graphic representation:

   

**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

## CANADA Industrial Designs

---
**Thane Direct Company**
---

1. **Registration Nr.:**        **120576**
   Title:                       Elliptical stationary exercise device
   Thane reference:             Orbitrek
   Date Registered:             March 6, 2008
   Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

---

| Thane International, Inc. |
|---|

1. **Registration Nr.:**          **140140**
   Title:                   Steamer
   Thane reference:         H2O Mop X5
   Date Registered:         January 31, 2012
   Graphic representation:



2. **Registration Nr.:**          **138980**
   Title:                   Steamer
   Thane reference:         H2O Mop X5
   Date Registered:         January 31, 2012
   Graphic representation:



**Patents and Design Registrations and Applications
Held by Thane International, Inc., Thane Direct Company
and/or Thane Direct Canada Inc.
As of October 12, 2015**

**3.  Registration Nr.:**        **138979**
    Title:                    Mop
    Thane reference:          H2O Mop X5
    Date Registered:          January 31, 2012
    Graphic
    representation:







**4.  Registration Nr.:**        **140140**
    Title:                    Steamer
    Thane reference:          H2O Mop X5
    Date Registered:          January 31, 2012
    Graphic representation:









**Patents and Design Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company**
**and/or Thane Direct Canada Inc.**
**As of October 12, 2015**

## JAPAN Designs

| Thane Direct Company |
| --- |

1.  **Reg. Nr.**              **1310960**
    **Thane reference:**      **SLIM'N LIFT SUPREME**
    Appl. Nr.                 2007-5091
    Filing date:              February 28, 2007
    Registration date:        August 24, 2007
    Graphic
    representation:

   

2.  **Reg. Nr.**              **1435704**
    **Thane reference:**      **AB DOER TWIST**
    Appl. Nr.                 2010-005057
    Filing date:              March 3, 2010
    Registration date:        February 10, 2012
    Graphic representation:





**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

# U.S. Trademarks

- **Thane International, Inc.**

|  | Mark | Serial Nr. | Reg. Nr. |
|---|---|---|---|
| 1 | . . . BEYOND SHAPEWEAR | 86013772 | 4561409 |
| 2 | 3 MINUTE LEGS | 77612343 | 3786387 |
| 3 | 3 MINUTE LEGS | 77660240 | 3747696 |
| 4 | 3ML TOTAL TRANSFORMATIONS | 77714243 | 3747745 |
| 5 | AB COMMAND | 85735018 | 4580773 |
| 6 | AB DOER TWIST (figurative) | 77679149 | 3765095 |
| 7 | AB-DOER | 75395129 | 2654616 |
| 8 | AGELESS WONDER | 85258177 | 4339184 |
| 9 | AQUA-FORCE TECHNOLOGY | 77360110 | 3528879 |
| 10 | CALIFORNIA BEAUTY (Cl. 03) | 75421582 | 2282132 |
| 11 | CALIFORNIA BEAUTY (Cl. 25) | 77225349 | 3529835 |
| 12 | CB (figurative) (Cl. 03) | 77245826 | 3884648 |
| 13 | CB (figurative) (Cl. 25) | 85087714 | 3930963 |
| 14 | COOLFLEX | 85030670 | 3935836 |
| 15 | COPPERX (figurative) | 86681119 | |
| 16 | CROSSX2 | 86499830 | |
| 17 | DERMA SETA | 77655630 | 3868134 |
| 18 | DERMA SETA (figurative) | 85099821 | 3931140 |
| 19 | DualBlast | 86753278 | |
| 20 | FLABBY TO FIT | 85644067 | 4275669 |
| 21 | FLATTER FORM | 86746823 | |
| 22 | FLAVORCHEF | 85662117 | 4556492 |
| 23 | FLAVORFRESH | 85900327 | 4769168 |
| 24 | FLAVORFULL | 85929072 | 4804491 |
| 25 | FLAVORGOURMET | 86616796 | |
| 26 | FLAVORMASTER | 86316327 | |
| 27 | FLAVORQUIK | 85857862 | 4804456 |
| 28 | FLAVORSTONE | 85287138 | 4140195 |
| 29 | FLAVORSTONE INFUSIONGRILL | 86607692 | |
| 30 | FUSIONGRILL | 86583285 | |
| 31 | FLAVORWAVE OVEN | 76221469 | 2560401 |
| 32 | FLAVORWAVE OVEN TURBO (figurative) | 77431069 | 3501777 |
| 33 | H2O | 85775087 | 4381334 |
| 34 | H2O HD | 86680693 | |
| 35 | H2O M O (figurative) | 77197298 | 3378030 |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | Serial Nr. | Reg. Nr. |
|---|---|---|---|
| 36 | H2O M O MOP STEAM CLEANER (figurative) | 77340337 | 3500022 |
| 37 | H2O MOP | 77197286 | 3425675 |
| 38 | H2O MOP ULTRA | 77815350 | 3780607 |
| 39 | H2O MOP ULTRA (figurative) | 77445152 | 3648522 |
| 40 | (H2O Mop Ultra trade dress) | 77576084 | 3797752 |
| 41 | H2O MOP X5 (figurative) | 85168642 | 4007640 |
| 42 | (H2O Mop X5 trade dress) | 85302088 | 4068858 |
| 43 | H2O STEAMFX | 85762070 | 4566701 |
| 44 | H2O V O (figurative) | 77217386 | 3378365 |
| 45 | H2O VAC | 77217373 | 3378364 |
| 46 | (H2O Vac trade dress) | 77577756 | 3801292 |
| 47 | H2O X5 | 85449956 | 4157759 |
| 48 | INSTANT SHAPE, FOREVER SMOOTH | 86014164 | 4557437 |
| 49 | IX2 | 86317057 | |
| 50 | JEGEEZE | 86754358 | |
| 51 | LOOK FLAWLESS NOT FAKE | 78909524 | 3300051 |
| 52 | MAKING FITNESS FUN! | 75621110 | 2439148 |
| 53 | MOLD N HOLD | 85555050 | 4243665 |
| 54 | PLAY THE GUITAR OVERNIGHT | 74022161 | 1653314 |
| 55 | POWERX | 86339396 | 4740892 |
| 56 | RED FUSION | 85496107 | 4219520 |
| 57 | REVEAL YOUR TRUE BEAUTY | 78909545 | 3346182 |
| 58 | ROBOPAL | 86361948 | |
| 59 | ROCKIN' ABS | 78736836 | 3326756 |
| 60 | SILHOUETTE SLIM 'N LIFT (figurative) | 77402789 | 3504993 |
| 61 | SLEEPSLIM | 85938883 | |
| 62 | SLIM 'N LIFT | 78540176 | 3339260 |
| 63 | SLIM 'N LIFT AIRE | 85814156 | 4335037 |
| 64 | SLIM 'N LIFT AIRE (figurative) | 85171994 | 4007648 |
| 65 | SLIM 'N LIFT CARESSE | 85679510 | 4498843 |
| 66 | SLIM 'N LIFT INFUSED | 85819922 | 4544417 |
| 67 | SLIM 'N LIFT PERFECT FIT | 86701379 | |
| 68 | SLIM 'N LIFT SHEER SECRET | 85706838 | 4515466 |
| 69 | SLIM 'N LIFT SUPREME COMFORT | 77416621 | 3548115 |
| 70 | SLIM 'N LIFT SUPREME COMFORT (figurative) | 77420321 | 3548123 |
| 71 | SLIMFIT | 86745936 | |
| 72 | STEAM LAZER | 85470648 | 4255143 |
| 73 | SWIRL GLIDE AND GLOW | 78909531 | 3300052 |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | Serial Nr. | Reg. Nr. |
|---|---|---|---|
| 74 | THANE | 77484517 | 3543606 |
| 75 | (Thane figurative) | 76322949 | 2773051 |
| 76 | THANE (rebrand figurative) | 86104490 | 8614490 |
| 77 | THANE FITNESS | 76334099 | 2731346 |
| 78 | THANE H2O HD (figurative) | 86547048 | 4808546 |
| 79 | THUNDERSTICK | 85241549 | 4440568 |
| 80 | THUNDER STICK (figurative) | 77414802 | 3526986 |
| 81 | TRUE COVER | 78824246 | 3304403 |
| 82 | TRUE COVER'S GOT IT COVERED | 78909536 | 3327850 |
| 83 | TRUE COVER SETS YOU FREE | 78909549 | 3346183 |
| 84 | TRUE SLEEP | 76473117 | 2912071 |
| 85 | TRUE SLEEPER | 78175632 | 3285450 |
| 86 | TOTAL FLEX | 77907125 | 3962819 |
| 87 | TOTAL FLEX (figurative) | 85343404 | 4063472 |
| 88 | TOTAL VIBES | 77419950 | 3702517 |
| 89 | TOTALTONE | 86057031 | |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

# CANADA Trademarks

- **Thane International, Inc.**

|  | Mark | Appl. Nr. | Reg. Nr. |
|---|---|---|---|
| 1 | . . .BEYOND SHAPEWEAR | 1636079 | TMA 890334 |
| 2 | 3 MINUTE LEGS | 1417912 | TMA779862 |
| 3 | 3 MINUTE LEGS (figurative) | 1426322 | TMA766927 |
| 4 | AB COMMAND | 1690558 | |
| 5 | AB DOER TWIST (figurative) | 1512920 | TMA817338 |
| 6 | (circle segment design) | 1203185 | TMA637849 |
| 7 | CALIFORNIA BEAUTY (Cl. 03) | 1107273 | TMA616263 |
| 8 | CALIFORNIA BEAUTY (Cl. 25) | 1517837 | TMA816386 |
| 9 | COMMAND COLLAR | 1398198 | TMA959948 |
| 10 | COPPERX (figurative) | 1735359 | |
| 11 | CROSSX2 | 1710222 | |
| 12 | DERMA SETA | 1425508 | TMA772638 |
| 13 | DERMA SETA (figurative) | 1492012 | TMA799112 |
| 14 | DualBlast | 1745533 | |
| 15 | FLATTER FORM | 1744665 | |
| 16 | FLAVORCHEF | 1608379 | TMA877503 |
| 17 | FLAVORFULL | 1649836 | |
| 18 | FLAVORFRESH | 1622027 | TMA909714 |
| 19 | FLAVORGOURMET | 1726477 | |
| 20 | FLAVORGRILL | 1721865 | |
| 21 | FLAVORMASTER | 1682267 | |
| 22 | FLAVORQUIK | 1615411 | |
| 23 | FLAVORSTONE | 1522428 | TMA821611 |
| 24 | FLAVORSTONE INFUSIONGRILL | 1725229 | |
| 25 | FLAVORWAVE OVEN | 1313510 | TMA706879 |
| 26 | FLAVORWAVE OVEN TURBO (figurative) | 1390646 | TMA780067 |
| 27 | FUSIONGRILL | 1721956 | |
| 28 | H2O | 1601675 | TMA864085 |
| 29 | H2O HD | 1744060 | |
| 30 | H2O MO (figurative) | 1368100 | TMA739153 |
| 31 | H2O MOP | 1368101 | TMA738335 |
| 32 | H2O MOP STEAM CLEANER (figurative) | 1375642 | TMA738362 |
| 33 | H2O MOP ULTRA (figurative) | 1390909 | TMA757968 |
| 34 | H2O MOP X5 (figurative) | 1502538 | TMA818996 |
| 35 | H2O STEAMFX | 1627830 | TMA883695 |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

|  | Mark | Appl. Nr. | Reg. Nr. |
|---|---|---|---|
| 36 | H2O VAC | 1373849 | TMA743696 |
| 37 | H2O X5 | 1548459 | TMA834382 |
| 38 | INSTANT SHAPE, FOREVER SMOOTH | 1635834 | TMA893235 |
| 39 | IX2 | 1682363 |  |
| 40 | JEGEEZE | 1745715 |  |
| 41 | MIGHTY | 1624208 |  |
| 42 | ORBITREK | 1356045 | TMA730814 |
| 43 | POWERX | 1711062 |  |
| 44 | KLEAR ACTIV | 1213676 | TMA644028 |
| 45 | KLEAR ACTIV | 1252448 | TMA694990 |
| 46 | Q | 1186091 | TMA636201 |
| 47 | ROBOPAL | 1713572 |  |
| 48 | ROCKIN' ABS | 1524835 | TMA822592 |
| 49 | SLIM'N LIFT | 1243569 | TMA665756 |
| 50 | SLIM 'N LIFT AIRE (figurative) | 1504471 | TMA807037 |
| 51 | SLIM 'N LIFT CARESSE | 1586555 | TMA895661 |
| 52 | SLIM 'N LIFT INFUSED | 1609403 |  |
| 53 | SLIM 'N LIFT PERFECT FIT | 1738536 |  |
| 54 | SLIM 'N LIFT SUPREME COMFORT (figurative) | 1387139 | TMA797864 |
| 55 | SLIMFIT | 1744492 |  |
| 56 | STEAM LAZER | 1575263 | TMA854900 |
| 57 | SWIVEL SWEEPER | 1285099 | TMA682870 |
| 58 | THANE | 1109813 | TMA617906 |
| 59 | THANE (rebrand figurative) | 1647377 | TMA901105 |
| 60 | THANE FITNESS | 1107274 | TMA604623 |
| 61 | THE DOGFATHER | 1398195 | TMA759944 |
| 62 | THUNDERSTICK | 1515219 | TMA815413 |
| 63 | TOTAL FLEX | 1464998 | TMA799860 |
| 64 | TOTAL FLEX (figurative) | 1533154 | TMA827,233 |
| 65 | V O H2O (figurative) | 1305493 | TMA691294 |
| 66 | V H2O TURBO (figurative) | 1373851 | TMA739496 |
| 67 | VAC ATTACK | 1636040 |  |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## COMMUNITY Trademarks* ("CTM")

- **Thane International, Inc.**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | AGELESS WONDERS | 002177517 | Registered |
| 2 | AUS DER TV WERBUNG (figurative) | 010522456 | Registered |
| 3 | CALIFORNIA BEAUTY | 002177699 | Registered |
| 4 | SLIM 'N LIFT (figurative) | 009979766 | Registered |
| 5 | SWIVEL SWEEPER | 004517447 | Registered |
| 6 | SWIVEL SWEEPER (figurative) | 005336128 | Registered |
| 7 | SWIVEL SWEEPER (figurative) | 005336111 | Registered |
| 8 | THANE | 002295327 | Registered |
| 9 | THANE FITNESSS | 002177327 | Registered |
| 10 | THE DOGFATHER (figurative) | 007071343 | Registered |

**\*See also, International Registrations ("IR") / Madrid Trademarks section below.**

- **Thane Direct Company**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | 9 MINUTE MARINATOR | 006812382 | Registered |
| 2 | 9 MINUTE MARINATOR (figurative) | 005754759 | Registered |
| 3 | CALIFORNIA BEAUTY | 005959201 | Registered |
| 4 | H2O M O (figurative) | 006379911 | Registered |
| 5 | H2O MOP | 006379581 | Registered |
| 6 | MINUTE MARINATOR | 005773221 | Registered |
| 7 | SLIM 'N LIFT | 05380134 | Registered |
| 8 | SUDDEN GLOW | 005380159 | Registered |
| 9 | THANE FITNESS | 006074017 | Registered |
| 10 | TRUE COVER | 005380167 | Registered |

- **Thane Direct Canada Inc.**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | KLEAR ACTIV | 003763471 | Registered |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Foreign National Trademark Registrations/Applications
*(filed directly with the subject country's Trademark Office):*

## Albania*

| Thane International, Inc. |
|---|

*See International Trademarks section below.*

## Australia*

| Thane Direct Company |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | BODY VIBES | 1218154 | Registered |

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | TRONIC | 1494627 | Registered |

*See also, International/Madrid Trademarks section below.*

## Benelux*

| Thane Direct Company |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | SLIM 'N LIFT (figurative) | 0819651 | Registered |

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | FLAVORWAVE OVEN | 0855499 | Registered |
| 2 | FLAVORWAVE OVEN TURBO (figurative) | 0855530 | Registered |

*See International/Madrid Trademarks section below.*

## Bosnia*

| Thane International, Inc. |
|---|

*See International Trademarks section below.*

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

# Brazil

| Thane International, Inc. | | | |
|---|---|---|---|
| | **Mark** | **Trademark Nr.** | **Status** |
| 1 | DERMA SETA | Appl. Nr. 831295970 | Filed |
| 2 | FLAVORMASTER | Appl. Nr. 909299293 | Filed |
| 3 | FLAVORSTONE (word & design, Cl. 21) | Appl. Nr. 840554737 | Filed |
| 4 | FLAVORSTONE (word, Cl. 08) | Appl. Nr. 909299048 | Filed |
| 5 | FLAVORSTONE (word, Cl. 21) | Appl. Nr. 909299188 | Filed |
| 6 | FLAVORWAVE OVEN | Reg. Nr. 830167609 | Registered |
| 7 | H2O MOP | Appl. Nr. 230805513951 | Filed |
| 8 | H2O X5 | Appl. Nr. 831284358 | Filed |
| 9 | ORBITREK | Reg. Nr. 822933721 | Registered |
| 10 | ROCKIN' ABS (word & design) | Appl. Nr. 831020547 | Filed |
| 11 | SLIM 'N LIFT (word & design) | Reg. Nr. 829950680 | Registered |
| 12 | SWIVEL SWEEPER (word & design) | Reg. Nr. 829950664 | Registered |
| 13 | THANE FLAVORMASTER (word & design) | Appl. Nr. 909299374 | Filed |
| 14 | TOBI (word & design) | Reg. Nr. 830624139 | Registered |

# Chile

| Thane International, Inc. | | | |
|---|---|---|---|
| | **Mark** | **Trademark Nr.** | **Status** |
| 1 | SLIM 'N LIFT | Reg. Nr. 907,068 | Registered |
| 2 | ORBITREK | Reg. Nr. 1170242 | Registered |

# China*

| Thane International, Inc. | | | |
|---|---|---|---|
| | **Mark** | **Trademark Nr.** | **Status** |
| 1 | AB-DOER | Reg. Nr. 3113863 | Registered |
| 2 | TRUE SLEEPER (figurative, Class 20) | Reg. Nr. 12343094 | Registered |

**\*See also, International/Madrid Trademarks section below.**

# Costa Rica

| Thane International, Inc. | | | |
|---|---|---|---|
| | **Mark** | **Trademark Nr.** | **Status** |
| 1 | ORBITREK (figurative) | Reg. Nr. 164745 | Registered |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Croatia*

| Thane International, Inc. |
|---|

*See International Trademarks section below.

## Czech Republic

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | THANE | Reg. Nr. 252364 | Registered |

## Ecuador

| Thane Direct Company |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK | Reg. Nr. 169280 | Registered |

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | FLAVORWAVE OVEN | Reg. Nr. 39107 | Registered |
| 2 | FLAVORWAVE OVEN TURBO (figurative) | Reg. Nr. 39106 | Registered |

## El Salvador

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK (figurative) | Reg. Nr. 00104 L.00082 | Registered |

## Germany

| Thane Direct Company |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | SUDDEN GLOW | Reg. Nr. DE 30661519 | Registered |

| Thane International, Inc. |
|---|

|  | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | AB-DOer | Reg. Nr. DE 300627238 | Registered |
| 2 | ORBITREK (figurative) | Reg. Nr. DE 399587128 | Registered |
| 3 | SLIM'N LIFT | Reg. Nr. DE 306615207 | Registered |

*See also, International Trademarks section below.

**Trademark Registrations and Applications
Held by Thane International, Inc., Thane Direct Company and/or
Thane Direct Canada Inc.
As of October 12, 2015**

## Guatemala

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK (figurative) | Reg. Nr.151,560 | Registered |

## Hong Kong

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | BODY VIBES | Reg. Nr. 2000B10592 | Registered |

## India*

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | AB DOER | Appl. Nr. 2147284 | Filed |
| 2 | AB DOER TWIST (figurative) | Appl. Nr. 2147286 | Filed |
| 3 | FLAVORWAVE OVEN, | Appl. Nr. 2147281 | Filed |
| 4 | FLAVORWAVE OVEN (figurative) | Appl. Nr. 2147282 | Filed |
| 5 | H2O MOP | Appl. Nr. 2147283 | Filed |
| 6 | H2O MOP X5 (figurative) | Appl. Nr. 2147280 | Filed |
| 7 | ORBITREK | Appl. Nr. 2132829 | Filed |
| 8 | ORBITREK ELITE (figurative) | Appl. Nr. 2132827 | Filed |
| 9 | ORBITREK PLATINUM | Appl. Nr. 2132828 | Filed |
| 10 | SLIM 'N LIFT | Appl. Nr. 2147285 | Filed |
| 11 | SLIM 'N LIFT AIRE BRA | Appl. Nr. 2388560 | Filed |
| 12 | SLIM 'N LIFT AIRE BRA (figurative) | Appl. Nr. 2388561 | Filed |
| 13 | TRUE SLEEPER | Appl. Nr. 2314098 | Filed |

**\*See also, International Trademarks section below.**

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Indonesia

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | FLAVORFULL | Appl. Nr. D00 2013 051899 | Filed |
| 2 | FLAVORMASTER | Appl. Nr. D00 2014 058939 | Filed |
| 3 | H2O (Cl. 07) | Appl. Nr. D00 2013-021682 | Filed |
| 4 | H2O (Cl. 11) | Appl. Nr. D00 2013-021682 | Filed |
| 5 | H2O X5 | Appl Nr. D00 2013-028531 | Filed |
| 6 | H2O X5(figurative) | Appl Nr. D00 2013-028530 | Filed |
| 7 | THANE (rebrand figurative) | Appl. Nr. D00 2014 006782 | Filed |
| 8 | TOBI (figurative) | Appl. Nr.  D00 2013-035069 | Filed |

## Japan*

**Thane Direct Company**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | SWIVEL SWEEPER | Reg. Nr. 5078868 | Registered |
| 2 | SWIVEL SWEEPER (figurative) | Reg. Nr. 5269499 | Registered |
| 3 | SWIVEL SWEEPER (figurative) | Reg. Nr. 5269500 | Registered |
| 4 | SWIVEL SWEEPER (in Japanese Katakana characters) | Reg. Nr. 5078868 | Registered |

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | AB DOER | Reg. Nr. 5519616 | Registered |
| 2 | AB DOER TWIST + Katakana | Reg. Nr. 5519617 | Registered |
| 3 | CALIFORNIA BEAUTY + Katakana | Reg. Nr. 5081503 | Registered |
| 4 | SHEER SECRET (in Japanese Katakana characters)** | Reg. Nr. 5580078 | Registered |
| 5 | SLIM 'N LIFT | Reg. Nr. 4898243 | Registered |

*See also, International Trademarks section below.
**Assigned to Thane International, Inc. by its distributor in Japan.

## Jordan

**Thane Direct Company**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK | Reg. Nr. 93353 | Registered |

## Kuwait

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | THANE (figurative) | Reg. Nr. 56267 | Registered |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Lebanon

**Thane International, Inc.**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | FLAVORWAVE OVEN | Reg. Nr. 138301 | Registered |
| 2 | FLAVORWAVE OVEN EXPRESS (figurative) | Reg. Nr.138302 | Registered |
| 3 | H2O MOP | Reg. Nr. 144414 | Registered |
| 4 | H2O MOP X5 (figurative) | Reg.  Nr. 144413 | Registered |
| 5 | RELAX & TONE | Reg. Nr. 137356 | Registered |
| 6 | SLIM 'N LIFT | Reg. Nr. 154227 | Registered |

## Macedonia*

**Thane International, Inc.**

*See International Trademarks section below.

## Mexico*

**Thane Direct Company**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | AB-DOER | Reg. Nr. 1180225 | Registered |
| 2 | AB-DOER TWIST (figurative) | Reg. Nr. 1238392 | Registered |
| 3 | DERMA SET | Reg. Nr. 1163594 | Registered |
| 4 | FLAVORWAVE (figurative) | Reg. Nr. 1076586 | Registered |
| 5 | FLAVORWAVE OVEN | Reg. Nr. 1137265 | Registered |
| 6 | FLAVORWAVE OVEN TURBO (figurative) | Reg. Nr. 1140240 | Registered |
| 7 | ORBITREK (figurative) | Reg. Nr. 975195 | Registered |
| 8 | TOBI (Class 07) | Reg. Nr. 1126433 | Registered |
| 9 | TOBI (Class 09) | Reg. Nr. 1188623 | Registered |
| 10 | ORBITREK |  | Filed |

Mexico trademarks held by Thane International, Inc. are found on the next page.

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Mexico*

Thane International, Inc.

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | DERMA SETA | Reg. Nr. 1243836 | Registered |
| 2 | DERMA SETA (figurative) | Reg. Nr. 1243837 | Registered |
| 3 | FLAVORCHEF | Reg. Nr. 1368892 | Registered |
| 4 | FLAVORSTICK | Reg. Nr. 1193840 | Registered |
| 5 | FLAVORSTONE | Reg. Nr. 1238263 | Registered |
| 6 | FLOW FORM | Reg. Nr. 1340276 | Registered |
| 7 | MEJOR COMPRA TV | Reg. Nr. 1282123 | Registered |
| 8 | MEJOR COMPRA TV (figurative) | Reg. Nr. 1195039 | Registered |
| 9 | NANO GYM | Reg. Nr. 1315857 | Registered |
| 10 | RED FUSION | Reg. Nr. 1325177 | Registered |
| 11 | SILHOUETTE SLIM N LIFT SUPREME | Reg. Nr. 1215406 | Registered |
| 12 | SILHOUETTE SLIM N LIFT SUPREME (figurative) | Reg. Nr. 1210984 | Registered |
| 13 | SLIM LIFT SUPREME | Reg. Nr. 1007331 | Registered |
| 14 | SLIM 'N LIFT CARESSE | Reg. Nr. 1430141 | Registered |
| 15 | STEELABS | Reg. Nr. 124604 | Registered |
| 16 | STEAM LAZER | Reg. Nr. 1315251 | Registered |
| 17 | TOTAL FLEX | Reg. Nr. 1195069 | Registered |
| 18 | TOTAL FLEX (figurative) | Reg. Nr. 1257871 | Registered |
| 19 | URBAN SECRET | Reg. Nr. 1317404 | Registered |

**\*See International Trademarks section below.**

## Moldova*

Thane International, Inc.

**\*See International Trademarks section below.**

## Montenegro*

Thane International, Inc.

**\*See International Trademarks section below.**

## New Zealand*

Thane International, Inc.

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | AB DOER TWIST | 840883 | Registered |
| 2 | H2O (figurative) | 834996 | Registered |
| 3 | TOBI | 794149 | Registered |

**\*See also, International Trademarks section below.**

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Norway*

| Thane International, Inc. |
|---|

*See International Trademarks section below.

## Peru

| Thane International, Inc. |
|---|

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | TOTAL FLEX* | Appl. Nr. 2014-587507 | Filed |

*Assigned to Thane International, Inc. from a distributor.

## Qatar

| Thane International, Inc. |
|---|

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | H2O MOP | Reg. Nr. 75971 | Registered |
| 2 | H2O MOP X5 (figurative | Reg. Nr. 75972 | Registered |

## Saudi Arabia

| Thane International, Inc. |
|---|

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | H2OMOP X5 | Reg. Nr. 193182 | Registered |

## Serbia*

| Thane International, Inc. |
|---|

*See International Trademarks section below.

## South Korea*

| Thane International, Inc. |
|---|

*See International Trademarks section below.

## Spain

| Thane International, Inc. |
|---|

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK | Reg. Nr. 2224842 | Registered |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## Switzerland*

**Thane Direct Company**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK | Reg. Nr. 584264 | Registered |

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | AUS DER TV WERBUNG (figurative) | Reg. Nr. 010522456 | Registered |

**\*See also, International Trademarks section below.**

## Taiwan

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | ORBITREK | Reg. Nr. 2224842 | Registered |

## Turkey*

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | H2O | Grant Nr. 2007 37113 | Registered |
| 2 | H2O MOP X5 | Reg. Nr. 2011/40318 | Registered |
| 3 | SLIM 'N LIFT AIRE | Reg. Nr. 2011/40464 | Registered |
| 4 | SLIM 'N LIFT SILHOUETTE SUPREME (figurative) | Grant Nr. 2006/57291 | Registered |

**\*See also, International Trademarks section below.**

## U.A.E.

**Thane International, Inc.**

| | Mark | Trademark Nr. | Status |
|---|---|---|---|
| 1 | H2O MOP | Reg. Nr. 174071 | Registered |
| 2 | H2O MOP X5 | Reg. Nr. 174070 | Registered |
| 3 | TÉ CHINO DEL DR. MING | Appl Nr. 180120 | Filed |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## U.K.*

**Thane Direct Company**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | OM H2O (figurative) | Reg. Nr. 2469947 | Registered |
| 2 | H2O MOP | Reg. Nr. 2470005 | Registered |
| 3 | SLIM'N LIFT, (Cl. 9 and 41) | Reg. Nr. 2441612 | Registered |
| 4 | SUDDEN GLOW | Reg. Nr. 2441610 | Registered |
| 5 | SWIVEL SWEEPER (figurative) | Reg. Nr. 2417363A | Registered |
| 6 | SWIVEL SWEEPER (figurative) | Reg. Nr. 2417363B | Registered |
| 7 | TRUE COVER | Reg. Nr. 2441142 | Registered |

**\*See also, International Trademarks section below.**

## Ukraine*

**Thane International, Inc.**

**\*See International Trademarks section below.**

## Vietnam*

**Thane International, Inc.**

|   | Mark | Trademark Nr. | Status |
|---|------|---------------|--------|
| 1 | ORBITREK | Reg. Nr. 172502 | Registered |
| 2 | TOBI | Reg. Nr. 159590 | Registered |
| 3 | TOBI (figurative) | Reg. Nr. 159591 | Registered |

**\*See also, International Trademarks section below.**

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

## International Trademarks (listed below numerically, in ascending order)
(*Various International Trademark Registrations ("IR") / Applications filed in a single application designating separate countries, through the Madrid Protocol process*).

- **Thane International, Inc.**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 1 | SLIM 'N LIFT | 0954555 | Australia: | Protected as Australia TM 1230702. |
| | | | *Vietnam:* | *Refused; response filed.* |

| | Mark | IR | | |
|---|---|---|---|---|
| 2 | H2O MOP | 0954756 | Australia: | Protected as Australia TM 1230756. |
| | | | China: | Refusal period has expired; protected as Reg. Nr. G954756. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | *Vietnam:* | *Refused; response filed.* |
| | | | Mexico: | Protection granted. |
| | | | EU: | Protected (GOP process completed). |
| | | | Switzerland: | Protected (refusal period has expired). |

| | Mark | IR | | |
|---|---|---|---|---|
| 3 | H2O VAC | 0954757 | Australia: | Protected as Australia TM#1230757. |
| | | | China: | Refusal period has expired; protected as Reg. Nr. G954757. |
| | | | U.K.: | Protected as U.K. TM #M954757. |

| | Mark | IR | | |
|---|---|---|---|---|
| 4 | H2O V O (figurative) | 0954973 | Australia: | Protected as Australia TM 1231536. |
| | | | China: | Refusal period has expired; protected as Reg. Nr. G954973. |
| | | | U.K.: | Protected as U.K. TM #M954973. |

| | Mark | IR | | |
|---|---|---|---|---|
| 5 | H2O M O (figurative) | 0955126 | Australia: | Protected as Australia TM 1231571. |
| | | | Germany: | Protected (refusal period has expired). |

| | Mark | IR | | |
|---|---|---|---|---|
| 6 | TOTAL VIBES | 0958618 | Australia: | Protected as Australia TM 1237739. |
| | | | China: | Protected (refusal period has expired). |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M958618. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 7 | SLIM 'N LIFT SUPREME COMFORT (figurative) | 0959293 | Australia: | Protected as Australia TM 1239040. |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M959293. |
| 8 | H2O MOP ULTRA (figurative) | 0960892 | Australia: | Protected as Australia TM 1241790. |
| | | | China: | Ref. #200810727; protection granted following successful response to refusal; Reg. Nr. G960892. |
| | | | EU: | Ref# 44446001; protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M960892. |
| | | | *Vietnam:* | *Refused; response filed.* |
| | | | Albania: | Protected (refusal period has expired). |
| | | | Bosnia: | Protection granted. |
| | | | Croatia: | Protection granted. |
| | | | Macedonia: | Protected (refusal period has expired). |
| | | | Moldova: | Protection granted. |
| | | | Montenegro: | Protected granted. |
| | | | Russia: | Protection granted after initial refusal. |
| | | | Serbia: | Protection granted. |
| | | | Ukraine: | Protection granted. |
| | | | Norway: | Protection granted. |
| 9 | SILHOUETTE SLIM 'N LIFT (figurative) | 0961978 | Australia: | Protected as Australia TM 1243217. |
| | | | China: | Refusal period has expired; protected as Reg. No. G961978. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted after overcoming opposition. |
| 10 | V H2O TURBO (figurative) | 0962013 | Australia: | Protected as Australia TM #1243225. |
| | | | China: | Refusal period has expired; protected as Reg. Nr. G962013. |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 11 | TRUE COVER | 0963787 | Japan: | Protection granted. |
| 12 | THANE FITNESS | 0964191 | Japan: | Protection granted. |
| 13 | (Thane logo) | 0970835 | China: | Protected as Reg. Nr. G970835. |
| 14 | 3 MINUTE LEGS | 0985917 | U.K.: | Protected as U.K. TM #M985917. |
| | | | Switzerland: | Protected (refusal period has expired). |
| 15 | FLAVORWAVE OVEN | 0987308 | Australia: | Protected as Australia TM 1279114. |
| | | | China: | Refusal period has expired; protected as Reg. Nr. G987308. |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (GOP process completed). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M987308. |
| | | | Vietnam: | Protected (refusal period has expired). |
| | | | Norway: | Protection granted. |
| 16 | 3 MINUTE LEGS | 0988180 | Australia: | Protected as Australia TM 1280115. |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (GOP process completed). |
| | | | Japan: | Protection granted. |
| 17 | FLAVORWAVE OVEN TURBO (figurative) | 0988594 | Australia: | Protected as Australia TM 1280894. |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #988594. |
| | | | Vietnam: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | Norway: | Protection granted. |
| 18 | 3 MINUTE LEGS (figurative) | 0995240 | Australia: | Protected as Australia TM 1291273. |
| | | | EU: | Protected. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M995240. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 19 | TRUE SLEEPER | 0995757 | China: | Protected (refusal period has expired). |
| | | | South Korea: | Protected granted. |
| 20 | AB DOER TWIST (figurative) | 0996687 | Australia: | Protected as Australia TM 1293659. |
| | | | China: | Protected granted, following initial refusal. |
| | | | EU: | Protected (GOP completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted, following initial refusal. |
| | | | U.K.: | Protected as U.K. TM #M996687. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | So. Korea: | Protection granted, following initial refusal. |
| | | | Norway: | Protection granted. |
| 21 | H2O MOP ULTRA | 1014421 | Australia: | Protected as Australia TM 1325892. |
| | | | China: | Protected (refusal period has expired) |
| | | | EU: | Protected (GOP process completed). |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | U.K.: | Protected as U.K. TM #M1014421. |
| | | | *Vietnam:* | *Refused; response filed.* |
| | | | Albania: | Protected (refusal period has expired). |
| | | | Bosnia: | Protection granted. |
| | | | Croatia: | Protected (GOP process completed). |
| | | | Macedonia: | Protected (refusal period has expired). |
| | | | Montenegro: | Protection granted. |
| | | | Serbia: | Protection granted. |
| | | | Ukraine: | Protection granted. |
| 22 | AB-DOER | 1019038 | Australia: | Protected as Australia TM 1334432. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | U.K.: | Protected as UK TM #M1019038. |
| | | | So. Korea: | Refused; response filed; protection granted. |

**Trademark Registrations and Applications
Held by Thane International, Inc., Thane Direct Company and/or
Thane Direct Canada Inc.
As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 23 | DERMA SETA | 1039242 | Australia: | Protected as Australia TM 1365954. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Switzerland: | Protection granted. |
| | | | Turkey: | Protected as Grant No. 2010/55217. |
| | | | U.K.: | Protected as U.K. TM #M1039342. |
| | | | Albania: | Protected (refusal period has expired). |
| | | | Bosnia: | Protection granted. |
| | | | Croatia: | Protected (GOP process completed). |
| | | | Macedonia: | Protected (refusal period has expired). |
| | | | Moldova: | Protected (GOP process completed). |
| | | | Montenegro: | Protection granted. |
| | | | Serbia: | Protection granted. |
| | | | Ukraine: | Protection granted. |
| | | | Norway: | Protection granted. |
| 24 | TOTAL FLEX | 1045571 | Australia: | Protected as Australia TM 1378261. |
| | | | EU: | Protected (GOP completed). |
| | | | Japan: | Protection granted. |
| | | | Russia: | Protected (GOP completed). |
| | | | Turkey: | Protected as Grant No. 2010/58417. |
| | | | U.K.: | Protected as U.K. TM #M1045571. |
| | | | *Vietnam:* | *Refused; response filed.* |
| 25 | DERMA SETA (figurative) | 1054140 | Australia: | Protected as Australia TM 1392241. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 099 821. |
| | | | Japan: | Protection granted. |
| | | | Switzerland: | Protection granted. |
| | | | Turkey: | Protected as Grant No. 2010/74292. |
| | | | U.K.: | Protected as U.K. TM #M1054140. |
| | | | Albania: | Protected (refusal period has expired). |
| | | | Bosnia: | Protection granted. |
| | | | Croatia: | Protection granted. |
| | | | Macedonia: | Protected (refusal period has expired). |
| | | | Moldova: | Protection granted. |
| | | | Montenegro: | Protection granted. |
| | | | Serbia: | Protection granted. |
| | | | Ukraine: | Protection granted. |
| | | | Norway: | Protection granted. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | **Mark** | **IR** | **Designated Countries & Status of Grant of Protection ("GOP" under IR)** | |
|---|---|---|---|---|
| 26 | SLIM 'N LIFT AIRE (figurative) | 1059408 | Australia: | Protected as Australia TM 1401189. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 171 994. |
| | | | Japan: | Protection granted. |
| | | | Russia: | Protected (consent agreement finalized & entered). |
| | | | Switzerland: | Protection granted. |
| | | | Turkey: | Protected as Grant No. 2011/84792. |
| | | | U.K.: | Protected as U.K. TM #M1059408. |
| | | | Norway: | Protected (consent agreement finalized & entered). |
| 27 | H2O MOP X5 (figurative) | 1063367 | Australia: | Protected as Australia TM 1405459. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 168 642. |
| | | | Japan: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1063367. |
| | | | Norway: | Protected. |
| | | | *Vietnam:* | *Refused; response filed.* |
| | | | Albania: | Protected (refusal period has expired). |
| | | | Bosnia: | Protected (refusal period has expired). |
| | | | Croatia: | Protected (refusal period has expired). |
| | | | Macedonia: | Protected (refusal period has expired). |
| | | | Moldova: | Protection granted. |
| | | | Montenegro: | Protected (refusal period has expired). |
| | | | Serbia: | Protected (refusal period has expired). |
| | | | Ukraine: | Protection granted. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 28 | AGELESS WONDER | 1079052 | Australia: | Protected as Australia TM 1419684. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 258 177. |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1070952. |
| 29 | THUNDERSTICK | 1074021 | Australia: | Protected as Australia TM 1423407. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 241 549. |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1074021. |
| 30 | FLAVORSTONE | 1074551 | Australia: | Protected as Australia TM 1424418. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 287 138. |
| | | | Japan: | Protection granted. |
| | | | *Norway:* | *Pending.* |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1074551. |
| 31 | ROCKIN' ABS | 1076848 | Australia: | Protected as Australia TM 1429886. |
| | | | China: | Protection granted. |
| | | | EU: | Protected (opposition by 3rd party withdrawn) |
| | | | Germany: | Protected (opposition by 3rd party withdrawn). |
| | | | Japan: | Protection granted following initial refusal. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protected. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1076848. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 32 | TOTAL FLEX (figurative) | 1082663 | Australia: | Protected as Australia TM 1437922. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected as DE 85 343 404. |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1082663. |
| | | | Vietnam: | Protected (refusal period has expired). |

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 33 | H2O X5 | 1096604 | Australia: | Protected as Australia TM 1461026. |
| | | | China: | Protection granted. |
| | | | EU: | Protected granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Mexico: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as UK TM #M1096604. |
| | | | *Vietnam:* | *Refused; response filed.* |

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 34 | STEAM LAZER | 1120928 | Australia: | Protected as Australia TM 1503177. |
| | | | EU: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 35 | RED FUSION | 1126000 | Australia: | Protected as Australia TM 1512707. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted |
| | | | Switzerland: | Protection granted. |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as U.K. TM #M1126000. |
| | | | Vietnam: | Protection granted. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 36 | SLIM 'N LIFT AIRE | 1147337 | EU: | Protection granted. |
| | | | Mexico: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | U.K.: | Protected as WO0000001147337. |
| 37 | FLAVORCHEF | 1149798 | Australia: | Protected as Australia TM 1544828. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protection granted. |
| | | | Vietnam: | Protected (refusal period has expired). |
| 38 | SLIM 'N LIFT CARESSE | 1150921 | Australia: | Protected as Australia TM 1150921. |
| | | | EU: | Protection granted. |
| | | | Japan: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as WO0000001150921. |
| | | | *Vietnam:* | *Refused; response filed.* |
| 39 | SLIM 'N LIFT SHEER SECRET | 1152347 | Australia: | Protected as Australia TM 1548673. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Japan: | Protection granted. |
| | | | Norway: | Protected. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as WO0000001152347. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 40 | H2O SteamFX | 1159899 | Australia: | Protected as Australia TM 1559980. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Mexico: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protected as WO0000001159899. |
| 41 | H2O | 1162687 | Australia: | Protected as Australia TM 1563820 |
| | | | Switzerland: | Protection granted in 2 of 3 applied classes. |
| | | | U.K.: | Protection granted. |
| 42 | VAC ATTACK | 1170645* | Australia: | Protected as Australia TM 1574666. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Cancelled for non-payment of registration fee; to be abandoned. |
| | | | Mexico: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protection granted. |
| | | | Vietnam: | Protection granted. |

*This IR will eventually be cancelled due the abandonment of the base U.S. application.

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 43 | SLIM 'N LIFT INFUSED | 1172091 | Australia: | Protected as Australia TM 1576074. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Mexico: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protection granted. |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 44 | FLAVORFULL | 1183383* | Australia: | Protected as Australia TM 1594084. |
| | | | China: | Protection granted. |
| | | | EU: | Protection granted. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | Mexico: | Protection granted |
| | | | Norway: | Protection granted. |
| | | | Russia: | Pending. |
| | | | Switzerland: | Protected (refusal period has expired). |
| | | | *Turkey:* | *Pending.* |
| | | | U.K.: | Protection granted. |
| | | | Vietnam: | Protected (refusal period has expired). |
| 45 | THANE (rebrand logo) | 1202757 | Australia: | Protected as Australia TM 1622976. |
| | | | *China:* | *Pending.* |
| | | | EU: | Protection granted. |
| | | | Germany: | Protection granted. |
| | | | *Japan:* | *Pending.* |
| | | | *Mexico:* | *Pending* |
| | | | New Zealand: | Protection granted. |
| | | | Norway: | Protection granted. |
| | | | Russia: | Protection granted. |
| | | | Turkey: | Protection granted. |
| | | | U.K.: | Protection granted. |
| | | | Vietnam: | Protected (refusal period has expired). |
| 46 | AB COMMAND | IR 1226346 | *Australia:* | *Pending.* |
| | | | *China:* | *Pending.* |
| | | | *EU:* | *Pending.* |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Protection granted. |
| | | | *Mexico:* | *Pending* |
| | | | *Russia:* | *Pending.* |
| | | | *Switzerland:* | *Pending.* |
| | | | *Turkey:* | *Pending.* |
| | | | U.K.: | Protection granted. |
| | | | *Vietnam:* | *Pending.* |

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 47 | IX2 | 1244811* | Australia: | Protected as Australia TM 1690636. |
| | | | China: | Pending. |
| | | | EU: | Pending. |
| | | | Germany: | Protected (refusal period has expired). |
| | | | Japan: | Pending. |
| | | | Mexico: | Pending |
| | | | Norway: | Pending. |
| | | | Russia: | Pending. |
| | | | Switzerland: | Pending. |
| | | | Turkey: | Pending. |
| | | | U.K. | Protection granted |
| | | | Vietnam | Pending. |

*Protection under this IR, as shown above, is provisional at this time, as it is dependent on the U.S. application proceeding to registration within the first five years of the life of the IR.

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 48 | ROBOPAL | 1252601* | Australia: | Pending. |
| | | | China: | Pending. |
| | | | EU: | Pending. |
| | | | Germany: | Pending. |
| | | | Japan: | Pending. |
| | | | Mexico: | Pending |
| | | | Norway: | Pending. |
| | | | Russia: | Pending. |
| | | | Switzerland: | Pending. |
| | | | Turkey: | Pending. |
| | | | U.K.: | Protection granted. |

*Protection under this IR, as shown above, is provisional at this time, as it is dependent on the U.S. application proceeding to registration within the first five years of the life of the IR.

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 49 | POWERX | 1252993* | Australia: | Protected as Australia TM 1702740. |
| | | | China: | Pending. |
| | | | EU: | Pending. |
| | | | Germany: | Pending. |
| | | | Japan: | Pending. |
| | | | Mexico: | Pending |
| | | | Norway: | Pending. |
| | | | Russia: | Pending. |
| | | | Switzerland: | Pending. |
| | | | Turkey: | Pending. |
| | | | U.K.: | Protection granted. |

*Protection under this IR, as shown above, is provisional at this time, as it is dependent on the U.S. application proceeding to registration within the first five years of the life of the IR.

**Trademark Registrations and Applications**
**Held by Thane International, Inc., Thane Direct Company and/or**
**Thane Direct Canada Inc.**
**As of October 12, 2015**

| | Mark | IR | Designated Countries & Status of Grant of Protection ("GOP" under IR) | |
|---|---|---|---|---|
| 50 | H2O HD | A0052834 | *Australia:* | *Pending.* |
| | | | *China:* | *Pending.* |
| | | | *EU:* | *Pending.* |
| | | | *Germany:* | *Pending.* |
| | | | *Japan:* | *Pending.* |
| | | | *Mexico:* | *Pending* |
| | | | *Norway:* | *Pending.* |
| | | | *Russia:* | *Pending.* |
| | | | *Switzerland:* | *Pending.* |
| | | | *Turkey:* | *Pending.* |
| | | | *U.K.:* | *Pending.* |

**DOMAIN NAME REGISTRATIONS HELD BY THANE INTERNATIONAL, INC. AS OF OCTOBER 9, 2015**

| DomainName | ExpirationDate |
|---|---|
| 3MINLEGS.CA | 9/1/2016 |
| 3MINLEGS.COM | 12/25/2015 |
| 3MINUTELEGS.CA | 10/28/2015 |
| 3MINUTELEGS.COM | 10/28/2015 |
| 3MINUTES.CA | 9/1/2016 |
| 3MINUTESLEG.CA | 5/7/2016 |
| 3MINUTESLEG.COM | 5/7/2016 |
| 3MINUTESLEGS.CA | 5/7/2016 |
| 3MINUTESLEGS.COM | 5/7/2016 |
| 3MLTOTALTRANSFORMATIONS.COM | 05/19/2016 |
| 9MINUTEMARINATOR.COM | 2/8/2016 |
| ABDOER.ASIA | 05/29/2016 |
| ABDOER.CA | 9/1/2016 |
| ABDOER.COM | 12/2/2016 |
| ABDOER01.COM | 11/11/2015 |
| ABDOER02.COM | 11/11/2015 |
| ABDOER03.COM | 11/11/2015 |
| ABDOER04.COM | 11/11/2015 |
| ABDOER05.COM | 11/11/2015 |
| ABDOER06.COM | 11/11/2015 |
| ABDOER07.COM | 11/11/2015 |
| ABDOER08.COM | 11/11/2015 |
| ABDOER09.COM | 11/11/2015 |
| ABDOER10.COM | 11/11/2015 |
| ABDOER11.COM | 11/11/2015 |
| ABDOER12.COM | 11/11/2015 |
| ABDOER13.COM | 11/11/2015 |
| ABDOER14.COM | 11/11/2015 |
| ABDOER15.COM | 11/11/2015 |
| ABDOER16.COM | 11/11/2015 |
| ABDOERPRODUCTS.COM | 07/26/2016 |
| ABDOERTWIST.CA | 9/1/2016 |
| ABDOERTWIST.COM | 12/25/2015 |
| ABLIGHTNING.COM | 9/5/2016 |
| ABSHARK.COM | 12/17/2015 |
| ABTRONIC2.CA | 9/1/2016 |
| ABTRONIC2.COM | 12/25/2015 |
| ABTRONICX2.CA | 9/1/2016 |
| ABTRONICX2.COM | 12/25/2015 |
| BOBDELMONTIQUE.COM | 01/16/2016 |
| BODYBLASTCARDIO.CA | 6/3/2016 |
| BODYBLASTCARDIO.COM | 6/3/2016 |
| BODYVIBESONLINE.COM | 01/30/2016 |
| BUYABTRONIC.COM | 3/7/2016 |
| BUYBODYVIBES.COM | 01/30/2016 |

| | |
|---|---|
| BUYH20MOP.CA | 08/25/2016 |
| BUYH20MOP.COM | 08/25/2016 |
| BUYH20MOPULTRA.COM | 3/7/2016 |
| BUYH2OMOP.CA | 08/25/2016 |
| BUYH2OMOP.COM | 08/25/2016 |
| BUYH2OVAC.COM | 2/9/2016 |
| BUYSLIMANDLIFT.CA | 07/24/2016 |
| BUYSLIMANDLIFT.COM | 07/24/2016 |
| BUYSLIMNLIFT.CA | 07/24/2016 |
| BUYSLIMNLIFT.COM | 3/7/2016 |
| BUYSONICPEELER.COM | 3/7/2016 |
| CALIFORNIABEAUTY.COM | 03/22/2016 |
| CARDIOBODYBLAST.CA | 6/3/2016 |
| CARDIOBODYBLAST.COM | 6/3/2016 |
| CLEVERFABRICS.COM | 6/10/2016 |
| CONTACTBODYBLAST.CA | 2/3/2016 |
| CONTACTBODYBLAST.COM | 2/3/2016 |
| FLAVORWAVE.CA | 06/27/2016 |
| FLAVORWAVETURBO.CA | 04/22/2016 |
| FLAVORWAVETURBO.COM | 04/22/2016 |
| FLAVORWAVETURBOOVEN.COM | 05/30/2016 |
| FOREVERBOND.CA | 12/8/2016 |
| FOREVERBOND.COM | 12/8/2016 |
| GUITAROVERNIGHT.COM | 03/22/2016 |
| H20MOP.CA | 07/23/2016 |
| H20MOPSERVICE.CA | 07/31/2016 |
| H20MOPULTRA.COM | 3/7/2016 |
| H20TURBO.COM | 10/22/2015 |
| H20TURBOVAC.COM | 2/1/2016 |
| H20ULTRA.CA | 07/23/2016 |
| H20ULTRA.COM | 07/23/2016 |
| H20VAC.CA | 07/23/2016 |
| H20VACTURBO.CA | 07/23/2016 |
| H20VACTURBO.COM | 10/22/2015 |
| H2OMOP.CA | 10/18/2015 |
| H2OMOPSERVICE.CA | 05/14/2016 |
| H2OMOPSERVICE.COM | 05/14/2016 |
| H2OMOPULTRA.CA | 07/23/2016 |
| H2OMOPULTRA.COM | 07/23/2016 |
| H2OTURBO.COM | 2/1/2016 |
| H2OTURBOVAC.CA | 10/21/2015 |
| H2OULTRA.CA | 07/23/2016 |
| H2OVAC.CA | 05/31/2016 |
| H2OVAC.COM | 05/31/2016 |
| H2OVACTURBO.CA | 07/23/2016 |
| H2OVACTURBO.COM | 3/1/2016 |
| HANGWELLS.CA | 07/14/2016 |

| | |
|---|---|
| HANGWELLS.COM | 07/14/2016 |
| HAPPYCHOP.CA | 07/22/2016 |
| HAPPYCHOP.COM | 04/15/2016 |
| JUMPSNAP.CA | 6/10/2016 |
| KLEARACTION.COM | 4/9/2016 |
| KLEARACTIV.CA | 2/4/2016 |
| KLEARACTIV.COM | 2/4/2016 |
| LEGSXPRESS.CA | 10/28/2015 |
| LEGSXPRESS.COM | 10/28/2015 |
| LIGHTNINGABS.COM | 9/5/2016 |
| MEDIALATINOSOURCE.COM | 05/30/2016 |
| MICROGYM.CA | 7/6/2016 |
| MICROGYM.COM | 09/26/2016 |
| MINUTELEGS.CA | 9/1/2016 |
| MINUTELEGS.COM | 12/25/2015 |
| MINUTEMARINATOR.CA | 05/20/2016 |
| MRTOVEN.CA | 07/30/2016 |
| NEWBODYVIBES.COM | 01/30/2016 |
| ORBITREK.CA | 01/14/2016 |
| ORBITREK.COM | 6/3/2016 |
| ORBITREKELITE.CA | 3/8/2016 |
| ORBITREKELITE.COM | 2/8/2016 |
| ORBITREKTESTIMONIALS.COM | 04/22/2016 |
| PANLATINO.COM | 4/3/2016 |
| PERFECTDOG.CA | 1/4/2016 |
| QGRILL.COM | 03/14/2016 |
| ROLLERGLIDE.CA | 12/27/2015 |
| ROLLERGLIDER.CA | 12/14/2015 |
| RUSHITNOW.COM | 02/14/2016 |
| SLIMANDLIFT.CA | 07/23/2016 |
| SLIMANDLIFTSUPREME.CA | 07/23/2016 |
| SLIMNLIFT.CA | 07/23/2016 |
| SONICPEELER.CA | 12/19/2015 |
| SSG2.CA | 10/16/2015 |
| STEAMSTYLER.CA | 06/13/2016 |
| STEAMSTYLER.COM | 06/13/2016 |
| SUDDEN-GLOW.COM | 03/31/2016 |
| SUDDENGLOW.CA | 03/31/2016 |
| SUDDENLIFT.COM | 9/7/2016 |
| SUPREMESHAPER.CA | 12/10/2015 |
| TEVEBESTSELLERS.COM | 2/1/2016 |
| THANE-SHOPPING.COM | 10/11/2015 |
| THANE.CA | 3/12/2015 |
| THANE.COM | 8/1/2016 |
| THANE1.COM | 03/30/2016 |
| THANE10.COM | 03/30/2016 |
| THANE11.COM | 03/30/2016 |

| | |
|---|---|
| THANE12.COM | 03/30/2016 |
| THANE13.COM | 03/30/2016 |
| THANE14.COM | 03/30/2016 |
| THANE15.COM | 03/30/2016 |
| THANE16.COM | 03/30/2016 |
| THANE17.COM | 07/30/2016 |
| THANE18.COM | 07/30/2016 |
| THANE19.COM | 07/30/2016 |
| THANE2.COM | 03/30/2016 |
| THANE20.COM | 07/30/2016 |
| THANE21.COM | 07/30/2016 |
| THANE22.COM | 07/30/2016 |
| THANE23.COM | 07/30/2016 |
| THANE24.COM | 07/30/2016 |
| THANE25.COM | 07/30/2016 |
| THANE26.COM | 07/30/2016 |
| THANE27.COM | 07/30/2016 |
| THANE28.COM | 07/30/2016 |
| THANE29.COM | 07/30/2016 |
| THANE3.COM | 03/30/2016 |
| THANE30.COM | 07/30/2016 |
| THANE31.COM | 07/30/2016 |
| THANE32.COM | 07/30/2016 |
| THANE33.COM | 07/30/2016 |
| THANE34.COM | 07/30/2016 |
| THANE35.COM | 07/30/2016 |
| THANE36.COM | 07/30/2016 |
| THANE37.COM | 07/30/2016 |
| THANE38.COM | 07/30/2016 |
| THANE39.COM | 07/30/2016 |
| THANE4.COM | 03/30/2016 |
| THANE40.COM | 07/30/2016 |
| THANE41.COM | 07/30/2016 |
| THANE42.COM | 07/30/2016 |
| THANE43.COM | 07/30/2016 |
| THANE44.COM | 07/30/2016 |
| THANE45.COM | 07/30/2016 |
| THANE46.COM | 07/30/2016 |
| THANE47.COM | 07/30/2016 |
| THANE48.COM | 07/30/2016 |
| THANE49.COM | 07/30/2016 |
| THANE5.COM | 03/30/2016 |
| THANE50.COM | 07/30/2016 |
| THANE51.COM | 07/30/2016 |
| THANE52.COM | 07/30/2016 |
| THANE53.COM | 07/30/2016 |
| THANE54.COM | 07/30/2016 |

| | |
|---|---|
| THANE55.COM | 07/30/2016 |
| THANE56.COM | 07/30/2016 |
| THANE57.COM | 07/30/2016 |
| THANE58.COM | 07/30/2016 |
| THANE59.COM | 07/30/2016 |
| THANE6.COM | 03/30/2016 |
| THANE60.COM | 07/30/2016 |
| THANE61.COM | 07/30/2016 |
| THANE62.COM | 07/30/2016 |
| THANE63.COM | 07/30/2016 |
| THANE64.COM | 07/30/2016 |
| THANE65.COM | 2/8/2016 |
| THANE66.COM | 1/8/2016 |
| THANE67.COM | 1/8/2016 |
| THANE68.COM | 1/8/2016 |
| THANE69.COM | 1/8/2016 |
| THANE7.COM | 03/30/2016 |
| THANE70.COM | 1/8/2016 |
| THANE71.COM | 8/1/2016 |
| THANE72.COM | 8/1/2016 |
| THANE73.COM | 8/1/2016 |
| THANE74.COM | 8/1/2016 |
| THANE75.COM | 8/1/2016 |
| THANE76.COM | 8/1/2016 |
| THANE77.COM | 8/1/2016 |
| THANE78.COM | 8/1/2016 |
| THANE79.COM | 8/1/2016 |
| THANE8.COM | 03/30/2016 |
| THANE80.COM | 8/1/2016 |
| THANE81.COM | 8/1/2016 |
| THANE82.COM | 8/1/2016 |
| THANE83.COM | 8/1/2016 |
| THANE84.COM | 8/1/2016 |
| THANE85.COM | 8/1/2016 |
| THANE86.COM | 8/1/2016 |
| THANE87.COM | 8/1/2016 |
| THANE88.COM | 8/1/2016 |
| THANE89.COM | 8/1/2016 |
| THANE9.COM | 03/30/2016 |
| THANE90.COM | 8/1/2016 |
| THANE91.COM | 8/1/2016 |
| THANE92.COM | 8/1/2016 |
| THANE93.COM | 8/1/2016 |
| THANE94.COM | 8/1/2016 |
| THANE95.COM | 8/1/2016 |
| THANE96.COM | 8/1/2016 |
| THANE97.COM | 8/1/2016 |

| | |
|---|---|
| THANE98.COM | 8/1/2016 |
| THANE99.COM | 8/1/2016 |
| THANEDIRECT.BIZ | 01/22/2016 |
| THANEDIRECT.CA | 5/12/2015 |
| THANEDIRECT.COM | 09/30/2016 |
| THANEESPANOL.COM | 7/5/2016 |
| THANEHEALTH.COM | 4/2/2016 |
| THANEINTERNATIONAL.COM | 03/22/2016 |
| THANEWARRANTY.CA | 7/4/2016 |
| THEPERFECTDOG.CA | 1/4/2016 |
| TOTALVIBE.CA | 07/23/2016 |
| TOTALVIBES.CA | 11/3/2016 |
| TRUECOVER.CA | 04/26/2016 |
| TRUESLEEPER.CA | 09/13/2016 |
| TVINSWORKS.COM | 10/5/2016 |
| VACQUA.COM | 03/17/2016 |
| WHITENINGLIGHT.COM | 08/20/2016 |
| 3MINUTELEGS.IT | 09/13/2016 |
| 3MINUTELEGS.NL | 10/6/2016 |
| ABCURLDIRECT.COM | 1/10/2016 |
| ABDOERTWIST.IT | 09/13/2016 |
| ABDOERTWIST.NL | 10/6/2016 |
| ACHATDIRECT.TV | 9/6/2016 |
| AIRBRA.CA | 11/7/2016 |
| AIREBRA.CA | 11/7/2016 |
| AIREBRA.COM | 6/7/2016 |
| BUYABCURL.COM | 1/10/2016 |
| BUYABSNOW.CA | 04/29/2016 |
| BUYABSNOW.CO.UK | 04/29/2018 |
| BUYABSNOW.COM | 04/29/2016 |
| BUYAIRBRA.COM | 6/7/2016 |
| BUYAIREBRA.COM | 6/7/2016 |
| BUYBOUNCE.CA | 9/2/2016 |
| BUYFLAVORSTICK.COM | 02/23/2016 |
| BUYFLAVORWAVE.COM | 7/10/2016 |
| BUYGOGONAILS.CA | 10/25/2015 |
| BUYGOGONAILS.COM | 10/15/2015 |
| BUYLASHER.CA | 03/21/2016 |
| BUYROCKINABS.CA | 11/22/2015 |
| BUYROCKINABS.COM | 11/22/2015 |
| BUYROCKINGABS.CA | 11/22/2015 |
| BUYROCKINGABS.COM | 11/22/2015 |
| BUYSONA.COM | 02/17/2016 |
| BUYSONAPILLOW.CA | 04/26/2016 |
| BUYSONAPILLOW.CO.UK | 04/26/2017 |
| BUYSTEAMZONE.COM | 11/10/2015 |
| BUYSTEELABS.COM | 04/29/2016 |

| | |
|---|---|
| BUYSTICKTILES.COM | 12/15/2015 |
| BUYSTIKTILE.COM | 12/15/2015 |
| BUYSWIVELSWEEPER.CO.UK | 5/5/2016 |
| BUYTOTALFLEX.COM | 02/17/2016 |
| DERMASET.CA | 12/2/2016 |
| DERMASET.CO.UK | 12/2/2017 |
| DERMASET.COM | 12/2/2016 |
| DERMASETA.CA | 10/2/2016 |
| DERMASETA.CO.UK | 10/2/2017 |
| DERMASETA.COM | 10/2/2016 |
| DERMASETA.IT | 09/13/2016 |
| DERMASOFT.COM.BR | 07/14/2016 |
| DIRECTSHOPPING.TV | 9/6/2016 |
| FLAVORSTONE.COM | 08/17/2016 |
| FLAVORWAVECOOKING.COM | 11/17/2015 |
| FLAVORWAVEEXPRESS.CA | 11/22/2015 |
| FLAVORWAVEEXPRESS.COM | 10/20/2015 |
| FLAVOURSTICK.CA | 1/12/2015 |
| FLAVOURSTICK.CO.UK | 1/12/2016 |
| FLAVOURSTICK.COM | 1/12/2015 |
| FLAVOURWAVEEXPRESS.CA | 10/20/2015 |
| FLAVOURWAVEEXPRESS.CO.UK | 10/20/2016 |
| FOREVERBACK.CA | 05/13/2016 |
| GASLOOP.COM | 6/6/2016 |
| GETABCURL.COM | 1/10/2016 |
| GETBACK2LIFE.CO.UK | 04/15/2017 |
| GETFLAVORWAVE.COM | 10/20/2015 |
| GETROCKINABS.CA | 11/22/2015 |
| GETROCKINABS.COM | 11/22/2015 |
| GETROCKINGABS.CA | 11/22/2015 |
| GETROCKINGABS.COM | 11/22/2015 |
| GETSONAPILLOW.CA | 04/26/2016 |
| GETSONAPILLOW.CO.UK | 04/26/2017 |
| GETSONAPILLOW.COM | 04/26/2016 |
| GETSTEAMZONE.COM | 11/10/2015 |
| GETSTEELABSNOW.COM | 03/20/2016 |
| GETSWIVELSWEEPER.CO.UK | 5/5/2016 |
| GETTOBI.CA | 07/14/2016 |
| GETTOBI.COM | 06/25/2016 |
| GETTOTALFELX.COM | 10/27/2015 |
| GOGOSLIPPERS.CA | 11/18/2015 |
| GOGOSLIPPERS.COM | 07/13/2016 |
| H20MOP.IT | 09/13/2016 |
| H20X5.COM | 6/10/2016 |
| H20X5STEAM.COM | 6/10/2016 |
| H2OMOPX5.CA | 11/16/2015 |
| H2OMOPX5.COM | 11/16/2015 |

| | |
|---|---|
| H2OTURBOVAC.COM | 10/21/2015 |
| H2OX5STEAM.COM | 6/10/2016 |
| KLEAR-ACTION.COM | 02/26/2016 |
| KLEARACTIV.TV | 2/4/2016 |
| MARIWINDSOR.CA | 03/17/2016 |
| MARIWINSOR.CA | 03/17/2016 |
| MARYWINDSOR.CA | 03/17/2016 |
| MARYWINSOR.CA | 03/17/2016 |
| MEJORCOMPRA.TV | 11/10/2015 |
| MICROGYM.TV | 7/6/2016 |
| MIGHTYFLEX.CA | 7/1/2016 |
| MIGHTYFLEX.CO.UK | 7/1/2016 |
| MIGHTYFLEX.COM | 7/1/2016 |
| MINUTEMARINATOR.COM | 05/20/2016 |
| MOPX5.CA | 11/16/2015 |
| MOPX5.COM | 11/16/2015 |
| OFFICIALBODYVIBES.COM | 01/30/2016 |
| OVERNIGHTMUSIC.COM | 8/1/2016 |
| PANLATINO.TV | 4/3/2016 |
| ROCKINABSDIRECT.CA | 11/22/2015 |
| ROCKINABSDIRECT.COM | 11/22/2015 |
| ROCKINABSPARTS.CA | 11/22/2015 |
| ROCKINABSPARTS.COM | 11/22/2015 |
| ROCKINABSPRODUCT.CA | 11/22/2015 |
| ROCKINABSPRODUCT.COM | 11/22/2015 |
| ROCKINABSSERVICE.CA | 11/22/2015 |
| ROCKINABSSERVICE.COM | 11/22/2015 |
| ROCKINABSWORKOUT.CA | 11/22/2015 |
| ROCKINABSWORKOUT.COM | 11/22/2015 |
| ROCKINGABSDIRECT.CA | 11/22/2015 |
| ROCKINGABSDIRECT.COM | 11/22/2015 |
| ROLLERGLIDE.TV | 12/27/2015 |
| ROLLERGLIDER.TV | 12/14/2015 |
| SALADCHEF.CA | 03/19/2016 |
| SHOPPINGONTV.COM | 12/8/2016 |
| SLIMANDLIFTAIR.COM | 07/27/2016 |
| SLIMANDLIFTAIRE.COM | 07/27/2016 |
| SLIMNLIFTAIR.COM | 07/27/2016 |
| SLIMNLIFTAIRE.CA | 07/29/2016 |
| SLIMNLIFTAIRE.COM | 07/27/2016 |
| SLIMPILATES.CA | 03/17/2016 |
| SOLAMENTENTV.COM | 05/30/2016 |
| SOLEKEEPER.CA | 8/1/2016 |
| SOLEKEEPER.CO.UK | 8/1/2016 |
| SOLEKEEPERS.CA | 8/1/2016 |
| SOLEKEEPERS.CO.UK | 8/1/2016 |
| SOLEKEEPERS.COM | 8/1/2016 |

| | |
|---|---|
| SONAPILLOW.CA | 9/5/2016 |
| SONICPEELER.COM | 12/19/2015 |
| STEELABS.CA | 04/28/2016 |
| STEELABS.CO.UK | 04/29/2018 |
| STEELABSMACHINE.COM | 03/20/2016 |
| STEELABSREVIEWS.COM | 10/3/2016 |
| STEELABSWORKOUTS.COM | 03/20/2016 |
| STICKTILES.CA | 12/15/2015 |
| STICKTILES.CO.UK | 12/15/2016 |
| STIKTILE.CA | 12/15/2015 |
| STIKTILE.CO.UK | 12/15/2016 |
| STIKTILE.COM | 12/15/2015 |
| SUDDENGLOW.COM | 03/31/2016 |
| SUPREMESHAPER.COM | 12/10/2015 |
| SWIVELSWEEPERG2.IT | 09/13/2016 |
| TEVEGALLERY.COM | 12/20/2015 |
| THANE-AUSTRIA.AT | 3/10/2016 |
| THANE-BELGIQUE.COM | 04/16/2016 |
| THANE-DEUTSCHLAND.DE | 08/17/2016 |
| THANE-DIRECT.COM | 05/13/2016 |
| THANE-ESPANA.COM | 04/14/2016 |
| THANE-EUROPE.COM | 04/14/2016 |
| THANE-FITNESS.COM | 10/11/2015 |
| THANE-FRANCE.COM | 04/14/2016 |
| THANE-HOUSEWARES.COM | 10/11/2015 |
| THANE-INTERNATIONAL.COM | 10/11/2015 |
| THANE-ITALIA.COM | 04/14/2016 |
| THANE-OESTERREICH.AT | 08/17/2016 |
| THANE201.COM | 11/12/2015 |
| THANE202.COM | 11/12/2015 |
| THANE203.COM | 11/12/2015 |
| THANE204.COM | 11/12/2015 |
| THANE205.COM | 11/12/2015 |
| THANE206.COM | 11/12/2015 |
| THANE207.COM | 11/12/2015 |
| THANE208.COM | 11/12/2015 |
| THANE209.COM | 11/12/2015 |
| THANE210.COM | 11/12/2015 |
| THANE211.COM | 11/12/2015 |
| THANE212.COM | 11/12/2015 |
| THANE213.COM | 11/12/2015 |
| THANE214.COM | 11/12/2015 |
| THANE215.COM | 11/12/2015 |
| THANE216.COM | 11/12/2015 |
| THANE217.COM | 11/12/2015 |
| THANE218.COM | 11/12/2015 |
| THANE219.COM | 11/12/2015 |

| | |
|---|---|
| THANE220.COM | 11/12/2015 |
| THANE221.COM | 11/12/2015 |
| THANE222.COM | 11/12/2015 |
| THANE223.COM | 11/12/2015 |
| THANE224.COM | 11/12/2015 |
| THANE225.COM | 11/12/2015 |
| THANE226.COM | 11/12/2015 |
| THANE227.COM | 11/12/2015 |
| THANE228.COM | 11/12/2015 |
| THANE229.COM | 11/12/2015 |
| THANE230.COM | 11/12/2015 |
| THANEABTRONIC.COM | 3/7/2016 |
| THANECATALOG.COM | 10/26/2015 |
| THANECLUB.COM | 08/20/2016 |
| THANECYBERMALL.COM | 03/22/2016 |
| THANEDEV.COM | 01/24/2016 |
| THANEDEVELOPMENT.COM | 07/17/2016 |
| THANEDIRECT.NL | 11/7/2016 |
| THANEDIRECTMARKETING.COM | 12/24/2015 |
| THANEFITNESS.COM | 03/22/2016 |
| THANEINC.COM | 4/1/2016 |
| THANEMAIL.COM | 08/20/2016 |
| THANENEWSLETTER.COM | 11/11/2015 |
| THANEOVERSTOCK.COM | 12/7/2016 |
| THANEPRODUCTS.COM | 1/4/2016 |
| THANESLIMNLIFT.COM | 3/7/2016 |
| THANESONICPEELER.COM | 3/7/2016 |
| THANETV.COM | 12/21/2015 |
| THANEVISION.COM | 12/16/2015 |
| THANEWARRANTY.COM | 09/29/2016 |
| THEABDOER.COM | 12/1/2016 |
| THEABTRONIC.COM | 3/7/2016 |
| THEH20MOPULTRA.COM | 3/7/2016 |
| THEH2OMOP.COM | 12/21/2015 |
| THEPERFECTDOG.COM | 7/7/2016 |
| THESLIMNLIFT.COM | 3/7/2016 |
| THESONICPEELER.COM | 3/7/2016 |
| THETOBIMAGIC.COM | 6/1/2016 |
| THETOTALFLEX.COM | 7/1/2016 |
| THEULTIMATECRUNCH.COM | 04/14/2016 |
| TIENDADIRECTATV.COM | 9/12/2015 |
| TIENDADIRECTATV.ES | 9/12/2015 |
| TOBIMAGIC.CA | 6/1/2016 |
| TOBIMAGIC.CO.UK | 6/1/2016 |
| TOBIMAGIC.COM | 6/1/2016 |
| TOBIQUICK.CA | 5/1/2016 |
| TOBIQUICK.CO.UK | 5/1/2016 |

| | |
|---|---|
| TOBISTEAMER.CA | 11/27/2015 |
| TOBIWAND.CA | 08/20/2016 |
| TOBIWAND.COM | 07/30/2016 |
| TOTALFLEX.CA | 7/1/2016 |
| TOTALFLEX.CO.UK | 7/1/2016 |
| TOTALFLEXDIRECT.COM | 10/27/2015 |
| TOTALFLEXGYM.COM | 10/27/2015 |
| TOTALFLEXHOMEGYM.COM | 10/27/2015 |
| TOTALVIBES.COM | 11/3/2016 |
| TREND-PRO.TV | 1/11/2015 |
| TRENDPRO.TV | 1/11/2015 |
| TRIMFLEXBODY.COM | 6/10/2016 |
| TRUE-COVER.COM | 04/26/2016 |
| TRUE-SLEEPER.COM | 11/15/2015 |
| TRUEBACK.CA | 05/25/2016 |
| TRUESLUMBER.COM | 7/3/2016 |
| TRYBOUNCE.CA | 9/2/2016 |
| TVAIRBRA.COM | 6/7/2016 |
| TVAIREBRA.COM | 6/7/2016 |
| TVINS.COM | 11/21/2015 |
| TVSHOPUSA.COM | 11/22/2015 |
| ULTIMATECRUNCH.CA | 6/1/2016 |
| VACQUA.TV | 03/17/2016 |
| VENTASPORTV.COM | 05/18/2016 |
| WINDSORSLIM.CA | 03/17/2016 |
| WINSORPILATES.CA | 03/15/2016 |
| WINSORSLIM.CA | 03/16/2016 |
| X5MOP.CA | 11/16/2015 |
| X5MOP.COM | 11/16/2015 |
| X5STEAM.COM | 6/10/2016 |
| X5STEAMER.COM | 6/10/2016 |
| YOUTHCOCKTAIL.COM | 03/22/2016 |
| ABCOMMAND.CA | 9/1/2016 |
| ABCOMMAND.COM | 2/1/2016 |
| ABCOMMAND.MX | 01/29/2016 |
| ABCOMMAND.TV | 8/4/2016 |
| ABCOMMANDIX2.CA | 9/1/2016 |
| ABCOMMANDIX2.COM | 9/1/2016 |
| ABDOER.TV | 8/5/2016 |
| ABTRONIC.CA | 9/1/2016 |
| AGELESSWONDER.CA | 2/12/2015 |
| BACKBUBBLE.CA | 03/23/2016 |
| BAMBOOPILLOW.TV | 8/4/2016 |
| BOUTIQUEDEALS.TV | 06/19/2016 |
| BULLWORKER.CA | 8/10/2015 |
| BUYABCOMMAND.MX | 01/29/2016 |
| BUYAGELESSWONDER.COM | 2/12/2015 |

| | |
|---|---|
| BUYBACKBUBBLE.CA | 03/24/2016 |
| BUYBAMBOOPILLOW.CA | 12/15/2015 |
| BUYCARESSE.COM | 03/19/2016 |
| BUYCOPERX.COM | 9/3/2016 |
| BUYCOPPERX.CA | 12/8/2016 |
| BUYCOPPERX.COM | 9/3/2016 |
| BUYCURLSECRET.CA | 08/30/2016 |
| BUYFLAVORCHEF.COM | 11/28/2015 |
| BUYFLAVORFRESH.COM | 07/22/2016 |
| BUYFLAVORFRESHEXPRESS.COM | 03/19/2016 |
| BUYFLAVORFUL.COM | 5/3/2016 |
| BUYFLAVORFULL.COM | 6/12/2015 |
| BUYFLAVORGOURMET.COM | 04/30/2016 |
| BUYFLAVORMASTER.COM | 10/22/2015 |
| BUYFLAVORSTONE.COM | 10/26/2015 |
| BUYFUSIONGRILL.COM | 2/4/2016 |
| BUYH2OX5.CA | 10/13/2015 |
| BUYH2OX5.COM | 10/13/2015 |
| BUYINFUSED.CA | 8/10/2015 |
| BUYINFUSED.COM | 11/13/2015 |
| BUYINFUSIONGRILL.COM | 04/17/2016 |
| BUYMAKEMEBEAUTIFUL.COM | 10/1/2016 |
| BUYMAXIMIZER.COM | 4/3/2016 |
| BUYMOPHD.CA | 8/10/2015 |
| BUYMOPHD.COM | 10/22/2015 |
| BUYNANOGYM.CA | 11/9/2016 |
| BUYNANOGYM.COM | 05/24/2016 |
| BUYORBITREKX2.COM | 01/27/2016 |
| BUYPERFECTDOG.COM | 09/16/2016 |
| BUYPOWERX.CA | 8/10/2015 |
| BUYREDFUSION.COM | 03/13/2016 |
| BUYSMOOTHIEMAKER.CA | 12/3/2016 |
| BUYSTEAMFX.CA | 04/23/2016 |
| BUYSTEAMFX.COM | 04/15/2016 |
| BUYSTEAMLASER.COM | 10/24/2015 |
| BUYSTEAMLAZER.COM | 10/24/2015 |
| BUYSTEELABS.CA | 11/11/2015 |
| BUYSTREETSTRIDER.CA | 03/25/2016 |
| BUYSVELTE.CA | 11/11/2015 |
| BUYTHUNDERSTICK.CA | 10/27/2015 |
| BUYTHUNDERSTICK.COM | 10/11/2015 |
| BUYTOBI.COM | 01/16/2016 |
| BUYTOUCHOFGLAM.COM | 11/26/2015 |
| BUYTRUECOVER.COM | 09/19/2016 |
| BUYURBANSECRET.COM | 07/30/2016 |
| BUYVACATTACK.COM | 10/26/2015 |
| BUYWONDERCORE.CA | 04/14/2016 |

| | |
|---|---|
| BUYX5MOP.COM | 9/7/2016 |
| BUYX5PLUS.COM | 11/13/2015 |
| BUYX5VAC.COM | 03/17/2016 |
| CARESSE-SHAPEWEAR.COM | 11/29/2015 |
| CARESSEJEANS.CA | 3/7/2016 |
| CARESSESHAPEWEAR.COM | 11/29/2015 |
| CAROLBURNETT.CA | 10/19/2015 |
| COPPERXCOMPRESSIONWEAR.COM | 9/3/2016 |
| COPPERXDIRECT.COM | 08/18/2016 |
| DAMPFMOP.TV | 07/20/2016 |
| DOGTRAININGPLEDGESPECIAL.COM | 09/17/2016 |
| ELITEMOP.TV | 08/29/2016 |
| EMBRACE-BRA.COM | 11/29/2015 |
| FLAVORCHEF.CA | 11/2/2016 |
| FLAVORCHEFCOOKING.COM | 11/28/2015 |
| FLAVORCHEFCOOKS.COM | 11/28/2015 |
| FLAVORCHEFRECIPES.COM | 11/28/2015 |
| FLAVORFRESHEXPRESS.COM | 03/19/2016 |
| FLAVORFULL.CA | 01/23/2016 |
| FLAVORMASTER.CA | 8/10/2015 |
| FLAVORMASTER.TV | 8/4/2016 |
| FLAVORQUIK.CA | 06/26/2016 |
| FLAVORSTONE.CA | 10/27/2015 |
| FLAVORSTONERED.CA | 8/10/2015 |
| FLAVOURCHEF.CA | 11/2/2016 |
| FLAVOURMASTER.TV | 8/4/2020 |
| FREEPADSFORLIFE.COM | 08/31/2016 |
| GETABCOMMAND.COM | 8/4/2016 |
| GETAIRFLOW.CA | 12/8/2016 |
| GETBODYSHRED.CA | 12/8/2016 |
| GETCOPPERX.COM | 9/3/2016 |
| GETFLAVORCHEF.COM | 11/28/2015 |
| GETFLAVORFRESH.COM | 07/22/2016 |
| GETFLAVORFRESHEXPRESS.COM | 03/19/2016 |
| GETFLAVORGOURMET.COM | 04/30/2016 |
| GETFLAVORSTONE.COM | 10/26/2015 |
| GETFUSIONGRILL.COM | 2/4/2016 |
| GETH2OX5.CA | 10/13/2015 |
| GETH2OX5.COM | 10/13/2015 |
| GETINFUSIONGRILL.COM | 04/17/2016 |
| GETNANOGYM.COM | 05/24/2016 |
| GETORBITREKX2.COM | 01/27/2016 |
| GETPERFECTDOG.COM | 09/16/2016 |
| GETSTEAMFX.COM | 04/15/2016 |
| GETSTEAMLASER.COM | 10/24/2015 |
| GETSTEAMLAZER.COM | 10/24/2015 |
| GETTHUNDERSTICK.CA | 10/27/2015 |

| | |
|---|---|
| GETTHUNDERSTICK.COM | 10/11/2015 |
| GETTRUECOVER.COM | 09/19/2016 |
| GETTVBRACE.COM | 6/5/2016 |
| GETURBANSECRET.COM | 07/30/2016 |
| GETVACATTACK.COM | 10/26/2015 |
| GETX5VAC.COM | 03/17/2016 |
| H20MOPX5.CA | 5/9/2016 |
| H20X5.CA | 5/9/2016 |
| H2OMOPSPRINGCLEAN.COM | 10/4/2016 |
| H2OMOPX5.CO.UK | 04/17/2017 |
| H2OX5.CA | 10/13/2015 |
| H2OX5MOP.COM | 9/7/2016 |
| HDMOP.TV | 8/4/2016 |
| HYDROMOUSSE.FR | 09/24/2016 |
| JILLIANBODYREVOLUTION.CA | 2/5/2016 |
| LIVEASUPERLIFE.COM | 6/12/2015 |
| MEJORCOMPRATV.COM | 12/25/2017 |
| minimaxcharger.ca | 09/18/2016 |
| minimaxchargers.ca | 09/18/2016 |
| MOPX5PLUS.COM | 11/13/2015 |
| MYABCOMMAND.COM | 09/24/2016 |
| MYSMARTDIFFERENCE.COM | 1/10/2016 |
| NICERDICER.CA | 11/9/2016 |
| ORBITREKX2.CA | 01/31/2016 |
| ORBITREKX2.COM | 01/27/2016 |
| PERFECTCOLAR.COM | 10/1/2016 |
| PERFECTDOGCOLAR.COM | 10/1/2016 |
| PERFECTDOGCOLLAR.COM | 10/1/2016 |
| PERFECTDOGDIRECT.COM | 01/23/2016 |
| POWERX.TV | 8/4/2016 |
| PRESSUREPRO.TV | 8/4/2016 |
| REDFUSION.CA | 03/13/2016 |
| ROCKINABS.CA | 8/10/2015 |
| SAVEX5MOP.COM | 11/7/2016 |
| SEASONAIRE.CA | 11/14/2015 |
| SHEER-SECRET.COM | 11/29/2015 |
| SHOPTHANE.CA | 4/2/2016 |
| SHOPTHANE.CO.UK | 4/2/2016 |
| SHOPTHANE.DE | 4/2/2016 |
| SHOPTHANE.TV | 4/2/2016 |
| SLIMANDLIFTCARESSE.COM | 11/28/2015 |
| SLIMANDLIFTEMBRACE.COM | 11/28/2015 |
| SLIMANDLIFTSHEERSECRET.COM | 11/28/2015 |
| SLIMMINGJEANS.CA | 8/12/2015 |
| SNLJEANS.COM | 12/19/2015 |
| STEAM-ZONE.COM | 11/10/2015 |
| STEAMINGZONE.COM | 11/10/2015 |

| | |
|---|---|
| STEAMLASER.CA | 10/24/2015 |
| STEAMLASER.COM | 10/24/2015 |
| STEAMLAZER.CA | 10/24/2015 |
| STEAMLAZER.COM | 10/24/2015 |
| STEINPFANNE.TV | 03/26/2016 |
| SWIVELSWEEPERMAX.CA | 4/12/2015 |
| TAPOUTXT.CA | 09/18/2016 |
| TAPOUTXT.CO.UK | 09/18/2016 |
| TAPOUTXT.DE | 09/17/2016 |
| TAPOUTXT.MX | 09/18/2016 |
| TBMSWS.COM | 8/2/2016 |
| TELESHOPPING-CLUB.TV | 4/7/2016 |
| THANE.FR | 9/4/2016 |
| THANEMEDIA.COM | 10/20/2015 |
| THANERETAIL.CA | 11/20/2016 |
| THANETVILIGHT.COM | 2/12/2015 |
| THEDIRTDRONE.COM | 07/24/2016 |
| THEFLAVORSTONE.COM | 10/26/2015 |
| THEH2OX5.CA | 10/13/2015 |
| THEH2OX5.COM | 10/13/2015 |
| THEPERFECTCOLAR.COM | 10/1/2016 |
| THEPERFECTDOGCOLLAR.COM | 10/1/2016 |
| THEROBOPAL.COM | 12/8/2016 |
| THESTEAMLASER.COM | 10/24/2015 |
| THESTEAMLAZER.COM | 10/24/2015 |
| THESTEAMZONE.COM | 11/10/2015 |
| THETHUNDERSTICK.COM | 2/10/2016 |
| THEULTIMATEJUICER.COM | 10/6/2016 |
| THEX5MOP.COM | 09/24/2016 |
| THUNDERSTICKNOW.COM | 10/11/2015 |
| TOTALFLEX.TV | 5/10/2016 |
| TOUCHOFGLAM.CA | 12/15/2015 |
| TOUCHOFGLAM.COM | 11/12/2015 |
| TRACYANDERSONMETHOD.CA | 4/6/2016 |
| TRAINYOURDOGPLEDGESPECIAL.COM | 09/17/2016 |
| TRAINYOURDOGSHOW.COM | 09/17/2016 |
| TRAINYOURDOGSPECIAL.COM | 09/17/2016 |
| TRENDPRO-OUTLET.TV | 11/29/2015 |
| TRYABCOMMAND.COM | 8/4/2016 |
| TRYAGELESSWONDER.COM | 2/12/2015 |
| TRYCARESSE.CA | 4/12/2015 |
| TRYCARESSE.COM | 03/19/2016 |
| TRYCOPPERX.COM | 08/18/2016 |
| TRYFLAVORCHEF.COM | 01/31/2016 |
| TRYFLAVORFULL.COM | 6/12/2015 |
| TRYFLAVORGOURMET.COM | 04/30/2016 |
| TRYMAKEMEBEAUTIFUL.COM | 10/1/2016 |

| | |
|---|---|
| TRYNANOGYM.COM | 08/28/2016 |
| TRYSTEAMFX.COM | 04/15/2016 |
| TRYTRUECOVER.COM | 09/19/2016 |
| TVBACKBRACE.COM | 6/5/2016 |
| TVBRACE.COM | 6/5/2016 |
| TWISTHEADPHONES.COM | 10/23/2015 |
| TXBUDDY.COM | 3/6/2016 |
| TYDPLEDGESPECIAL.COM | 09/17/2016 |
| URBAN-SECRET.CA | 07/30/2016 |
| URBAN-SECRET.COM | 07/30/2016 |
| urbanrebounder.ca | 8/7/2016 |
| VACATTACKNOW.COM | 10/26/2015 |
| VERIPAINT.CA | 3/9/2016 |
| WASCHBRETT.TV | 02/20/2016 |
| WONDERCORE.TV | 8/4/2016 |
| X5MOP.CO.UK | 04/17/2017 |
| X5MOP.TV | 04/17/2016 |
| X5PLUS.CA | 10/29/2015 |
| X5VAC.CA | 04/22/2016 |
| X5VAC.COM | 03/17/2016 |
| YOURROBOPAL.COM | 12/8/2016 |

| Domain Name | Registered Date | Renewal Date |
|---|---|---|
| 3minlegs.co.uk | 25/12/2008 | 25/12/2016 |
| 3minutelegs.co.uk | 28/10/2008 | 28/10/2016 |
| 3minutesleg.co.uk | 05/07/2009 | 05/07/2017 |
| 3minuteslegs.co.uk | 05/07/2009 | 05/07/2017 |
| 9minutemarinator.co.uk | 03/08/2006 | 03/08/2016 |
| abcommand.dk | 30/01/2015 | 30/01/2016 |
| abcommand.no | 30/01/2015 | 30/01/2016 |
| abcommand.se | 29/01/2015 | 29/01/2016 |
| abcommand.uk | 29/01/2015 | 29/01/2016 |
| abdoertwist.co.uk | 25/12/2008 | 25/12/2016 |
| abdoer-twist.co.uk | 14/04/2011 | 14/04/2017 |
| ablightning.co.uk | 11/05/2007 | 11/05/2017 |
| abtronic2.co.uk | 25/12/2008 | 25/12/2016 |
| abtronicx2.co.uk | 25/12/2008 | 25/12/2016 |
| flavorwaveturbo.co.uk | 22/04/2008 | 22/04/2016 |
| h2omop.co.uk | 21/10/2007 | 21/10/2017 |
| h2oturbovac.co.uk | 22/10/2007 | 22/10/2017 |
| h2ovac.co.uk | 31/05/2005 | 31/05/2017 |
| klearactiv.co.uk | 03/04/2004 | 03/04/2016 |
| legsxpress.co.uk | 28/10/2008 | 28/10/2016 |
| lightningabs.co.uk | 11/05/2007 | 11/05/2017 |
| minutelegs.co.uk | 25/12/2008 | 25/12/2016 |
| orbitrekelite.co.uk | 03/08/2006 | 03/08/2016 |
| qvcsweden.se | 22/02/2013 | 22/02/2016 |
| rollerglide.co.uk | 28/12/2006 | 28/12/2016 |
| rollerglider.co.uk | 14/12/2006 | 14/12/2016 |
| sonicpeeler.co.uk | 20/12/2006 | 20/12/2016 |
| steamstyler.co.uk | 13/06/2006 | 13/06/2016 |
| stiktiles.co.uk | 19/09/2013 | 19/09/2017 |
| suddenglow.co.uk | 31/03/2006 | 31/03/2016 |
| swivelsweeper.nl | 08/06/2010 | 08/06/2016 |
| tevegallery.be | 20/12/2007 | 20/12/2015 |
| tevegallery.eu | 07/07/2011 | 07/07/2016 |
| tevegallery.fr | 31/12/2007 | 21/01/2016 |
| thane.de | 06/10/2010 | 06/10/2016 |
| thanedirect.co.uk | 06/12/2001 | 06/12/2015 |
| thanedirect.eu | 23/01/2013 | 23/01/2016 |
| thanenewsletter.co.uk | 22/09/2009 | 22/09/2017 |
| thane-schweiz.ch | 19/08/2011 | 19/08/2016 |
| theperfectdog.co.uk | 01/04/2008 | 01/04/2016 |
| totalvibes.co.uk | 12/03/2008 | 12/03/2016 |
| truecover.co.uk | 26/04/2006 | 26/04/2016 |
| truesleeper.co.uk | 31/10/2002 | 31/10/2016 |

| Domain Name |
| --- |
| thane.tv |
| tvins.se |
| tvins.dk |
| abcommand.fi |
| danoz.com.au |
| danozdirect.com.au |
| danoz.co.nz |
| danozdirect.co.nz |
| abcommand.com.au |
| abcommand.co.nz |
| thanedirect.ie |

**EXHIBIT A**
**FORM OF BILL OF SALE AND ASSIGNMENT**
**[SECTION 1.1.13]**

## BILL OF SALE AND

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**WHEREAS**, Richter Advisory Group Inc., solely in its capacity as Court Appointed Receiver of [**insert name of applicable Debtor**], (the "**Seller**"), has entered into an Offer to Purchase, dated [●] with [**insert name of applicable Buyer**] (the "**Buyer**") and affiliates of Buyer (the "**Offer to Purchase**"); and

**WHEREAS**, the Offer to Purchase contemplates that the Seller and Buyer will execute a bill of sale and assignment in the form of this Bill of Sale and Assignment and Assumption Agreement with respect to Assets listed on Exhibit A attached hereto;

**WHEREAS**, capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Offer to Purchase;

**NOW, THEREFORE**, in consideration of the sale of the Assets and in accordance with the terms of the Offer to Purchase and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.          Subject to the terms of the Offer to Purchase, the Seller does hereby sell, transfer, assign and deliver to Buyer, its successors and assigns, forever, all of the right, title and interest of Seller in, to and under the Assets, including without limitation the Assets listed on Schedule A.

2.          Subject to the terms of the Offer to Purchase, the Buyer does hereby assume and agree to pay, perform and discharge promptly and fully when due all of the Assumed Liabilities that are liabilities and obligations of the Seller.

3.          For certainty, the Assets sold, transferred, assigned and delivered under this Bill of Sale and Assignment and Assumption Agreement are so sold, transferred, assigned and delivered on an "as is, where is" basis. Neither party makes any representations, warranties, or conditions to the other party, whether express, implied, statutory or otherwise, regarding any matter, including without limitation any implied warranties or

conditions of merchantable quality and fitness for a particular purpose and the provisions of Section 2.4 of the Offer to Purchase shall apply *mutatis mutandis*.

4.        This Bill of Sale and Assignment and Assumption Agreement is governed by, and is to be construed and interpreted in accordance with, the laws of the Province of Ontario and the laws of Canada applicable in that Province.

5.        The Buyer acknowledges that the persons signing this Bill of Sale and Assignment and Assumption Agreement on behalf of the Seller is acting solely in his/her capacity as an authorized signatory of the Seller, and the Seller is acting solely in its capacity as court appointed Receiver of the Debtor, and such persons and the Seller shall have no personal or corporate liability of any kind, whether in contract, in tort or otherwise.

6.        This Bill of Sale and Assignment and Assumption Agreement may be executed and delivered by the parties in one or more counterparts, each of which when so executed and delivered will be an original and such counterparts will together constitute one and the same instrument.  To evidence the fact that a party has executed this Agreement, such party may send a copy of its executed counterpart to the other party by Electronic Transmission and, if sent by email, in Portable Document File (PDF) format.  That Party will be deemed to have executed this Agreement on the date it sent such Electronic Transmission.

**IN WITNESS WHEREOF**, each of the parties has executed this Bill of Sale and Assignment and Assumption Agreement as of _____.

**RICHTER ADVISORY GROUP INC.,  solely in its capacity as COURT APPOINTED RECEIVER OF [INSERT NAME OF APPLICABLE DEBTOR], and not in its personal capacity**
**Seller**

By:_____

**[insert name of Buyer]**
**Buyer**


By:_____

**EXHIBIT A**

**EXHIBIT B**
**FORM OF INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT**
**[SECTION 1.1.35]**

## <u>INTELLECTUAL PROPERTY ASSIGNMENT</u>

**WHEREAS**, Richter Advisory Group Inc., solely in its capacity as Court Appointed Receiver of **[insert name of applicable IP owner]**, (the "**Assignor**"), has entered into an Offer to Purchase, dated [●] with [**UK Thane IP Co.**] (the "**Assignee**") and affiliates of Assignee (the "**Offer to Purchase**"); and

**WHEREAS**, the Offer to Purchase contemplates that the Assignor and Assignee will execute an assignment of intellectual property in the form of this Intellectual Property Assignment with respect to all Intellectual Property of the Assignor listed on Exhibit A attached hereto ("**IP**");

**WHEREAS**, capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Offer to Purchase;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.          Subject to the terms of the Offer to Purchase, the Assignor hereby irrevocably assigns and transfers to Assignee, its successors and assigns, absolutely and forever, all of its right, title and interest, whether statutory or at common law, in and to the IP, including, without limitation, any registration therefor as set forth on Exhibit A; all of Assignor's goodwill, if any, associated with the IP; and all of Assignor's rights, if any, to sue for or make claims with respect to any past, present or future infringement or misappropriation of the IP.

2.          For certainty, the IP is assigned on an "as is, where is" basis. Neither party makes any representations, warranties, or conditions to the other party, whether express, implied, statutory or otherwise, regarding any matter, including without limitation any implied warranties or conditions of merchantable quality, non-infringement of third party rights and fitness for a

particular purpose and the provisions of Section 2.4 of the Offer to Purchase shall apply *mutatis mutandis*.

3.      Subject to Section 3, Assignor covenants and agrees to execute and deliver, without further consideration, any instruments or other documents, and to cooperate with Assignee in any manner, as may reasonably be required by Assignee to effectuate the terms of this Intellectual Property Assignment, including, without limitation, delivering or providing to Assignee such other instruments or documents as may be necessary to effectuate the recordation of this Intellectual Property  Assignment with the Canadian Intellectual Property Office, the United States Patent and Trademark Office or other applicable intellectual property registries worldwide as set forth on the annexed Exhibit A.

4.      Assignor hereby constitutes and appoints Assignee, and its successors and assigns, the true and lawful attorney of Assignor with full power of substitution in the name and stead of Assignor, but on behalf and for the benefit of Assignee, its successors and assigns, solely to give effect to the foregoing Section 3, and for no other purpose.

**IN WITNESS WHEREOF**, each of the parties has executed this Intellectual Property Assignment as of _____.

**RICHTER ADVISORY GROUP INC., , solely in its capacity as COURT APPOINTED RECEIVER OF [INSERT NAME OF APPLICABLE IP OWNER], and not in its personal capacity**
**Assignor**


By:_____


**[UK THANE IP CO.]**
**Assignee**


By:_____

**EXHIBIT A**

| Description of IP | Country | Reg. # | Reg. Date | App. # | App. Date | Status | Renewal |
|---|---|---|---|---|---|---|---|

**EXHIBIT C**
**FORM OF INTELLECTUAL PROPERTY LICENSE AGREEMENT**
**[SECTION 1.1.36]**

## LICENCE AGREEMENT

THIS AGREEMENT made as of the _____ day of _____, 2015, between:


(hereinafter called the "**Licensor**")

- and -


(hereinafter called the "**Licensee**")

**WHEREAS** the Licensor has rights to Canadian trademarks, patents and other intellectual property as set out on Schedule "A" hereto. (collectively, subject to s. 2, below, the "**Licenced Intellectual Property**");

**AND WHEREAS** the Licensor wishes to licence the Licenced Intellectual Property on the terms set forth herein in respect of the products associated with the Licensed Intellectual Property ("**Licensed Products**");

**NOW THEREFORE THIS AGREEMENT WITNESSES** that, in consideration of the mutual covenants and agreements herein contained and subject to the terms and conditions hereinafter set out, the parties hereto agree as follows:

1.      The Licensor hereby grants to the Licensee an exclusive, sublicensable, transferable licence <*> to use the Licenced Intellectual Property in the territory of <*> in association with the Licensed Products or as may be agreed upon at any time and from time to time by the Licensor and the Licensee.

2.      The Licensor shall be entitled to add or delete intellectual property to Schedule "A" from time to time and at any time upon notice to the Licensee.

3.      The Licensee shall clearly identify its use of the Licenced Intellectual Property as licensed use and identify the Licensor as the owner of the Licenced Intellectual Property. Subject to and without limiting the generality of the foregoing, such identification in printed materials shall be sufficient if it is in a small size but reasonably legible font and appears on the same page as the Licenced Intellectual Property.

4.      The Licensee agrees to abide by standards for all of the Licensed Products as communicated from Licensor to Licensee from time to time, acting reasonably, and further agrees that the Licensor shall be entitled to conduct the necessary inspections of inventory, customer lists, marketing and other sales support material upon reasonable notice, and take all other actions appropriate for the purpose of determining that the

quality standards set forth in this Agreement are being maintained, or as otherwise necessary.

**5.      Financial Terms:**

**Reporting:**  The Licensee shall provide to the Licensor within 30 days following the end of each calendar quarter, gross sales and Net Sales (as defined in Schedule "B" hereto) of Licensed Products on a customer by customer basis for the prior quarter.

**Royalty**:  The Licensee shall pay to the Licensor with respect to each calendar year during which this Agreement is in effect, any royalties or payments as set out in Schedule "B" hereto.  The relevant royalty payment for a calendar quarter shall be made by Licensee within 20 days of the end of such calendar quarter.

6.      The Licensee shall be wholly responsible for complying with all local regulations and laws relating to the advertising and sales promotions and shall keep the Licensor indemnified in the event of any infringement of such local regulations and laws.

7.      The Licensee acknowledges the Licensor's exclusive right, title and interest in and to the Licenced Intellectual Property and the validity of any future registrations thereof and agrees that the Licenced Intellectual Property are and shall remain the sole and exclusive property of the Licensor in Canada and that, except for the licensed rights to use as provided by this Agreement, the Licensee has and will hereby acquire no rights in any of the Licenced Intellectual Property.

8.      It is hereby acknowledged by the Licensee that the Licensor does not represent or warrant to the Licensee, and there is no condition that, any of the Licenced Intellectual Property is valid or enforceable or that use thereof or the provision of any Licensed Products under any of the Licenced Intellectual Property will not infringe or otherwise violate any rights of any other person.

9.      The Licensee agrees that it shall not at any time during or after the term of this Agreement contest or do or cause to be done any act or thing, directly or indirectly, which would in any way impair, ridicule or depreciate any of the Licensor's right, title or interest in, or the validity of, any of the Licenced Intellectual Property.

The Licensee agrees that it shall not at any time during or after the term of this Agreement, directly or indirectly, in any manner represent that it has any ownership, beneficial or proprietary interest in any of the Licenced Intellectual Property or registrations thereof, other than the licensed rights to use as provided by this Agreement.

10.     The initial term of this Agreement shall begin as at <*>.  This Agreement shall terminate on <*>.  This Agreement shall automatically renew for <*> unless either party provides at least 90 days notice prior to the date of termination of this Agreement or any prior renewal termination date thereof, as the case may be.

11.     The Licensor shall be entitled to terminate this Agreement on the following terms:

(a)      immediately upon notice to the Licensee if any of the following shall occur (each of which is separate and independent):

(i)  the Licensee is adjudged bankrupt, becomes insolvent or is unable or is deemed to be unable or admits its inability to pay its debts and stops or threatens to stop payments generally or ceases or threatens to cease to carry on its business or major part thereof;

(ii)  any action is taken for, or with a view to, liquidation, dissolution, winding-up, official management, bankruptcy or insolvency of the Licensee;

(iii)  the Licensee ceases use of the Licenced Intellectual Property for a period of three months or greater.

(b)  Upon termination or expiry of this Agreement, the Licensee shall cease to use in any manner all of the Licenced Intellectual Property except as expressly permitted by the Licensor.

(c)  Any fees or royalties due as at the date of Termination shall remain due and payable.

12.  The Licensee shall keep and maintain records sufficient to permit the Licensor to determine the Licensee's compliance with the terms and conditions of this Agreement.

13.  The rights and privileges hereby conferred on the Licensee under this Agreement are strictly personal to the Licensee and the Licensee shall not be entitled to assign, sell, encumber, give, convey, lend or otherwise transfer or license any of the rights granted hereunder or grant any sub-license of, or any other rights to, any of the licences granted to the Licensee hereunder without the prior written consent of the Licensor, which consent may be withheld for any reason whatsoever.  Notwithstanding the previous sentence, the Licensee may assign its rights and obligations under this Agreement to an affiliate of 9472541 Canada Inc., provided such affiliate agrees to be bound to the terms of this Agreement.

14.  If any provision of this Agreement for any reason shall be declared void, illegal, invalid or unenforceable in whole or in part, such provision shall be severable from all other provisions herein and shall not affect or impair the validity or enforceability of any other provision of this Agreement.

15.  The parties hereby agree to do all acts and things that at any time and from time to time as may be required for the better carrying out and performance of the intention and terms of this Agreement.

16.  This Agreement shall enure to the benefit of and be binding upon the successors and permitted assigns of the parties hereto.

17.  Any notice, designation, communication, demand or other document (in this section a "**Notice**") required or permitted to be given hereunder to any party hereto shall be in writing and shall be sufficiently given or sent if it is delivered personally to an officer or a director of the party receiving the Notice, or it is delivered by regular mail to such party at its usual business address, or to such other address as such party receiving such Notice shall have communicated to the other party hereto.

18.    This Agreement shall be governed by and construed in accordance with the laws of the Province of Ontario and the laws of Canada applicable therein and the parties hereto hereby irrevocably attorn to the jurisdiction of the courts of the Province of Ontario.

19.    The failure of a party hereto to exercise or enforce any right conferred upon it by this Agreement shall not be deemed to be a waiver of any such right or operate so as to bar the exercise or enforcement thereof at any time or time thereafter.

20.    This Agreement supersedes any prior agreements, whether written or oral and all communications between the Parties and constitutes the entire agreement of the Parties with respect to the subject matter hereof. No modification or variation of this Agreement shall be valid unless made in writing, clearly expressed to be a modification or variation, and executed by the Parties in the same manner as this Agreement.

21.    Time is of the essence herein.

IN WITNESS WHEREOF this Agreement has been executed by the parties hereto as of the date written above.


**[LICENSOR]**                                      **[LICENSEE]**


By: _____      By: _____
        Name:                                               Name:
        Title:                                               Title:

## SCHEDULE "A" - LICENSED TRADEMARKS

**Trademarks**



**Patents**



**Other Intellectual Property**


### SCHEDULE "B" – FINANCIAL TERMS

Licensee agrees to pay Licensor <*>% of Net Sales as a royalty, once Net Sales have reached or exceeded $<*>.  For clarity, no royalty payment shall be due on such first $<*>

"Net Sales" means all gross revenues booked in respect of the Licensed Products in the relevant calendar quarter, minus all directly attributable costs, inclusive of industry standard rebates and discounts.

24039001.3

**EXHIBIT E-1**
**FORM OF APPOINTMENT ORDER**
**[SECTION 4.3]**

Court File No.: -

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| THE HONOURABLE | ) | FRIDAY, THE 23rd DAY |
|---|---|---|
| | ) | |
| JUSTICE | ) | OF OCTOBER , 2015 |

BETWEEN:

**BANK OF MONTREAL**

Applicant

- and -

**THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT COMPANY, THANE DIRECT MARKETING INC., WEST COAST DIRECT MARKETING, INC.,  THANE DIRECT CANADA INC. AND TDG, INC.**

Respondents

**APPLICATION UNDER section 243 of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended, and under section 101 of the *Courts of Justice Act*, R.S.O. 1990, c. C.43**

**APPOINTMENT ORDER**

   **THIS APPLICATION** made by Bank of Montreal ("BMO" or the "Applicant") for an Order pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended (the "BIA") and section 101 of the *Courts of Justice Act*, R.S.O. 1990, c. C.43, as amended (the "CJA") appointing Richter Advisory Group Inc. as receiver (the "Receiver"), without security, to exercise the powers and duties specifically set out in this Order with respect to the assets, undertakings and properties of the Respondents (collectively, the "Debtors") held

for, or used in relation to, a business carried on by the Debtors, was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the Affidavit of Paul Findlay sworn October 16, 2015, and the Exhibits thereto, and the Report of Richter Advisory Group Inc. ("Richter") dated October ●, 2015 in its capacity as proposed Receiver (the "Pre-Appointment Report") and on hearing the submissions of counsel for the Applicant, counsel for the Receiver and counsel for New Thane Holdco, no one appearing for any other party although duly served as appears from the Affidavits of Service of Alma Cano and on reading the Consent of Richter Advisory Group Inc. to act as the Receiver,

**SERVICE**

1.      **THIS COURT ORDERS** that the time for service of the Notice of Application, the Application Record herein and the Pre-Appointment Report is hereby abridged, if necessary, and that this application is properly returnable today and that service, including the form, manner and time that such service was actually effected on all parties, is hereby validated, and where such service was not effected such service is hereby dispensed with.

**APPOINTMENT**

2.      **THIS COURT ORDERS** that pursuant to section 243(1) of the BIA and section 101 of the CJA Richter is hereby appointed Receiver, without security, to exercise the powers and duties specifically set out in this Order with respect to the assets, undertakings and properties of the Debtors held for, and used in relation to, a business carried on by the Debtors (the "Property") and all proceeds thereof.

3.      **THIS COURT ORDERS** that subject to further Order of this Court, the Debtors shall remain in possession and control of the Property and the Receiver shall not be or be deemed to be in possession and control of the Property.

4.      **THIS COURT ORDERS** that subject to further Order of this Court, the Debtors shall carry on their business in the normal course and shall pay the expenses arising from their business as they fall due and except to the extent that the Receiver exercises the powers granted

pursuant to paragraph 5 hereof the Receiver shall not interfere with the carrying on of the business of the Debtors.

**RECEIVER'S POWERS**

5.     **THIS COURT ORDERS** that the Receiver is hereby empowered and authorized, but not obligated to do any of the following where the Receiver considers it necessary or desirable:

(a)     to take possession of and exercise control over any and all proceeds or receipts arising out of or from the Property;

(b)     to engage consultants, appraisers, agents, experts, auditors, accountants, managers, counsel and such other persons from time to time and on whatever basis, including on a temporary basis, to assist with the exercise of the Receiver's powers and duties, including without limitation those conferred by this Order;

(c)     to execute, assign, issue and endorse documents of whatever nature in respect of any of the Property, whether in the Receiver's name or in the name and on behalf of the Debtors, for any purpose pursuant to this Order;

(d)     to sell, convey, transfer or assign the Property or any part or parts thereof out of the ordinary course of business with the approval of this Court and in such case notice under subsection 63(4) of the Ontario *Personal Property Security Act*, or section 31 of the Ontario *Mortgages Act*, as the case may be, shall not be required, and in each case the Ontario *Bulk Sales Act* shall not apply;

(e)     to apply for any vesting order or other orders necessary to convey the Property or any part or parts thereof to a purchaser or purchasers thereof, free and clear of any liens or encumbrances affecting such Property;

(f)     to report to, meet with and discuss with such affected Persons (as defined below) as the Receiver deems appropriate on all matters relating to the Property and the receivership, and to share information, subject to such terms as to confidentiality as the Receiver deems advisable;

(g)     to register a copy of this Order and any other Orders in respect of the Property against title to any of the Property;

(h)     to take any steps reasonably incidental to the exercise of these powers or the performance of any statutory obligations.

and in each case where the Receiver takes any such actions or steps, it shall be exclusively authorized and empowered to do so, to the exclusion of all other Persons (as defined below), including the Debtors, and without interference from any other Person.

## NO PROCEEDINGS AGAINST THE RECEIVER

6.      **THIS COURT ORDERS** that no proceeding or enforcement process in any court or tribunal (each, a "Proceeding"), shall be commenced or continued against the Receiver except with the written consent of the Receiver or with leave of this Court.

## NO PROCEEDINGS AGAINST THE DEBTORS OR THE PROPERTY

7.      **THIS COURT ORDERS** that no Proceeding against or in respect of the Debtors or any one of them or the Property shall be commenced or continued except with the written consent of the Receiver or with leave of this Court and any and all Proceedings currently under way against or in respect of the Debtors or any one of them or the Property are hereby stayed and suspended pending further Order of this Court.

## NO EXERCISE OF RIGHTS OR REMEDIES

8.      **THIS COURT ORDERS** that all rights and remedies against the Debtors, the Receiver, or affecting the Property, are hereby stayed and suspended except with the written consent of the Receiver or leave of this Court, provided, however, that this stay and suspension does not apply in respect of any "eligible financial contract" as defined in the BIA, and further provided that nothing in this paragraph shall (i) empower the Debtors to carry on any business which the Debtors are not lawfully entitled to carry on, (ii) exempt the Debtors from compliance with statutory or regulatory provisions relating to health, safety or the environment, (iii) prevent the filing of any registration to preserve or perfect a security interest, or (iv) prevent the registration of a claim for lien.

**NO INTERFERENCE WITH CONTRACTS**

9.      **THIS COURT ORDERS** that no Person shall discontinue, fail to honour, alter, interfere with, repudiate, terminate or cease to perform any right, renewal right, contract, agreement, licence or permit in favour of or held by the Debtors or any one of them, without written consent of the Receiver or leave of this Court.

**CONTINUATION OF SERVICES**

10.     **THIS COURT ORDERS** that all Persons having oral or written agreements with the Debtors or any one of them, or statutory or regulatory mandates for the supply of goods and/or services, including without limitation, all computer software, communication and other data services, centralized banking services, payroll services, insurance, transportation services, utility or other services to the Debtors or any one of them, are hereby restrained until further Order of this Court from discontinuing, altering, interfering with or terminating the supply of such goods or services as may be required by the Debtors or any one of them, and that the Debtors shall be entitled to the continued use of their current telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the normal prices or charges for all such goods or services received after the date of this Order are paid by the Debtors in accordance with normal payment practices of the Debtors or such other practices as may be agreed upon by the supplier or service provider and the Debtors, or as may be ordered by this Court.

**EMPLOYEES**

11.     **THIS COURT ORDERS** that all employees of the Debtors shall remain the employees of the Debtors until such time as the Debtors may terminate the employment of such employees. The Receiver shall not be liable for any employee-related liabilities, including any successor employer liabilities as provided for in section 14.06(1.2) of the BIA.

**LIMITATION ON ENVIRONMENTAL LIABILITIES**

12.     THIS COURT ORDERS that nothing herein contained shall require the Receiver to occupy or to take control, care, charge, possession or management (separately and/or collectively, "Possession") of any of the Property that might be environmentally contaminated, might be a pollutant or a contaminant, or might cause or contribute to a spill, discharge, release

or deposit of a substance contrary to any federal, provincial or other law respecting the protection, conservation, enhancement, remediation or rehabilitation of the environment or relating to the disposal of waste or other contamination including, without limitation, the *Canadian Environmental Protection Act*, the Ontario *Environmental Protection Act*, the Ontario *Water Resources Act*, or the Ontario *Occupational Health and Safety Act* and regulations thereunder (the "Environmental Legislation"), provided however that nothing herein shall exempt the Receiver from any duty to report or make disclosure imposed by applicable Environmental Legislation. The Receiver shall not, as a result of this Order or anything done in pursuance of the Receiver's duties and powers under this Order, be deemed to be in Possession of any of the Property within the meaning of any Environmental Legislation, unless it is actually in possession.

**LIMITATION ON THE RECEIVER'S LIABILITY**

13.    **THIS** COURT ORDERS that the Receiver shall incur no liability or obligation as a result of its appointment, the carrying out of the provisions of this Order, or arising from the business carried on by the Debtors, including liabilities or obligations in respect of taxes, withholdings, interest, penalties or other like claims, save and except for any gross negligence or wilful misconduct on its part. Nothing in this Order shall derogate from the protections afforded the Receiver by section 14.06 of the BIA or by any other applicable legislation.

**RECEIVER'S ACCOUNTS**

14.    THIS COURT ORDERS that the Receiver and counsel to the Receiver shall be paid their reasonable fees and disbursements, in each case at their standard rates and charges unless otherwise ordered by the Court on the passing of accounts, and that the Receiver and counsel to the Receiver shall be entitled to and are hereby granted a charge (the "Receiver's Charge") on the Property, as security for such fees and disbursements, both before and after the making of this Order in respect of these proceedings, and that the Receiver's Charge shall form a first charge on the Property in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subject to sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

15.    THIS COURT ORDERS that the Receiver and its legal counsel shall pass its accounts from time to time, and for this purpose the accounts of the Receiver and its legal counsel are hereby referred to a judge of the Commercial List of the Ontario Superior Court of Justice.

**SERVICE AND NOTICE**

16.    **THIS** COURT ORDERS that the E-Service Protocol of the Commercial List (the "Protocol") is approved and adopted by reference herein and, in this proceeding, the service of documents made in accordance with the Protocol (which can be found on the Commercial List website at http://www.ontariocourts.ca/scj/practice/practice-directions/toronto/e-service-protocol/) shall be valid and effective service. Subject to Rule 17.05 this Order shall constitute an order for substituted service pursuant to Rule 16.04 of the Rules of Civil Procedure. Subject to Rule 3.01(d) of the Rules of Civil Procedure and paragraph 21 of the Protocol, service of documents in accordance with the Protocol will be effective on transmission. This Court further orders that a Case Website shall be established in accordance with the Protocol with the following URL http://www.richter.ca/en/folder/insolvency-cases/t/thane-direct-company-et-al.

17.    THIS COURT ORDERS that if the service or distribution of documents in accordance with the Protocol is not practicable, the Receiver is at liberty to serve or distribute this Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by prepaid ordinary mail, courier, personal delivery or facsimile transmission to the Debtor's creditors or other interested parties at their respective addresses as last shown on the records of the Debtors and that any such service or distribution by courier, personal delivery or facsimile transmission shall be deemed to be received on the next business day following the date of forwarding thereof, or if sent by ordinary mail, on the third business day after mailing.

**BANKRUPTCY OF THE DEBTORS**

18.    THIS COURT ORDERS that nothing in this Order shall prevent the Receiver from acting as a trustee in bankruptcy of the Debtors.

19.    THIS COURT ORDERS that the Receiver is hereby authorized and empowered but not obligated to make assignments in bankruptcy and act as trustee in bankruptcy (in such capacity

the "Trustee") in respect of those Debtors that reside, carry on business or have property in Canada.  In respect of any of the Debtors that do not reside, carry on business or have property in Canada, the Receiver is authorized and empowered but not obligated to take like steps under the laws of the United States, to the extent permitted by applicable law.

**GENERAL**

20.    THIS COURT ORDERS that the Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

21.    THIS COURT ORDERS that the Receiver is hereby appointed as the authorized foreign representative of the Debtors for the purposes of taking proceedings pursuant to Chapter 15 of the United States Bankruptcy Code in respect of the Debtors and is authorized to take such proceedings.

22.    THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

23.    THIS COURT ORDERS that the Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

24.    THIS COURT ORDERS that any interested party may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the Receiver and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

Court File No.: ●

**BANK OF MONTREAL**        - and -        **THANE INTERNATIONAL, INC., et. al.**

Applicant                                                                                    Respondents

|  |  |
|---|---|
|  | ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>(PROCEEDING COMMENCED AT TORONTO) |
|  | **APPOINTMENT ORDER** |
|  | **Gowling Lafleur Henderson LLP**<br>Barristers and Solicitors<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, Ontario  M5X 1G5<br><br>**Clifton P. Prophet (LSUC No.: 34845K)**<br>Telephone: (416) 862-3509<br>Facsimile: (416) 862-7661<br><br>Solicitors for Bank of Montreal |

**EXHIBIT E-2**
**FORM OF CANADIAN APPROVAL AND VESTING ORDER**
**[SECTION 4.3]**

Court File No.: CV-15- ●

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

THE HONOURABLE          )          **FRIDAY, THE 23rd DAY**
                                            )
JUSTICE                              )          **OF OCTOBER , 2015**

BETWEEN:

**BANK OF MONTREAL**

Applicant

- and -

**THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT**
**COMPANY, THANE DIRECT MARKETING INC., WEST COAST DIRECT**
**MARKETING, INC., THANE DIRECT CANADA INC. AND TDG, INC.**

Respondents

**APPLICATION UNDER section 243 of the** *Bankruptcy and Insolvency Act*,
**R.S.C. 1985, c. B-3, as amended, and under section 101 of the**
*Courts of Justice Act*, **R.S.O. 1990, c. C.43**

**APPROVAL, VESTING AND DISTRIBUTION ORDER**

**THIS APPLICATION** made by Bank of Montreal, in its capacity as agent (**"BMO"** or
the **"Applicant"**) for certain lenders, including Bank of Montreal, forming a syndicate (the
"**Lenders**") pursuant to a Credit Agreement dated September 28, 2012 between BMO and the
Lenders and the Respondents and certain other related entities, as amended from time to time
(the "**Credit Agreement**"), for an Order:

(a)    approving the sale transaction (the "**Transaction**") contemplated by an offer to purchase (the "**Sale Agreement**") made to Richter Advisory Group Inc. in its capacity as receiver of the Respondents (the "**Receiver**" or the " **Seller**") by 9472541 Canada Inc., 9472550 Canada Inc., 635427, Inc. and 652134 Limited as purchasers. (together, the "**New Thane Purchasers**") dated October 16, 2015 and appended to the Affidavit of Paul Findlay sworn October 16, 2015 (the "**Findlay Affidavit**");

(b)    authorizing and directing the Receiver to enter into the Sale Agreement and vesting in the New Thane Purchasers the right, title and interest in and to the assets of the Debtors (defined below) to be sold pursuant to and as described in the Sale Agreement (the "**Assets**");

(c)    providing for distribution to the Lenders of the cash purchase price for the Assets; and,

(d)    for related relief,

was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the Findlay Affidavit and the Exhibits thereto, and the Report of Richter Advisory Group Inc. ("**Richter**") dated October ●, 2015 in its capacity as proposed Receiver (the "**Pre-Appointment Repor**t") and the Supplementary Report of Richter dated October ●, 2015 (the "**Supplementary Report**") and on hearing the submissions of counsel for BMO, counsel for the Receiver, counsel for the Respondents Thane International, Inc., Thane Direct, Inc., Thane Direct Company, Thane Direct Marketing Inc., West Coast Direct Marketing, Inc., Thane Direct Canada Inc. and TDG, Inc. (together, the "**Debtors**") and counsel for the New Thane Purchasers, no one appearing for any other party although duly served as appears from the Affidavits of Service of Alma Cano,

**SERVICE**

1.    **THIS COURT ORDERS** that the time for service of the Notice of Application, the Application Record herein and the Pre-Appointment Report is hereby abridged, if necessary, and

that this application is properly returnable today and that service, including the form, manner and time that such service was actually effected on all parties, is hereby validated, and where such service was not effected such service is hereby dispensed with.

**APPROVAL**

2.     **THIS COURT ORDERS AND DECLARES** that the Transaction and the Sale Agreement are hereby approved, and that the Sale Agreement is commercially reasonable and in the best interests of the Debtors and their stakeholders. The Receiver is hereby authorized and directed to execute the Sale Agreement, with such minor amendments as the Receiver may deem necessary. The Receiver is hereby further authorized and directed to take such additional steps and execute such additional documents as may be necessary or desirable for the completion of the Transaction and for the conveyance of the Assets to the New Thane Purchasers, including, without limitation, taking proceedings pursuant to Chapter 15 of the United States Bankruptcy Code in respect of the Transaction and the Sale Agreement.

**3.**     **THIS COURT ORDERS** that the Pre-Appointment Report, the Supplementary Report and the activities and conduct of Richter described therein be and the same are hereby approved.

**VESTING AND DISTRIBUTION**

4.     **THIS COURT ORDERS AND DECLARES** that upon the delivery of a Receiver's certificate to the New Thane Purchasers substantially in the form attached as **Schedule "A"** hereto (the "**Receiver's Certificate**"), all of the Debtors' right, title and interest in and to the Assets described in the Sale Agreement and described in summary form in **Schedule "B"** hereto shall vest absolutely in each of the New Thane Purchasers as set out in **Schedule "B"**, free and clear of and from any and all security interests (whether contractual, statutory, or otherwise), hypothecs, mortgages, trusts or deemed trusts (whether contractual, statutory, or otherwise), liens, executions, levies, charges, or other financial or monetary claims, whether or not they have attached or been perfected, registered or filed and whether secured, unsecured or otherwise (collectively, the "**Claims**") including, without limiting the generality of the foregoing: (i) any encumbrances or charges created by the Order of the Honourable Justice ● dated ●, 20●; (ii) all charges, security interests or claims evidenced by registrations pursuant to the *Personal*

*Property Security Act* (Ontario) or any other personal property registry system; and (iii) those Claims listed on **Schedule "C"** hereto (all of which are collectively referred to as the "**Encumbrances**" which term shall not include the permitted encumbrances listed on **Schedule "D"** hereto) and, for greater certainty, this Court orders that all of the Encumbrances affecting or relating to the Assets are hereby expunged and discharged as against the Assets.

5.      **THIS COURT ORDERS AND DIRECTS** the Receiver to file with the Court a copy of the Receiver's Certificate, forthwith after delivery thereof.

6.      **THIS COURT ORDERS** that all cash proceeds of sale of the Assets as provided for under the Sale Agreement shall, as part of the closing of the Transactions, be immediately paid or caused to be paid by the Receiver to the Agent for the benefit of the Lenders (the "**Distribution**") to be applied on account of and in partial payment of the obligations due and owing by the Debtors or any of them to the Lenders pursuant to the Credit Agreement and the Distribution may be effected by way of direction.

7.      **THIS COURT ORDERS** that, pursuant to clause 7(3)(c) of the Canada *Personal Information Protection and Electronic Documents Act*, the Receiver and the Debtors are authorized and permitted to disclose and transfer to the New Thane Purchasers all human resources and payroll information in the Company's records pertaining to the Debtor's past and current employees, including personal information of those employees to be hired by the New Thane Purchasers pursuant to the Sale Agreement. The New Thane Purchasers shall maintain and protect the privacy of such information and shall be entitled to use the personal information provided to it in a manner which is in all material respects identical to the prior use of such information by the Debtor.

8.      **THIS COURT ORDERS** that, notwithstanding:

(a)      the pendency of these proceedings;

(b)      any applications for a bankruptcy order now or hereafter issued pursuant to the *Bankruptcy and Insolvency Act* (Canada) in respect of the Debtors and any bankruptcy order issued pursuant to any such applications; and

(c)    any assignment in bankruptcy made in respect of the Debtors;

the vesting of the Assets in the New Thane Purchasers pursuant to this Order shall be binding on any trustee in bankruptcy that may be appointed in respect of the Debtors and shall not be void or voidable by creditors of the Debtors, nor shall it constitute nor be deemed to be a fraudulent preference, assignment, fraudulent conveyance, transfer at undervalue, or other reviewable transaction under the *Bankruptcy and Insolvency Act* (Canada) or any other applicable federal or provincial legislation, nor shall it constitute oppressive or unfairly prejudicial conduct pursuant to any applicable federal or provincial legislation.

9.    **THIS COURT ORDERS AND DECLARES** that the Transaction is exempt from the application of the *Bulk Sales Act* (Ontario).

**SEALING**

10.    **THIS COURT ORDERS AND DECLARES** that Appendix "●" to the ●, being the Report on Valuation of the Debtors dated October 16, 2015 prepared by Ernst & Young LLP (the "**Valuation Report**"), and paragraphs ● of the ● and paragraph ● of the Findlay Affidavit, being summaries of or references to the Valuation Report, shall be treated as confidential and shall be sealed and segregated from the public record, pending the closing of the Transaction contemplated by the Sale Agreement.

**GENERAL**

11.    **THIS COURT ORDERS** that the Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

12.    **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

13.     **THIS COURT ORDERS** that the Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

_____

SCHEDULE "A"

**Form of Receiver's Certificate**

Court File No.: CV-15- ●

# ONTARIO
# SUPERIOR COURT OF JUSTICE
# (COMMERCIAL LIST)

BETWEEN:

# BANK OF MONTREAL

Applicant

- and -

# THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT COMPANY, THANE DIRECT MARKETING INC., WEST COAST DIRECT MARKETING, INC., THANE DIRECT CANADA INC. AND TDG, INC.

Respondents

**APPLICATION UNDER section 243 of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended, and under section 101 of the *Courts of Justice Act*, R.S.O. 1990, c. C.43**

# RECEIVER'S CERTIFICATE

**RECITALS**

A.    Pursuant to an Order of the Honourable ● of the Ontario Superior Court of Justice (the "Court") dated ●, Richter Advisory Group Inc. was appointed as the receiver (the "Receiver") of the assets, undertakings and properties of the Respondents (the "Debtors").

B.      Pursuant to an Order of the Court dated  ●  , the Court approved the sale transaction (the "**Transaction**") contemplated by an offer to purchase made to the Receiver by 9472541 Canada Inc., 9472550 Canada Inc., 635427, Inc. and 652134 Limited (together, the "**New Thane Purchasers**") made as of October 16, 2015 (the "**Sale Agreement**") and provided for the vesting in the New Thane Purchasers of the Debtors' right, title and interest in and to the assets of the Debtors to be sold pursuant to and as described in the Sale Agreement, (the "**Assets**"), which vesting is to be effective with respect to the Assets upon the delivery by the Receiver to the New Thane Purchasers of a certificate confirming (i) the payment by the New Thane Purchasers of the Purchase Price (as defined in the Sale Agreement) for the Assets; (ii) that the conditions to Closing as set out in Article 4 of the Sale Agreement have been satisfied or waived by the Receiver and the New Thane Purchasers; and (iii) the Transaction has been completed to the satisfaction of the Receiver.

C.      Unless otherwise indicated herein, terms with initial capitals have the meanings set out in the Sale Agreement.

THE RECEIVER CERTIFIES the following:

2.      The New Thane Purchasers have paid and the Receiver has received the Purchase Price for the Assets payable on the Closing Date pursuant to the Sale Agreement;

3.      The conditions to Closing as set out in Article 4 of the Sale Agreement have been satisfied or waived by the Receiver and New Thane Purchasers; and

4.      The Transaction has been completed to the satisfaction of the Receiver.

5.      This Certificate was delivered by the Receiver at  ●  on  ●  .

Richter Advisory Group Inc., in its capacity as
Receiver of the assets, undertakings and properties
of the Debtors, and not in its personal capacity

Per:     _____
                Name:
                Title:

SCHEDULE "B"

Vesting of Assets

| Thane Receivership Company | Assets/Shares Being Sold | Purchaser |
|---|---|---|
| Thane International, Inc. | IP Assets | 652134 Limited ("**New Thane IPCO (UK)**") |
|  | Other Assets | 635427, Inc. ("**New Thane US**") |
| Thane Direct, Inc. | Shares – 80% equity interest in Grupo Mejor Compra SAPI de CV | 9472541 Canada Inc. ("**New Thane Holdco**") |
|  | Other Assets | New Thane Holdco |
| Thane Direct Company | Shares:<br>• Danoz Direct Pty Ltd.<br>• TVNS Scandanavia AB<br>• Thane Direct UK Ltd. | New Thane Holdco |
|  | IP Assets | New Thane IPCO (UK) |
|  | Other Assets | 9472550 Canada Inc.("**New Thane Canada**") |
|  | IP Licence with New Thane IPCO(UK) | New Thane Canada |
| Thane Direct Marketing Inc. | Shares:<br>• Medio Latino Inc.<br>• Thane USA, Inc. | New Thane U.S. |
|  | Other Assets | New Thane Canada |
| West Coast Direct Marketing, Inc. | Other Assets | New Thane U.S. |
| TDG, Inc. | Other Assets | New Thane U.S. |
| Thane Direct Canada Inc. | IP Assets | New Thane IPCO (UK) |
|  | IP Licence with New Thane IPCO (UK) | New Thane Canada |
|  | Other Assets | New Thane Canada |

Note that in the foregoing chart "Other Assets" refers to any asset owned by a Thane Receivership Company except intellectual property assets, intellectual property licence rights pursuant to licences given to certain of the Thane Receivership Companies by New Thane IPCO (UK) as a closing step and Excluded Assets described in the Offer.  Other Assets can include Thane Group contractual rights, equipment, inventory and accounts receivable, as applicable.

**SCHEDULE "C"**

**Encumbrances**

| Personal Property Security Act | | | | | | |
|---|---|---|---|---|---|---|
| | Bank of Montreal, as Agent | 666420336 | 20101207 1700 1590 3006 (6 years) | December 7, 2010 | Thane Direct Company | I, E, A, O, MV |
| | Bank of Montreal, as Agent | 666420327 | 20101207 1659 1590 3005 (6 years) | December 7, 2010 | Thane Direct Canada Inc. | I, E, A, O, MV |
| | Bank of Montreal, as Agent | 710681778 | 20151007 1623 1862 9770 (2 years) | October 7, 2015 | Thane Direct Marketing Inc. | I, E, A, O, MV |
| | Bank of Montreal, as Agent | 666420354 | 20101207 1700 1590 3007  (6 years) | December 7, 2010 | Thane Direct, Inc. | I, E, A, O, MV |
| **Uniform Commercial Code** | | | | | | |
| | | | | | | |

## SCHEDULE "D"

### Permitted Encumbrances

| | | | | | |
|---|---|---|---|---|---|
| BMW Canada Inc. | 703790991 | 20150224 1039 1529 9581 (4 years) | February 24, 2015 | Thane Direct Canada Inc. | E, O, MV Amount: $75149 2015 BMW Model X6 xDrive 35I |
| BMW Canada Inc. | 701504037 | 20141112 1442 1530 2922 (5 years) | November 12, 2014 | Thane Direct Canada Inc. | CG, E, O, MV Amount: $69169 2015 BMW, Model X4 xDrive 35I |
| Mercedes-Benz Financial Services Canada Corporation and Mercedes-Benz Financial | 692119602 | 20131125 1942 1531 4299 (3 years) | November 25, 2013 | Thane Direct Canada Inc. | E, O, MV 2014 Mercedes-Benz, Model GLK3504M |
| Mercedes-Benz Financial Services Canada Corporation and Mercedes-Benz Financial | 691288407 | 20131023 1937 1531 9932 (3 years) | October 23, 2013 | Thane Direct Canada Inc. | CG, E, O, MV Amount: $73612 2014 Mercedes-Benz, Model E350C4M |
| Mercedes-Benz Financial Services Canada Corporation and | 687481461 | 20130604 1937 1531 9933 (3 years) | June 4, 2013 | Thane Direct Canada Inc. | E, O, MV 2014 Mercedes-Benz Model E550W4M |

| Mercedes-Benz Financial | | | | | |
|---|---|---|---|---|---|

Court File No.: CV-15-  ●

**BANK OF MONTREAL**          - and -          **THANE INTERNATIONAL, INC., THANE DIRECT, INC., THANE DIRECT COMPANY, THANE DIRECT MARKETING INC., WEST COAST DIRECT MARKETING, INC., THANE DIRECT CANADA INC. AND TDG, INC.**

Applicant                                                                                          Respondents

|  |  |
|---|---|
|  | ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>(PROCEEDING COMMENCED AT TORONTO) |
|  | **APPROVAL, VESTING AND DISTRIBUTION ORDER** |
|  | **Gowling Lafleur Henderson LLP**<br>Barristers and Solicitors<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, Ontario  M5X 1G5<br><br>**Clifton P. Prophet (LSUC No.: 34845K)**<br>Telephone: (416) 862-3509<br>Facsimile: (416) 862-7661<br><br>Solicitors for Bank of Montreal |

TOR_LAW\ 8803120\8

**EXHIBIT E-3**
**FORM OF U.S. RECOGNITION ORDER**
**[SECTION 4.3]**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | ) | Chapter 15 |
| | ) | |
| THANE INTERNATIONAL, INC., *et al.,*[1] | ) | Case No. 15-____ (___) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING RECOGNITION AND RELATED RELIEF

THIS MATTER was brought before the Court by Richter Advisory Group Inc., the duly appointed and acting receiver (the *"Receiver"*) and foreign representative of Thane International, Inc., Thane Direct, Inc., Thane Direct Company, West Coast Direct Marketing, Inc., TDG, Inc., Thane Direct Canada Inc. and Thane Direct Marketing, Inc. (collectively, the *"Thane Debtors"*) in Canadian receivership proceedings pending in Toronto, Ontario (together, the *"Canadian Proceeding"*) under Canada's *Bankruptcy and Insolvency Act* and Ontario's *Courts of Justice Act*, subject to the supervision of the Ontario Superior Court of Justice (Commercial List).

The Receiver filed Verified Petitions for Recognition of Canadian Receivership Proceedings and Related Relief on October __, 2015 (the *"Chapter 15 Petitions"*), commencing the above-captioned cases under chapter 15 of title 11 of the United States Code (as amended, the *"Bankruptcy Code"*) and seeking the entry of an order recognizing the Canadian Proceeding as a "foreign main proceeding" under section 1517 of the Bankruptcy Code and granting such other relief as is appropriate in the circumstances.

The Court has considered and reviewed the Chapter 15 Petitions and the other pleadings and exhibits submitted by the Receiver in support thereof.

---

[1]    The last four digits of the Employer Identification Number for each debtor follow in parentheses: Thane International, Inc. (____), Thane Direct, Inc. (____), Thane Direct Company (____), West Coast Direct Marketing, Inc. (____), TDG, Inc. (____), Thane Direct Canada Inc. (____) and Thane Direct Marketing, Inc. (____).

Due and timely notice of the filing of Chapter 15 Petitions was given pursuant to Rule 2002(q) of the Federal Rules of Bankruptcy Procedure.

No objections were filed to the Chapter 15 Petitions.

After due deliberation and sufficient cause appearing therefor, the Court finds and concludes as follows:

(A)    this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. § 1501;

(B)    this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P);

(C)    venue is proper in this District pursuant to 28 U.S.C. § 1410;

(D)    the Receiver is a "person" within the meaning of 11 U.S.C. § 101(41) and is the duly appointed "foreign representative" of the Thane Debtors within the meaning of 11 U.S.C. § 101(24);

(E)    the cases were properly commenced pursuant to 11 U.S.C. §§ 1504 and 1509, and the Chapter 15 Petitions meet the requirements of 11 U.S.C. §§ 1504 and 1515;

(F)    the Canadian Proceeding is a foreign proceeding within the meaning of 11 U.S.C. § 101(23);

(G)    the Canadian Proceeding is entitled to recognition by this Court pursuant to 11 U.S.C. § 1517;

(H)    the Canadian Proceeding is pending in Toronto, Ontario, Canada, where each of the Thane Debtors has its center of main interests within the meaning of 11 U.S.C. § 1502(4), and as such constitutes a "foreign main proceeding" pursuant to 11 U.S.C. § 1502(4) and is entitled to recognition as a foreign main proceeding pursuant to 11 U.S.C. § 1517(b)(1);

(I)    the Receiver is entitled to additional relief pursuant to 11 U.S.C. § 1521(a)(7) including the application of 11 U.S.C. § 365 in these chapter 15 cases, and all relief afforded foreign main proceedings automatically upon recognition pursuant to 11 U.S.C. § 1520, including, without limitation, 11 U.S.C. §§ 362 and 363; and

(J)    the relief granted herein is necessary and appropriate, in the interest of the public and international comity, and consistent with the public policy of the United States.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Canadian Proceeding is hereby recognized as a foreign main proceeding pursuant to section 1517(b)(1) of the Bankruptcy Code, and all automatic relief under section 1520 of the Bankruptcy Code shall apply in these cases, including without limitation, sections 362(a) and 363 of the Bankruptcy Code.

2.    The following additional relief is granted pursuant to section 1521 of the Bankruptcy Code:

(a)    The commencement or continuation of any action or proceeding concerning the assets, rights, obligations or liabilities of the Thane Debtor including any action or proceeding against Richter Advisory Group Inc. is its capacity as Receiver, to the extent not stayed under section 1520(a) of the Bankruptcy Code, is hereby stayed;

(b)    Execution against the assets of the Thane Debtors, located in the United States to the extent not stayed under section 1520(a) of the Bankruptcy Code is hereby stayed;

(c)    Application of section 365 of the Bankruptcy Code in these chapter 15 cases is hereby granted;

(d)     The administration or realization of all or part of the assets of the Thane Debtors the United States is hereby entrusted to the Receiver, and the terms of the order appointing the Receiver in the Canadian Proceeding shall apply to the Thane Debtors, its creditors, the Receiver, and any other parties-in-interest; and

(e)     The right of any person or entity, other than the Receiver, to transfer or otherwise dispose of any assets of the Thane Debtors located in the United States, to the extent not suspended under section 1520(a) of the Bankruptcy Code, is hereby suspended unless authorized in writing by Order of this Court.

3.     The provisional relief provided by this Court's order entered on October __, 2015 (D.I. __) is hereby extended pursuant to section 1521(a)(6) of the Bankruptcy Code.

4.     This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, any request for additional relief or any adversary proceeding brought in and through these cases, and any request by an entity for relief from the provisions of this Order, for cause shown, that is properly commenced and within the jurisdiction of this Court.

5.     Notwithstanding Bankruptcy Rule 7062, made applicable to these cases by Bankruptcy Rule 1018, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and upon its entry, this Order shall become final and appealable.

Dated: Wilmington, Delaware
           _____, 2015

_____
          United States Bankruptcy Judge

**EXHIBIT E-4**
**FORM OF U.S. FINAL SALE APPROVAL ORDER**
**[SECTION 4.3]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re* | ) | Chapter 15 |
|  | ) |  |
| THANE INTERNATIONAL, INC., *et al.,*[2] | ) | Case No. 15-____ (____) |
|  | ) |  |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER PURSUANT TO SECTIONS 105(A), 363, 1501, AND 1521 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002, 6004, AND 9014, FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE APPROVAL ORDER AND VESTING ORDER, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (III) AUTHORIZING ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the Motion (the *"Motion"*)[3] of Richter Advisory Group, Inc., in its capacity as the court-appointed receiver and authorized foreign representative (the *"Receiver"*) for the above-captioned debtors (collectively, the *"Thane Debtors"*) in the proceeding (the *"Canadian Proceeding"*) commenced under Canada's *Bankruptcy and Insolvency Act* (Canada) and pending before the Ontario Superior Court of Justice, Commercial List (the *"Canadian Court"*), for the entry of an order, pursuant to sections 105(a), 363(b), (f), (m), and (n), 1501, and 1521 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*) and Rule 6004-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the *"Local Rules"*): (a) recognizing and enforcing paragraphs __ of the Receivership Order (as defined below) (such paragraphs in the Receivership Order, the *"Approval Order"*) and the Vesting Order, pursuant to which the Canadian Court has authorized the sale and transfer (the *"Sale"*) by the Receiver of the Debtors' right, title, and interest in and

---

[2]    The last four digits of the Employer Identification Number for each Thane Debtor follow in parentheses: Thane International, Inc. (____), Thane Direct, Inc. (____), Thane Direct Company (____), West Coast Direct Marketing, Inc. (____), TDG, Inc. (____), Thane Direct Canada Inc. and Thane Direct Marketing, Inc. (____).

[3]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

to substantially all of the Thane Debtors' assets (collectively, the *"Purchased Assets"*) a newly incorporated Canadian entity (*"New Thane Holdco"*) and certain subsidiaries (together with New Thane Holdco, the *"New Thane Purchasers"*), pursuant to that certain Offer to Purchase (the *"Purchase Agreement"*), by and between the Receiver and the New Thane Purchasers, dated October __, 2015, free and clear of all claims, liabilities and encumbrances, except as set forth in the Purchase Agreement; (b) authorizing, pursuant to section 363 of the Bankruptcy Code, the Sale of the Thane Debtors' right, title, and interest in and to the Purchased Assets to the New Thane Purchasers, free and clear of all Interests (as defined herein), except as otherwise provided in the Purchase Agreement; (c) authorizing and approving, to the extent provided for in the Vesting Order, the assignment of the Contracts to be assigned to the New Thane Purchasers pursuant to the Purchase Agreement (the *"Assumed Contracts"*); and (d) granting certain related relief; and this Court having entered the Order Granting Recognition and Related Relief (D.I. __, the *"Recognition Order"*); and upon the Report of Richter Advisory Group, Inc. dated October __, 2015 (the *"Receiver Report"*) and the Affidavit of Paul Findlay (the *"Findlay Affidavit"*) attached to the Motion; and all parties in interest having been heard, or having had the opportunity to be heard, regarding the recognition and enforcement of the Approval Order and the Vesting Order and the approval of the Purchase Agreement and transactions contemplated thereby; and the Canadian Court having entered the Approval Order and Vesting Order; and this Court having reviewed and considered the Motion, the arguments of counsel made, and the evidence adduced, at a hearing before this Court (the *"Sale Hearing"*); and upon the record of the Sale Hearing and these chapter 15 cases, and after due deliberation thereon, and good cause appearing therefor, and in accordance with Rule 7052 of the Bankruptcy Rules, it is hereby

FOUND AND DETERMINED THAT:

A.     The Canadian Court has duly entered the Approval Order and the Vesting Order: (i) approving and authorizing the Thane Debtors' execution of the Purchase Agreement and consummation of the sale of the Purchased Assets and the assignment of the Assumed Contracts free and clear of all Interests; and (ii) requesting aid and recognition from this Court to give effect to the Approval Order and the Vesting Order.

B.     This Court has jurisdiction and authority to hear and determine the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b).  Venue of these chapter 15 cases and the Motion in this Court and this District is proper under 28 U.S.C. § 1410.

C.     Based on the affidavits of service filed with, and representations made to, this Court: (i) notice of the Motion, the Sale Hearing, and the Sale were proper, timely, adequate, and sufficient under the circumstances of these Chapter 15 Cases and these proceedings and complied with the various applicable requirements of the Bankruptcy Code and the Bankruptcy Rules; and (ii) no other or further notice of the Motion, the Sale Hearing, the Sale, or the entry of this Order is necessary or shall be required.

D.     The Receiver provided a reasonable opportunity to object and be heard with respect to the Sale, the Motion, and the relief requested therein to the necessary parties in interest, including the following: (i) all known creditors of the Thane Debtors or holders of Interests; (ii) all parties to litigation pending in the United States in which the Thane Debtors are a party as of the Petition Date; (iii) the Office of the United States Trustee for the District of Delaware; (iv) the United States Attorney's Office for the District of Delaware; (v) the Internal Revenue Service; (vi) the United States Department of Justice; (vii) counsel for the Purchaser; (viii) counsel to the Senior Lenders; (ix) all persons or entities known to have liens on the Purchased Assets; and (x) all counterparties to the Assumed Contracts.

E.    This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).

F.    The relief granted herein is necessary and appropriate, is in the interest of the public, promotes international comity, is consistent with the public policy of the United States, is warranted pursuant to sections 105(a), 363(b), (f), (m), and (n), 1501, and 1521 of the Bankruptcy Code, and will not cause any hardship to any parties in interest that is not outweighed by the benefits of the relief granted.

G.    The Vesting Order provides for the assignment of the Assumed Contracts, as permitted under the *Bankruptcy and Insolvency Act*, and such provisions of the *Bankruptcy and Insolvency Act* are consistent with section 365(f) of the Bankruptcy Code.  As such, enforcement in the United States of the assignment of the Assumed Contracts to the Purchaser does not present any public policy conflict or any issue concerning protection of the interests of the parties to the Assumed Contracts that would prevent this Court from entering this Order.

H.    Based on information contained in the Receiver Report and the Findlay Affidavit, the Thane Debtors, through SSG, conducted a prepetition marketing process for the sale of the Thane Debtors' assets.  The Canadian Court found that the prepetition marketing process was sufficient and appropriate under the circumstances to support approval of the Sale pursuant to the terms of the Purchase Agreement and entered the Approval Order.

I.    The Receiver has recommended the Sale in accordance with the Purchase Agreement, including the assignment of the Assumed Contracts.  The New Thane Purchasers are able and have agreed to assume and perform the obligations of the Thane Debtors under the Assumed Contracts in accordance with their terms, including the payment of arrears in accordance with the Purchase Agreement, and it is appropriate that the Purchased Assets,

including the Assumed Contracts, be transferred, assigned, and vested in the New Thane Purchasers.

J.    The consideration provided by the New Thane Purchasers for the Purchased Assets is the highest or otherwise best offer.

K.    The Purchase Price constitutes fair consideration and reasonably equivalent value for the Purchased Assets under the Bankruptcy Code, the Uniform Fraudulent Transfer Act, the Uniform Fraudulent Conveyance Act, and the laws of the United States, any state, territory, possession thereof, or the District of Columbia.

L.    No bulk sales law or any similar law of any state or other jurisdiction shall apply in any way to the Sale.

M.    Time is of the essence in consummating the Sale.  To maximize the value of the Purchased Assets, it is essential that the Sale occur promptly.  Accordingly, there is cause to waive the stay that would otherwise be applicable under Bankruptcy Rule 6004.

N.    Based upon information contained in the Receiver Report and the Findlay Affidavit, the negotiations over the terms of the Purchase Agreement were conducted fairly, in good faith, and without collusion, and thus the New Thane Purchasers have acted in good faith within the meaning of section 363(m) of the Bankruptcy Code, and neither the Receiver nor the New Thane Purchasers engaged in any conduct that would cause or permit the Purchase Agreement or the consummation of the Sale to be avoided, or costs or damages to be imposed, under section 363(n) of the Bankruptcy Code.

O.    The Purchase Agreement was not entered into for the purpose of hindering, delaying, or defrauding present or future creditors of the Thane Debtors under the Bankruptcy Code or under the laws of the United States, any state, territory, possession thereof, or the District of Columbia.

P.    The Receiver may sell the Purchased Assets free and clear of all Interests, to the extent provided in the Purchase Agreement, the Approval Order, the Vesting Order, and this Order, because, with respect to each creditor asserting an Interest, one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Those holders of Interests who did not object or who withdrew their objections to the Sale or the Motion are deemed to have consented to the Motion and Sale pursuant to Bankruptcy Code section 363(f)(2).

Q.    The New Thane Purchasers would not have entered into the Purchase Agreement and would not consummate the transactions contemplated thereby, thus adversely affecting the Thane Debtors, their creditors, and other parties in interest if either: (i) the sale of the Purchased Assets to the New Thane Purchasers was not free and clear of all Interests, except as otherwise provided in the Purchase Agreement; or (ii) the New Thane Purchasers would, or in the future could, be liable for any of such Interests or any claims against the Debtors based upon successor or vicarious liability or otherwise, except as provided in Purchase Agreeement.

R.    A sale of the Purchased Assets other than one free and clear of all Interests, except as otherwise provided in the Purchase Agreement, would yield substantially less value than the Sale; thus, the Sale free and clear of all Interests, in addition to all of the relief provided herein, is in the best interests of the Thane Debtors, their creditors, and other parties in interest.

S.    All findings of fact and conclusions of law announced by this Court at the Sale Hearing are incorporated herein.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is granted.

2.    The Approval Order and the Vesting Order, copies of which are attached hereto as Exhibit 1 and Exhibit 2, respectively, are recognized in full and given full force and effect in the United States.

3.    The Sale pursuant to the terms of the Purchase Agreement and the transfer and assignment of the Purchased Assets located within the United States is approved and authorized pursuant to sections 363 and 1521 of the Bankruptcy Code.

4.    All objections to the entry of the this Order that have not been withdrawn, waived, or settled, or otherwise resolved pursuant to the terms hereof, are denied and overruled on the merits, with prejudice.

5.    Pursuant to sections 105, 363, and 1521 of the Bankruptcy Code, and to the extent permitted by the Approval Order and the Vesting Order, each of the Thane Debtors, the New Thane Purchasers, and the Receiver are authorized to take any and all actions necessary or appropriate to: (a) consummate the Sale of the Purchased Assets to the New Thane Purchasers in accordance with the Purchase Agreement, the Approval Order, the Vesting Order, and this Order; and (b) perform, consummate, implement, and close fully the Purchase Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Purchase Agreement and the Sale.

## TRANSFER OF THE PURCHASED ASSETS

6.    Pursuant to sections 105(a), 363(f), and 1521 of the Bankruptcy Code, and as provided for in the Approval Order, and the Vesting Order, upon delivery of the Receiver's Certificate to the New Thane Purchasers in accordance with the Vesting Order, the Purchased Assets shall absolutely vest, without further instrument of transfer or assignment, in the New Thane Purchasers and shall be a legal, valid, and effective transfer of the Purchased Assets free and clear any and all security interests (whether contractual, statutory, or otherwise), mortgages,

pledges, options, warrants, trusts or deemed trusts (whether contractual, statutory, or otherwise), encumbrances, obligations, liabilities, demands, guarantees, restrictions, contractual commitments, rights, including without limitation, rights of first refusal and rights of set-off, liens, executions, levies, penalties, charges, or other financial or monetary claims, adverse claims, or rights of use, puts or forced sales provisions exercisable as a consequence of or arising from the closing of the Sale, whether arising prior to or subsequent to the commencement of the Canadian Proceeding and these Chapter 15 Cases, whether or not they have attached or been perfected, registered or filed and whether secured, unsecured, legal, equitable, possessory or otherwise, actual or threatened civil, criminal, administrative, regulatory, arbitral or investigative inquiry, action, complaint, suit, investigation, dispute, petition or proceeding by or before any governmental authority or person at law or in equity whether imposed by agreement, understanding, law, equity or otherwise, and any claim or demand resulting therefrom including, without limiting the generality of the foregoing: (a) any encumbrances or charges created by the Receivership Order and/or any subsequent charges created by the Canadian Court; (b) all charges, security interests, or claims evidenced by any personal property registry system in the United States; and (c) excluded liabilities as set forth in __ of the Purchase Agreement (all the foregoing in this paragraph __, collectively, the *"Interests"*); *provided, however,* that nothing contained herein shall derogate from the obligations of the New Thane Purchasers to assume the Assumed Obligations (as defined in the Purchase Agreement), and to perform its obligations under the Assumed Contracts.

7.      Except as expressly provided in the Purchase Agreement, the Approval Order, the Vesting Order, and/or this Order, pursuant to sections 105(a), 363(f), and 1521 of the Bankruptcy Code, upon the time of closing of the Sale (the *"Time of Closing"*): (a) the Purchased Assets shall be sold, transferred, or otherwise conveyed to the New Thane Purchasers free and clear of

all Interests; (b) no holder of an Interest against the Thane Debtors shall interfere with the New Thane Purchasers' title to or use and enjoyment of the Purchased Assets based on or related to such Interests; and (c) the Purchase Agreement, the Sale, and any instruments contemplated thereby shall be enforceable against and binding upon, and not subject to rejection or avoidance by, the Thane Debtors or any successor thereof.  All persons or entities holding Interests in, to or against the Purchased Assets are forever barred from asserting such Interests against the New Thane Purchasers, their affiliates, successors and assigns, and current affiliates, officers, directors, employees, managers, partners, members, financial advisors, attorneys, agents, and representatives (collectively, the *"Purchaser Releasees"*) or such Purchased Assets after the Time of Closing.

8.     None of the Purchaser Releasees shall have or incur any liability to, or be subject to any action by any Thane Debtor, or any of the Thane Debtors' predecessors, successors, or assigns, arising out of the negotiation, investigation, preparation, execution, or delivery of the Purchase Agreement, or the entry into and consummation of the Sale, except as expressly provided in the Purchase Agreement, the Approval Order, the Vesting Order, and/or this Order.

9.     Except as otherwise provided in the Purchase Agreement, any and all Purchased Assets in the possession or control of any person or entity, including, without limitation, any vendor, supplier, or employee of the Thane Debtors shall be transferred to the New Thane Purchasers free and clear of all Interests, and, upon reasonable request of the New Thane Purchasers, all such persons or entities are directed to surrender possession of the Purchased Assets to the New Thane Purchasers at the Time of Closing.

10.     To the extent permissible under the Approval Order and the Vesting Order, the New Thane Purchasers, or their affiliates, members, and shareholders, shall not be deemed, as a result of any action taken in connection with the Sale or the New Thane Purchasers' post-closing use or

operation of the Purchased Assets, to: (a) be a successor to the Thane Debtors; (b) have, *de facto* or otherwise, merged or consolidated with or into the Thane Debtors; or (c) be a continuation or substantial continuation of the Thane Debtors or any enterprise of the Thane Debtors. Except for the Assumed Obligations, the transfer of the Purchased Assets to the New Thane Purchasers under the Purchase Agreement, the Approval Order, the Vesting Order, and this Order shall not result in the Purchaser Releasees having any liability or responsibility whatsoever: (y) for any Interest against the Thane Debtors or against an insider of the Thane Debtors; or (z) to the Thane Debtors, except as is expressly set forth in the Purchase Agreement, the Approval Order, the Vesting Order, the U.S. Sale Order, and/or any other order of the Canadian Court. Without limiting the generality of the foregoing, except as otherwise provided in the Purchase Agreement, the Approval Order, this Order, or any other order of the Canadian Court, the conveyance of the Thane Debtors' rights, title, and interest in the Purchased Assets to Purchaser under the Purchase Agreement shall not result in any Purchaser Releasee having any liability or responsibility whatsoever for any: (a) Interest, whether at law or in equity, whether by payment, setoff, or otherwise, directly or indirectly; (b) obligation under any of the Thane Debtors' labor or employment agreements; (c) of the Thane Debtors' mortgages, deeds of trust, and security interests; (d) intercompany loans and receivables between the Thane Debtors and any non-debtor subsidiary or affiliate; (e) of the Thane Debtors' pension, welfare, compensation or other employee benefit plans, agreements, practices and programs; (f) any of the Thane Debtors' other employee, worker's compensation, occupational disease, unemployment, or temporary disability related claim, including without limitation, claims that might arise under or pursuant to (i) the Employee Retirement Income Security Act of 1974, as amended, (ii) the Fair Labor Standards Act, (iii) Title VII of the Civil Rights Act of 1964, (iv) the Federal Rehabilitation Act of 1973, (v) the National Labor Relations Act, (vi) the Worker Adjustment and Retraining Act of 1988,

(vii) the Age Discrimination and Employee Act of 1976 and Age Discrimination in Employment Act, as amended, (viii) the Americans with Disabilities Act of 1990, (ix) the Consolidated Omnibus Budget Reconciliation Act of 1985, (x) state discrimination laws, (xi) state unemployment compensation laws or any other similar state laws, (xii) any other state or federal benefits or claims relating to any employment with the Thane Debtors or any of their predecessors; or (g) successor or vicarious liabilities of any kind or character, including, but not limited to, federal, state or other tax liabilities, U.S. or foreign pension liabilities, or liabilities based on any theory of antitrust, environmental, labor law, alter ego, veil piercing, continuity of enterprise, mere continuation, product line, *de facto* merger or substantial continuity, whether known or unknown, whether legal or equitable, matured or unmatured, contingent or noncontingent, liquidated or unliquidated, asserted or unasserted, whether arising prior to or subsequent to the commencement of these Chapter 15 Cases, whether imposed by agreement, understanding, law, equity or otherwise with respect to any of the Thane Debtors or any obligations of the Thane Debtors, including, but not limited to, in the case of liabilities on account of any taxes arising, accruing or payable under, out of, in connection with, or in any way relating to the operation of the Thane Debtors' business prior to the Time of Closing or any taxes in connection with, or in any way relating to the cancellation of debt of the Thane Debtors or their affiliates.

11.    The entry of this Order: (a) is and shall be effective as a determination that, upon the Time of Closing, except as expressly provided in the Purchase Agreement, the Approval Order, the Vesting Order, and/or the U.S. Sale Order, all Interests existing as to the Purchased Assets prior to the Time of Closing, have been released, extinguished, expunged, and discharged as against the Purchased Assets; and (b) shall be binding upon and shall govern the acts of all entities, including, without limitation, all filing agents, filing officers, title agents, title

companies, recorders of mortgages, recorders of deeds, recorders of fees, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities, who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments that reflect that the New Thane Purchasers are the assignee of the Purchased Assets free and clear of all Interests, except as expressly provided in the Purchase Agreement, the Approval Order, the Vesting Order, and/or this Order.

12.    Each and every federal, state, and local governmental agency or department is authorized and directed to accept any and all documents and instruments necessary and appropriate to consummate the transaction contemplated by the Purchase Agreement.

13.    Except with respect to enforcing the terms of the Purchase Order, the Approval Order, the Vesting Order, or this Order, absent a stay pending appeal, no person shall take any action to prevent or enjoin or otherwise interfere with consummation of the transaction contemplated in or by the Purchase Agreement.

14.    Effective as of the Time of Closing, the Approval Order, the Vesting Order and this Order shall constitute for any and all purposes a full and complete general assignment, conveyance, and transfer of the Thane Debtors' interests in the Purchased Assets.

### TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

15.    As provided in the Purchase Agreement, the Approval Order and the Vesting Order, upon delivery of the Receiver's Certificate, the Assumed Contracts shall be transferred to, and remain in full force and effect for the benefit of, the New Thane Purchasers in accordance with their respective terms.  The transfer and assignment of the Assumed Contracts shall be valid notwithstanding any restriction, condition, or prohibition contained in any such Assumed Contract relating to the assignment thereof (including those of the type described in

sections 365(b)(2) and (f) of the Bankruptcy Code) that prohibits, restricts, or conditions such assignment or transfer or requires the consent of any party to such assignment or transfer.

16.    As provided in paragraph __ of the Vesting Order, the assignment of the rights and obligations of the Thane Debtors under the Assumed Contracts to the New Thane Purchasers, pursuant to section ___ of the Purchase Agreement, is valid and binding upon all of the counterparties to the Assumed Contracts, without further documentation, as if the New Thane Purchasers were a party to the Assumed Contracts, notwithstanding any restriction or prohibition contained in any such Assigned Contract relating to the assignment thereof, including any provision requiring the consent of any party to an Assigned Contract.

17.    Each counterparty to the Assumed Contracts is prohibited from exercising any right or remedy under the Assumed Contracts by reason of any defaults thereunder arising from the commencement or pendency of the Canadian Proceeding or these Chapter 15 Cases or the solvency or financial condition of the Thane Debtors.

18.    To the extent there may be any dispute arising from this Order's treatment of any Assumed Contract, including, but not limited to, disputes related to an attempted post-Sale modification or termination of any Assumed Contract subject to this Court's jurisdiction, regardless of whether such modification or termination is based upon restrictions or prohibitions contained in any Assumed Contract relating to the assignment thereof, this Court shall retain jurisdiction to enforce any and all terms and provisions of the Purchase Agreement, the Approval Order, the Vesting Order, and/or this Order with respect to any such Assigned Contract.

### ADDITIONAL PROVISIONS

19.    The New Thane Purchasers, as purchasers in good faith within the meaning of section 363(m) of the Bankruptcy Code, shall be entitled to all of the protections of section 363(m) of the Bankruptcy Code.    The reversal or modification on appeal of the

authorization provided herein to consummate the Sale shall not affect the validity of the Sale unless, prior to the Time of Closing, such authorization is duly stayed pending appeal.

20.    The terms and provisions of the Purchase Agreement and this Order shall be binding on and inure to the benefit of the Thane Debtors, the New Thane Purchasers, the Thane Debtors' creditors, and all other parties in interest, and any successors of the Thane Debtors, the New Thane Purchasers and the Thane Debtors' creditors, including any trustee(s), examiner(s), or receiver(s) appointed in these cases or under any chapter of the Bankruptcy Code or any other law, and all such terms and provisions shall likewise be binding on such trustee(s), examiner(s), or receiver(s) and shall not be subject to rejection or avoidance by the Thane Debtors, their creditors, or any trustee(s), examiner(s), or receiver(s).

21.    Subject to the terms and conditions of the Approval Order, the Vesting Order and the Purchase Agreement, provisions of the Purchase Agreement and any related agreements may be waived, modified, amended, or supplemented by agreement among the Receiver and the New Thane Purchasers in a writing signed by the Receiver and the New Thane Purchasers without further action or order of this Court.

22.    The failure to include any particular provision of the Approval Order, the Vesting Order, the Purchase Agreement, or any related agreements in this Order shall not diminish or impair the effectiveness of that provision, it being the intent of this Court that the Approval Order, the Vesting Order, the Purchase Agreement, and any related agreements, with such amendments thereto as may be made by the parties in accordance with the Approval Order, the Vesting Order and the Purchase Agreement be approved and authorized in their entirety.

23.    Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) the terms of this Order shall be immediately effective and enforceable upon its entry; (b) the Thane Debtors, the New Thane Purchasers, and the Receiver are not subject to any stay in the

implementation, enforcement or realization of the relief granted in this Order; and (c) the Thane Debtors, the New Thane Purchasers, and the Receiver may, in their discretion and without further delay, take any action and perform any act authorized under the Approval Order, the Vesting Order and/or this Order.

24.    To the extent permitted by section 525 of the Bankruptcy Code, no governmental unit may revoke or suspend any permit or license relating to the operation of the Purchased Assets sold, transferred, or conveyed to the New Thane Purchasers on account of the filing or pendency of these Chapter 15 Cases or the consummation of the Sale.

25.    Nothing in this Order shall be deemed to waive, release, extinguish or estop the Thane Debtors or the Receiver from asserting, or otherwise impair or diminish, any right (including, without limitation, any right of recoupment), claim, cause of action, defense, offset or counterclaim in respect of any asset that is not a Purchased Asset.

26.    The provisions of the U.S. Sale Order are nonseverable and mutually dependent.

27.    Other than as explicitly set forth herein, this Court shall retain jurisdiction with respect to any and all matters, claims, rights, or disputes arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
          _____, 2015

                                         _____
                                         United States Bankruptcy Judge