IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* ) | Chapter 15 |
| ) | |
| ) | Case No. 15-12186 (KG) |
| THANE INTERNATIONAL, INC., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors in a Foreign Proceeding.  ) | Hrg Date: 12/1/2015 @ 11:00 a.m. (Eastern) |
| ) | Obj. Due: 11/24/2015 @ 4:00 p.m. (Eastern) |
| ) | |
| ) | Related Docket Nos.: 5, 6, 22 |

**NOTICE OF FILING AND HEARING ON RECEIVER'S MOTION, PURSUANT TO SECTIONS 105(A), 363, 365, 1501, AND 1521 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002, 6004, AND 9014, FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE APPROVAL, VESTING, AND DISTRIBUTION ORDER, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (III) AUTHORIZING ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on October 25, 2015, Richter Advisory Group Inc. (the "Receiver"), the court-appointed receiver and duly authorized foreign representative for Thane International, Inc., Thane Direct, Inc., Thane Direct Company, West Coast Direct Marketing, Inc., TDG, Inc., Thane Direct Canada Inc., and Thane Direct Marketing, Inc. (collectively, the "Debtors" or the "Thane Group"), in Canadian insolvency proceedings pending in Toronto, Ontario, Canada (the "Canadian Proceeding"),[2] by the Receiver's United States counsel, filed an Official Form Petition for each of the Debtors and the Verified Petition of

---

[1] The last four digits of the Employer Identification Number for each debtor follow in parentheses: Thane International, Inc. (0275), Thane Direct, Inc. (2330), Thane Direct Company (N/A), West Coast Direct Marketing, Inc. (6456), TDG, Inc. (4037), Thane Direct Canada Inc. (8064) and Thane Direct Marketing, Inc. (N/A).

[2] The Canadian Proceeding includes proceedings under both Canadian federal and provincial law. Richter Advisory Group Inc. was appointed as receiver pursuant to Section 243(1) of the Bankruptcy and Insolvency Act (Canada) (the "BIA") and as receiver pursuant to Section 101 of the Ontario's Courts of Justice Act.

Foreign Main Proceeding and Related Relief (Docket No. 6)(together with all exhibits, declarations and other documents appended thereto or filed in connection therewith, the "Petition for Recognition")[3] commencing chapter 15 cases (the "Chapter 15 Cases") ancillary to the Canadian Proceeding and seeking (i) recognition of such foreign proceeding as a "foreign main proceeding" and (ii) relief in aid of the Canadian Proceeding in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") with respect to the Thane Group, including certain additional relief pursuant to sections 105, 362, 363, 365, 1507, and 1521 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the Receiver has also filed the **Receiver's Motion, Pursuant to Sections 105(a), 363, 365, 1501, and 1521 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, and 9014, for Entry of an Order (I) Recognizing and Enforcing the Approval, Vesting, and Distribution Order, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Any and All Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (Docket No. 22) (the "Sale Motion") filed on October 27, 2015.

PLEASE TAKE FURTHER NOTICE that, the Bankruptcy Court has scheduled a hearing with respect to the Petition for Recognition and the Sale Motion on **December 1, 2015, at 11:00 a.m. (Eastern Time)** (the "Hearing") before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, U.S.A.

---

[3] Docket number 6 is the redacted version of such petition. The Receiver filed a non-redacted verified petition for recognition at docket number 5. The hearing on the motion to seal the unredacted verified petition has also been scheduled for December 1, 2015, beginning at 11:00 a.m. before the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief requested in the Sale Motion and/or the Petition for Recognition must be (i) made in writing describing the basis therefor; (ii) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, U.S.A, **on or before November 24, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (iii) served upon Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Ave, Suite 1501, Wilmington, Delaware 19801 (Attention: Mark L. Desgrosseilliers, Esq.), United States counsel to the Receiver, so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Receiver's requested relief in the Sale Motion and/or the Petition for Recognition must appear at the Hearing at the time and place set forth above. Further, the Hearing on the Sale Motion and/or the Petition for Recognition may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

PLEASE TAKE FURTHER NOTICE that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant relief requested by the Receiver in the Sale Motion and/or the Petition for Recognition without further notice. Copies of the Sale Motion and the Petition for Recognition will be made available upon request at the office of the Receiver's United States counsel at the address below.

Dated: October 30, 2015
       Wilmington, Delaware

                                       /s/ Mark L. Desgrosseilliers
                                       Mark L. Desgrosseilliers (Del. Bar No. 4083)
                                       Morgan L. Patterson (Del. Bar No. 5388)
                                       Nicholas T. Verna (Del. Bar No. 6082)
                                       Womble Carlyle Sandridge & Rice, LLP
                                       222 Delaware Avenue, Suite 1501
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 252-4337
                                       Facsimile: (302) 661-7738
                                       E-mail: mdesgrosseilliers@wcsr.com
                                       E-mail: mpatterson@wcsr.com
                                       E-mail: nverna@wcsr.com

                                       Attorneys for Richter Advisory Group Inc.